| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name** — **Dallas Real Estate Investors, LLC**

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)** — 8 2 – 2 7 4 4 0 4 9

4. **Debtor's address**

   **Principal place of business**
   **13901 Midway Road**
   Number    Street
   **Suite 102**

   **Dallas**                **TX**   **75244**
   City                      State    ZIP Code

   **Tarrant**
   County

   **Mailing address, if different from principal place of business**
   Number    Street
   P.O. Box
   City        State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street
   City        State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Dallas Real Estate Investors, LLC**	Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check all that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Dallas Real Estate Investors, LLC**                    Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                                    MM / DD / YYYY
        District _____ When _____ Case number _____
                                    MM / DD / YYYY
        District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor **See attached list** _____ Relationship _____
        District _____ When _____
                                    MM / DD / YYYY
        Case number, if known _____

        Debtor _____ Relationship _____
        District _____ When _____
                                    MM / DD / YYYY
        Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number    Street
                           _____
                           _____     _____  _____
                           City                State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

**2999TC LP, LLC**
Case No. 20-43204
Honorable Mark X. Mullin
Northern District of Texas, Fort Worth Division

**AVG West**
Case No. 20-43414
Honorable Mark X. Mullin
Northern District of Texas, Fort Worth Division

**BM318, LLC**
Case No. 20-42789
Honorable Mark X. Mullin
Northern District of Texas, Fort Worth Division

**Mansions Apartment Homes at Marine Creek, LLC**
Case No. 20-43643
Honorable Edward L. Morris
Northern District of Texas, Fort Worth Division

**D4MC, LLC**
Case No. 21-41371
Honorable Edward L. Morris
Northern District of Texas, Fort Worth Division

Debtor **Dallas Real Estate Investors, LLC**  Case number (if known) _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/22/2021**
MM / DD / YYYY

X **/s/ Timothy Barton**
Signature of authorized representative of debtor

**Timothy Barton**
Printed name

**President**
Title

Debtor **Dallas Real Estate Investors, LLC**     Case number (if known) _____

| | | |
|---|---|---|
| **18. Signature of attorney** | X **/s/ Joyce W. Lindauer**<br>Signature of attorney for debtor | Date **06/22/2021**<br>MM / DD / YYYY |

**Joyce W. Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number     Street

**1412 Main Street, Suite 500**

**Dallas**     **TX**     **75202**
City     State     ZIP Code

**(972) 503-4033**
Contact phone

**joyce@joycelindauer.com**
Email address

**21555700**
Bar number

**TX**
State

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Dallas Real Estate Investors, LLC**　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　**11**

## VERIFICATION OF CREDITOR MATRIX

　　The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/22/2021　　　　　　　　　　　　　Signature  **/s/ Timothy Barton**
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Timothy Barton*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*President*

Date　　　　　　　　　　　　　　　　　　Signature

```
Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548


Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711


Fab Studio
5646 Milton Street
Dallas, TX 75205


Halff Associates
12225 Greenville Avenue
Suite 200
Dallas, TX 75243


HR Sterling
13901 Midway Road
Suite 102
Dallas, TX 75244


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


Jackson Walker
2323 Ross Avenue
Suite 600
Dallas, TX 75201


JMJ Development LLC
1755 Wittington Place
Suite 340
Dallas, TX 75234


McMurry  Law
508 W. Lookout Drive
Suite 14-74
Richardson, TX 75080
```

Metzger Law PLLC
3626 N. Hall Street
Unit 800
Dallas, TX 75219

Morelli Design
7433 Varna Avenue
Los Angeles, CA 91605

Palisades Capital Realty Advisors
1919 McKinney Avenue
Suite 100
Dallas, TX 75201

The Gate Property Owners Association
2595 Dallas Parkway
Suite 470
Frisco, TX 75034

Tint Zone
860 N. Crowley Road
Crowley, TX 76036

U. S. Trustee's Office
1100 Commerce Street
Room 9C60
Dallas, TX 75242

US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530