Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE** | § | |
| **INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**<u>MOTION TO SET ASIDE ORDER DISMISSING CASE</u>**

**TO THE UNITED STATES BANKRUPTCY COURT:**

**COMES NOW** Dallas Real Estate Investors, LLC ("Debtor"), the Debtor in the above-styled and numbered bankruptcy case, and files this its Motion to Set Aside Order Dismissing Case, and in support of same would respectfully show the Court the following:

1. This Court has jurisdiction over this motion pursuant to FRCP Rule 59(b) and 60, and 11 U.S.C. §105.

2. Debtor filed for relief under Chapter 11, Title 11 United States Code on June 22, 2021.

3. This case was dismissed by the Court due to the Debtor's failure to file the List of 20 Largest Unsecured Creditors.

4. The List of 20 Largest Unsecured Creditors has been filed at Docket No. 7.

5. Debtor did not, through conscious indifference, purposeful neglect, nor disregard for its responsibilities, allow this case to be dismissed, but would ask the Court to relieve the Debtor of the order of dismissal and reinstate this case.

WHEREFORE, PREMISES CONSIDERED, Debtor requests that the Order Dismissing Case that was entered on June 29, 2021, be set aside and the case be reinstated; and for such other and further relief to which the Debtor may be justly entitled.

Dated: June 29, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 29, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case listed below.

Joyce W. Lindauer on behalf of Debtor Dallas Real Estate Investors, LLC
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Laurie A. Spindler on behalf of Creditor Dallas County
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer