**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE** | § | |
| **INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**ORDER REINSTATING CASE AND SETTING ASIDE DISMISSAL ORDER**

CAME ON FOR CONSIDERATION the Motion to Set Aside Order Dismissing Case filed by Dallas Real Estate Investors, LLC, the Debtor in the above-styled and numbered bankruptcy case, and the Court having considered same, finds good cause to grant same. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Order of Dismissal entered by the Court on June 29, 2021, is hereby vacated and set aside and this case is reinstated.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
ATTORNEYS FOR DEBTOR