Jeff P. Prostok
Texas Bar No. 16352500
Suzanne K. Rosen
Texas Bar No. 00798518
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

Attorneys for Palisades TC, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488elm11** |
| | § | |
| | § | |
| **Debtor.** | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) in the above-captioned case as counsel to **PALISADES TC, LLC** ("Creditor") and request that, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, all notices given or required to be given in this case be given and served upon:

Jeff P. Prostok
Suzanne K. Rosen
**FORSHEY & PROSTOK LLP**
777 Main Street, Suite 1550
Fort Worth, Texas 76102
(817) 877-8855; (817) 877-4151 fax
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without

limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, electronically or otherwise filed or served with regard to the referenced cases and proceedings therein.

This Notice of Appearance shall not be deemed or construed to be a waiver of any rights, including, without limitation, the right (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to these cases, (3) any consent to the exercise of the Court's jurisdiction, or (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or any other rights, claims, actions, defenses, setoffs, or recoupment in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupment are hereby expressly reserved.

Dated: July 1, 2021.

Respectfully submitted,

/s/ Jeff P. Prostok
Jeff P. Prostok
Texas Bar No. 16352500
Suzanne K. Rosen
Texas Bar No. 00798518
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

**ATTORNEYS FOR PALISADES TC, LLC**

**CERTIFICATE OF SERVICE**

On July 1, 2021, a true and correct copy of the foregoing document was served on all persons receiving notice and service of pleadings through the Court's CM/ECF system.

/s/ Jeff P. Prostok
Jeff P. Prostok