CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 29, 2021**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE** | § | |
| **INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**ORDER REINSTATING CASE AND SETTING ASIDE DISMISSAL ORDER**

CAME ON FOR CONSIDERATION the Motion to Set Aside Order Dismissing Case filed by Dallas Real Estate Investors, LLC, the Debtor in the above-styled and numbered bankruptcy case, and the Court having considered same, finds good cause to grant same. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Order of Dismissal entered by the Court on June 29, 2021, is hereby vacated and set aside and this case is reinstated.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
ATTORNEYS FOR DEBTOR

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 21-41488-elm

Dallas Real Estate Investors, LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: swhitaker | Page 1 of 2 |
| Date Rcvd: Jun 30, 2021 | Form ID: pdf013 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dallas Real Estate Investors, LLC, 13901 Midway Road, Suite 102, Dallas, TX 75244-4388 |
| cr | + | Dallas County, Linebarger Goggan Blair & Sampson LLP, c/o Laurie A. Spindler, 2777 N. Stemmons Frwy Suite 1000, Dallas, TX 75207 UNITED STATES 75207-2328 |
| 19462465 | | Attorney General of Texas, Bankruptcy Div, PO Box 12548, Austin, TX 78711-2548 |
| 19462467 | + | Fab Studio, 5646 Milton Street, Dallas, TX 75206-3907 |
| 19462469 | + | HR Sterling, 13901 Midway Road, Suite 102, Dallas, TX 75244-4388 |
| 19462468 | + | Halff Associates, 12225 Greenville Avenue, Suite 200, Dallas, TX 75243-2085 |
| 19462472 | + | JMJ Development LLC, 1755 Wittington Place, Suite 340, Dallas, TX 75234-1930 |
| 19462471 | + | Jackson Walker, 2323 Ross Avenue, Suite 600, Dallas, TX 75201-2725 |
| 19462473 | + | McMurry Law, 508 W. Lookout Drive, Suite 14-74, Richardson, TX 75080-2176 |
| 19462475 | + | Morelli Design, 7433 Varna Avenue, Los Angeles, CA 91605-4011 |
| 19462476 | + | Palisades Capital Realty Advisors, 1919 McKinney Avenue, Suite 100, Dallas, TX 75201-2496 |
| 19462477 | + | The Gate Property Owners Association, 2595 Dallas Parkway, Suite 470, Frisco, TX 75034-2038 |
| 19462478 | + | Tint Zone, 860 N. Crowley Road, Crowley, TX 76036-3760 |
| 19462480 | + | US Attny. General, 10th and Constitution Ave.,NW, Main Justice Bldg. Rm. 5111, Washington, DC 20530-0001 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19462470 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 30 2021 20:45:00 | Internal Revenue Service, Mail Code DAL-5020, 1100 Commerce Street, Dallas, Texas 75242-1100 |
| 19462474 | + | Email/Text: smetzger@pmklaw.com | Jun 30 2021 20:45:00 | Metzger Law PLLC, 3626 N. Hall Street, Unit 800, Dallas, TX 75219-5133 |
| 19462466 | | Email/Text: pacer@cpa.state.tx.us | Jun 30 2021 20:45:00 | Comptroller of Public Accts, Revenue Acctg Div Bankruptcy Sec, PO Box 13528, Austin, TX 78711 |
| 19462479 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 30 2021 20:45:00 | U. S. Trustee's Office, 1100 Commerce Street, Room 9C60, Dallas, TX 75242-1011 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2021 Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joyce W. Lindauer | on behalf of Debtor Dallas Real Estate Investors LLC joyce@joycelindauer.com, dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com |
| Laurie A. Spindler | on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3