Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 ● (817) 877-4151 Fax
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

*Attorneys for Palisades TC, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488-elm11** |
| | § | |
| | § | **Expedited Consideration Requested** |
| **Debtor.** | § | |

**MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

1. Palisades TC, LLC ("Palisades"), a party in interest in the above-referenced bankruptcy case, hereby requests that an expedited hearing be set on the following:

> *Emergency Motion for Order Finding Stay Does Not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* (the "Motion") [Docket No. 25].

2. Palisades asks that the Court set the Motion for hearing at the Court's earliest convenience **on or before Friday, July 30, 2021 or as soon thereafter as the Court's calendar will permit**. Palisades believes that it will need no more than thirty (30) minutes of the Court's time to present the Motion.

3. In the Motion, Palisades requests entry of an order finding that the automatic stay does not apply to the filing of a Memorandum of Agreement (attached to the Motion as Exhibit A) in the real property records in Collin County relating to the Frisco Property (as defined in the Motion) or, alternatively, granting relief from the automatic stay to permit the filing of the Memorandum of Agreement. The Frisco Property is a piece of real property owned by a non-debtor, FHC Acquisition, LLC, which is wholly owned by another non-debtor, Dallas Real Estate Lenders, LLC ("DREL"), which is owned 50% by Palisades and 50% by the Debtor. Consequently, Palisades does not believe that the Frisco Property is subject to the automatic stay or that filing the Memorandum of Agreement in the real property records in Collin County relating to the Frisco Property would violate the automatic stay. However, should the Court disagree, Palisades alternatively requests relief from the stay to file the Memorandum of

Agreement.

4. Palisades is concerned that the Debtor and its principal, Tim Barton, may be attempting to sell or take other action pertaining to the Frisco Property without Palisades' consent in clear violation of the terms of the agreements governing the relationship between the Debtor and Palisades. As discussed in the Motion, Palisades' concern stems from, e.g., (i) the Debtor's misrepresentation of its ownership interest in FHC Acquisition, LLC, the entity which owns the Frisco Property, in its bankruptcy schedules, (ii) an approximately $3 million loan on the Frisco Property is about to expire on July 31, 2021 and the Debtor has not sought Palisades' consent or provided any documentation to Palisades relating to a proposed extension of the loan as required by the controlling agreements between the Debtor and Palisades, (iii) the Debtor incorrectly identified the name of the owner of the Frisco Property in its bankruptcy schedules; (iv) the Debtor overstated the value of the Frisco Property in its schedules, (vi) the Debtor did not file a monthly operating report for June 2021, and (vii) the Debtor is not providing Palisades with the financial reporting required under the terms of the controlling agreements between the parties. Palisades thus seeks to file the Memorandum of Agreement to give third parties notice regarding the correct ownership of the Frisco Property, which is not property of the Debtor's bankruptcy estate, to ensure that such property will not be sold or otherwise affected without Palisades' knowledge and consent.

5. Palisades requests expedited consideration of the Motion so that it can put third parties on notice regarding the rights of the Debtor, Palisades, DREL and FHC Acquisition in relation to the Frisco Property. Expedited consideration is necessary because it is apparent that the Debtor is negotiating an extension of a loan relating to the Frisco Property without Palisades' consent even though Palisades' consent is required under the terms of the controlling agreements between the parties. Although the Debtor has not provided Palisades with any documentation relating to the purported extension, Palisades believes the existing loan on the Frisco Property will expire on July 30, 2021. As a result, Palisades is requesting an emergency hearing on the Motion **on or before July 30, 2021 or at the Court's earliest convenience thereafter.**

6. Consequently, Palisades requests that the Court hold a hearing on the Motion **on or before July 30, 2021 or at the Court's earliest convenience thereafter.** Counsel for Palisades has sent an email to counsel for the Debtor and counsel for the U.S. Trustee to confer regarding expedited consideration of the Motion. Counsel for the Debtor, Joyce Lindauer, responded that the Debtor did **NOT OPPOSE** a hearing during the **week of August 2, 2021**. Counsel has not yet received a response from counsel for the U.S. Trustee. Counsel will file an updated certificate of conference once she has learned whether counsel for the U.S. Trustee is opposed or unopposed to expedited consideration of the Motion.

**WHEREFORE, PREMISES CONSIDERED,** Palisades respectfully requests that the Court (i) grant Palisades' expedited hearing request, (ii) order that the Motion be set for hearing on or before July 30, 2021 or at the Court's earliest convenience thereafter, and (iii) grant Palisades such other and further relief to which it may be justly entitled.

DATED: July 27, 2021.

Respectfully Submitted,

/s/ Suzanne K. Rosen
Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK, LLP**
777 Main Street, Suite 1290
Fort Worth, TX 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

ATTORNEYS FOR PALISADES TC, LLC

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on July 27, 2021, she sent an email to counsel for the Debtor, Joyce Lindauer, Esq., and counsel for the United States Trustee, Erin Schmidt, Esq., to confer regarding expedited consideration of the Motion. Ms. Lindauer responded and advised that the Debtor was **NOT OPPOSED** to a hearing on the Motion during the week of **August 2, 2021.** As of the filing of this Motion, counsel for Palisades has not received a response from Ms. Schmidt but will file an amended certificate of conference once a response has been received.

/s/ Suzanne K. Rosen
Suzanne K. Rosen

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2021 a copy of the foregoing document was served through the Court's ECF system on those parties receiving ECF notice, and as indicated below on the parties reflected below.

*Via Email*
Joyce Lindauer (joyce@joycelindauer.com)

*Via Email*
Erin Schmidt (erin.schmidt2@usdoj.gov)

/s/ Suzanne K. Rosen
Suzanne K. Rosen