CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 28, 2021**

**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No.: 21-41488-elm11** |
| | § | |
| | § | |
| **Debtor.** | § | |

**ORDER GRANTING MOTION FOR SETTING AND**
**REQUEST FOR EXPEDITED HEARING**

Came on for consideration Palisades TC, LLC's, *Emergency Motion for Order Finding Stay Does Not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* (the "Motion")[1] [Dkt. No. 25]. After consideration of the Motion for Setting and Request for Expedited Hearing, the Court finds that it is well-taken and that Palisades TC, LLC, has shown good cause for an expedited hearing on the Motion. It is therefore

[1] All capitalized terms undefined herein shall have the meaning ascribed to them in the Motion.

**ORDERED** that the Motion for Expedited Hearing is **GRANTED**; and it is further

**ORDERED** that the Motion shall be heard on **August 2, 2021, at 2:30 p.m.** before the Honorable Edward L. Morris, United States Bankruptcy Judge for the Northern District of Texas, Fort Worth Division, via WebEx:

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207

Meeting ID: 473 581 124

Counsel for movant shall serve notice on the parties listed on the Service List attached to the Motion.

### End of Order ###