**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488-elm11** |
| | § | |
| | § | **Emergency Consideration Requested** |
| **Debtor.** | § | |

**ORDER GRANTING PALISADES TC, LLC'S EMERGENCY MOTION FOR ORDER FINDING STAY DOES NOT APPLY OR, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY TO FILE MEMORANDUM OF AGREEMENT IN REAL PROPERTY RECORDS**

Came on to be considered the *Emergency Motion for Order Finding Stay Does Not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* (the "Motion") [Docket No. __] filed by Palisades TC, LLC ("Palisades"). The Court has considered the Motion and any response filed to the Motion and determined that it has jurisdiction over this matter, that due notice of the Motion was provided and is sufficient under the circumstances, and that no other or further notice be provided. The Court has further determined, based upon all of the proceedings had before the Court and after due deliberation of the Motion, that good cause exists for granting the relief requested in the Motion.

ACCORDINLY, it is hereby **ORDERED** that:

1. The Motion is hereby **GRANTED.**

2. Capitalized terms not defined herein shall have the meaning attributed to such terms in the Motion.

3. The automatic stay under section 362(a) does not apply to the Frisco Property.

4. Palisades may file the Memorandum of Agreement relating to the Frisco Property in the real property records in Collin County, Texas and such filing will not violate the automatic stay in the Debtor's bankruptcy case.

5. [In the alternative to paragraphs 3 and 4, above] The automatic stay under section 362(a) applies to the Frisco Property.

6. The interests of Palisades are not adequately protected. Consequently, Palisades is hereby granted relief from the automatic stay to file the Memorandum of Agreement relating to the Frisco Property in the real property records in Collin County, Texas.

### End of Order ###