**4:21bk41488, Dallas Real Estate Investors, LLC**

US Bankruptcy Court Docket

United States Bankruptcy Court, Texas Northern

(Ft. Worth)

**This case was retrieved on 07/29/2021**

## Header

**Case Number:** 4:21bk41488
**Date Filed:** 06/22/2021
**Date Proceedings & Schedule Retrieved:** 07/29/2021
**Misc:** (0) UNKNOWN
**Chapter:** 11
**Flags:** REFORM, DsclsDue, REINSTATED
**Case Type:** Bankruptcy
**Assets:** Yes
**Vol:** Voluntary
**Judge:** Edward L. Morris
**341 Date:** 08/11/2021
**341 Location:** BY TELEPHONE
**Pending Status:** Awaiting Discharge,Case Reinstated
**Date of Last Filing:** 07/29/2021

| Litigants | Attorneys |
| --- | --- |
| Palisades TC, LLC<br>**TAXID / EIN:**<br>Added: 07/01/2021<br>**Creditor** | Jeff P. Prostok<br>Forshey & Prostok, LLP<br>777 Main St., Suite 1550<br>Ft. Worth, TX 76102<br>**Phone:** 817-877-8855<br>Assigned: 07/01/21;<br>**Email:** jprostok@forsheyprostok.com<br>Creditor<br><br>Suzanne K. Rosen<br>Forshey & Prostok, LLP<br>777 Main St. Ste. 1550<br>Fort Worth, TX 76102<br>**Phone:** 817 878-2018<br>Assigned: 07/02/21;<br>**Email:** srosen@forsheyprostok.com |
| City of Frisco<br>Linebarger Goggan Blair & Sampson, LLP<br>CO Laurie A. Spindler,2777 N Stemmons Fwy, Suite 1000<br>Dallas, TX 75207 | Laurie A. Spindler<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207<br>**Phone:** 214 880-0089 |

**EXHIBIT "A"**

| Litigants | Attorneys |
|---|---|
| **TAXID / EIN:**<br>**Phone:** 214-880-0089<br>**Fax:** 469-221-5003 fax<br>**Email:** dallas.bankruptcy@lgbs.com<br>Added: 07/09/2021<br>**Creditor** | Assigned: 07/09/21;<br>**Email:** Laurie.Spindler@lgbs.com<br>Creditor |
| Dallas County<br>Linebarger Goggan Blair & Sampson LLP<br>CO Laurie A. Spindler,2777 N. Stemmons Frwy<br>Suite 1000,Dallas, TX 75207<br>United States<br>**TAXID / EIN:**<br>**Phone:** 214-880-0089<br>**Fax:** 469-221-5034 fax<br>**Email:** dallas.bankruptcy@lgbs.com<br>Added: 06/23/2021<br>**Creditor** | Laurie A. Spindler<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207<br>**Phone:** 214 880-0089<br>Assigned: 06/23/21;<br>**Email:** Laurie.Spindler@lgbs.com<br>Creditor |
| Frisco ISD<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, Suite 640, LB 40<br>Garland, TX 75042<br>**TAXID / EIN:**<br>**Phone:** 972-278-8282<br>**Fax:** 817-860-6509 fax<br>Added: 07/12/2021<br>**Creditor** | Linda D. Reece<br>Perdue, Brandon, Fielder, Collins & Mott<br>500 E. Border Street, Suite 640<br>Arlington, TX 76010<br>**Phone:** 972 278-8282<br>Assigned: 07/12/21;<br>**Email:** lreece@pbfcm.com<br>Creditor |
| Dallas Real Estate Investors, LLC<br>13901 Midway Road<br>Suite 102<br>Dallas, TX 75244<br>**TAXID / EIN:** 82-2744049<br>Added: 06/22/2021<br>**Debtor** | Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street,Suite 500<br>Dallas, TX 75202<br>**Phone:** 972 503-4033<br>Assigned: 06/22/21;<br>**Email:** joyce@joycelindauer.com<br>Debtor |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75202<br>**TAXID / EIN:**<br>**Phone:** 214-767-8967<br>**Email:** ustpregion06.da.ecf@usdoj.gov<br>Added: 06/22/2021<br>**U.S. Trustee** | |

## Proceedings

| # | Date | Proceeding Text |
|---|---|---|

| # | Date | Proceeding Text |
|---|---|---|
| 1 | 06/22/2021 | Non-individual Chapter 11 Voluntary Petition. Fee Amount $1738 Filed by Dallas Real Estate Investors, LLC Chapter 11 Plan due by 10/20/2021. Disclosure Statement due by 10/20/2021. (Lindauer, Joyce) |
| | 06/22/2021 | Receipt of filing fee for Voluntary petition (chapter 11)(21-41488-11) [misc,volp11a] (1738.00). Receipt number 28798646, amount $1738.00 (re: Doc# 1). (U.S. Treasury) |
| 3 | 06/23/2021 | Notice of Appearance and Request for Notice by Laurie A. Spindler filed by Creditor Dallas County. (Spindler, Laurie) |
| 4 | 06/23/2021 | Notice of deficiency. Schedule A/B due 7/6/2021. Schedule D due 7/6/2021. Schedule E/F due 7/6/2021. Schedule G due 7/6/2021. Schedule H due 7/6/2021. Declaration Under Penalty of Perjury for Non-individual Debtors due 7/6/2021. Summary of Assets and Liabilities and Certain Statistical Information due 7/6/2021. Statement of Financial Affairs due 7/6/2021. 20 Largest Unsecured Creditors due 6/25/2021. (Bibbs-Samuels, P.) |
| 5 | 06/25/2021 | BNC certificate of mailing. (RE: related document(s)4 Notice of deficiency. Schedule A/B due 7/6/2021. Schedule D due 7/6/2021. Schedule E/F due 7/6/2021. Schedule G due 7/6/2021. Schedule H due 7/6/2021. Declaration Under Penalty of Perjury for Non-individual Debtors due 7/6/2021. Summary of Assets and Liabilities and Certain Statistical Information due 7/6/2021. Statement of Financial Affairs due 7/6/2021. 20 Largest Unsecured Creditors due 6/25/2021. (Bibbs-Samuels, P.)) No. of Notices: 1. Notice Date 06/25/2021. (Admin.) |
| 6 | 06/29/2021 | Order dismissing Debtor without prejudice. Entered on 6/29/2021 (Whitaker, Sherri) |
| 7 | 06/29/2021 | Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders . Filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)4 Notice of deficiency). (Lindauer, Joyce) |
| 8 | 06/29/2021 | DOCKET ERROR: INCORRECT EVENT. Motion to set aside (RE: related document(s)6 Order dismissing case) Filed by Debtor Dallas Real Estate Investors, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) Modified on 6/30/2021 (Ward, J). |
| 9 | 06/29/2021 | Motion to vacate dismissal order and reinstate case - Title 28 R.59 or R.60(b) Filed by Debtor Dallas Real Estate Investors, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 10 | 06/29/2021 | Certificate of service re: Motion to Vacate Dismissal Order and Reinstate Case filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)9 Motion to vacate dismissal order and reinstate case - Title 28 R.59 or R.60(b)). (Lindauer, Joyce) |
| 11 | 06/30/2021 | Order granting motion to vacate dismissal order and reinstate Debtor - Title 28 R.59 or R.60(b)(related document # 9) Entered on 6/30/2021. (Whitaker, Sherri) |
| 12 | 07/01/2021 | Notice of Appearance and Request for Notice by Jeff P. Prostok filed by Creditor Palisades TC, LLC. (Prostok, Jeff) |
| 13 | 07/01/2021 | BNC certificate of mailing - PDF document. (RE: related document(s)6 Order dismissing Debtor without prejudice. Entered on 6/29/2021) No. of Notices: 13. Notice Date 07/01/2021. (Admin.) |
| 14 | 07/02/2021 | Notice of Appearance and Request for Notice by Suzanne K. Rosen filed by |

| # | Date | Proceeding Text |
|---|---|---|
| | | Creditor Palisades TC, LLC. (Rosen, Suzanne) |
| 15 | 07/02/2021 | BNC certificate of mailing - PDF document. (RE: related document(s)11 Order granting motion to vacate dismissal order and reinstate Debtor - Title 28 R.59 or R.60(b)(related document 9) Entered on 6/30/2021.) No. of Notices: 14. Notice Date 07/02/2021. (Admin.) |
| 16 | 07/06/2021 | Schedules: Schedules A/B and D-H with Summary of Assets and Liabilities (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)4 Notice of deficiency). (Lindauer, Joyce) |
| 17 | 07/06/2021 | Statement of financial affairs for a non-individual . Filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)4 Notice of deficiency). (Lindauer, Joyce) |
| 18 | 07/06/2021 | Disclosure of compensation of attorney for debtor . Filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |
| 20 | 07/09/2021 | Notice of Appearance and Request for Notice by Laurie A. Spindler filed by Creditor City of Frisco. (Spindler, Laurie) |
| 21 | 07/09/2021 | Meeting of creditors 341(a) meeting to be held on 8/11/2021 at 09:00 AM by TELEPHONE. Proofs of Claims due by 11/9/2021. Government Proof of Claim due by 2/7/2022. (Neary, William) |
| 22 | 07/12/2021 | Notice of Appearance and Request for Notice by Linda D. Reece filed by Creditor Frisco ISD. (Reece, Linda) |
| 23 | 07/12/2021 | Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney Filed by Debtor Dallas Real Estate Investors, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 24 | 07/14/2021 | BNC certificate of mailing - meeting of creditors. (RE: related document(s)21 Meeting of creditors 341(a) meeting to be held on 8/11/2021 at 09:00 AM by TELEPHONE. Proofs of Claims due by 11/9/2021. Government Proof of Claim due by 2/7/2022.) No. of Notices: 1. Notice Date 07/14/2021. (Admin.) |
| 25 | 07/27/2021 | Motion for relief from stay Emergency Motion for Order Finding Stay Does Not Apply or Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records Fee amount $188, Filed by Creditor Palisades TC, LLC (Rosen, Suzanne) |
| | 07/27/2021 | Receipt of filing fee for Motion for relief from stay(21-41488-elm11) [motion,mrlfsty] ( 188.00). Receipt number 28875494, amount $ 188.00 (re: Doc# 25). (U.S. Treasury) |
| 26 | 07/27/2021 | Motion for expedited hearing(related documents 25 Motion for relief from stay) Filed by Creditor Palisades TC, LLC (Rosen, Suzanne) |
| 28 | 07/28/2021 | Notice of hearing filed by Creditor Palisades TC, LLC (RE: related document(s)25 Motion for relief from stay Emergency Motion for Order Finding Stay Does Not Apply or Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records Fee amount $188, Filed by Creditor Palisades TC, LLC). Hearing to be held on 8/2/2021 at 02:30 PM Ft. Worth, Judge Morris Ctrm. for 25, (Prostok, Jeff) |
| 29 | 07/29/2021 | Order granting motion for expedited hearing (Related Doc# 26)(document set for hearing: 25 Motion for relief from stay) Hearing to be held on 8/2/2021 at 02:30 PM at https://us-courts.webex.com/meet/morris for 25, Entered on 7/29/2021. |

| # | Date | Proceeding Text |
|---|---|---|
| | | (Almaraz, Jeanette) |
| 30 | 07/29/2021 | Witness and Exhibit List filed by Creditor Palisades TC, LLC (RE: related document(s)25 Motion for relief from stay Emergency Motion for Order Finding Stay Does Not Apply or Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records Fee amount $188,). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15) (Rosen, Suzanne) |