Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

**DEBTOR'S RESPONSE TO EMERGENCY MOTION FOR ORDER FINDING STAY DOES NOT APPLY OR, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY TO FILE MEMORANDUM OF AGREEMENT IN REAL PROPERTY RECORDS (DOC. NO. 25)**

Comes now Dallas Real Estate Investors, LLC, Debtor herein ("DREI") and files this its Response to the Emergency Motion for Order Finding Stay Does Not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records (Doc. No. 25, the "Motion") filed by Palisades TC, LLC ("Palisades"), and would show the Court as follows:

1. In the Motion, Palisades seeks emergency relief to file a "Memorandum of Agreement" ("MOA") in the Collin County real property records based on unsupported allegations of Debtor's intent to harm Palisades' property interests. These allegations are false, and the filing of the MOA would in fact cloud title to the subject property (the "Property") in a manner that could harm both parties.

2. Contrary to the Motion, the Debtor is not attempting to sell the Property without the consent of Palisades. The agreements between Palisades and the Debtor require the agreement of both parties to any such sale, and the Debtor intends to honor those agreements.

3. Contrary to the Motion, the Debtor is not attempting to renew and extend the secured loan on the Property without the consent of Palisades. The agreements between Palisades and the Debtor require the agreement of both parties to any such loan renewal, and the Debtor intends to honor those agreements. By preparing for a loan renewal and extension before the current loan term expires, the Debtor is merely fulfilling its responsibilities to prevent a loan default as it continues to develop the Property, to the benefit of both the Debtor and Palisades.

5. The MOA that Palisades seeks to file is not authorized by the agreements between the parties and is completely unnecessary and could do irreparable harm. Specifically, the agreements between Palisades and the Debtor prohibit the filing of any such document affecting the Property without the consent of both parties. Moreover, the MOA is unnecessary because the Debtor is not attempting to do anything improper or contrary to its agreements with Palisades, as set out above. Finally, and most importantly, the filing of the MOA would create a cloud on title to the Property that could trigger an immediate default on the secured loan with Texas Republic Bank at the very time the Debtor is attempting to negotiate a renewal and extension of the loan to prevent such a default.

6. In the Motion, Palisades objects to the Debtor’s description of its ownership interests and unsecured creditors in its schedules of assets and liabilities. The Debtor will promptly review its records and amend its schedules if necessary.

WHEREFORE, PREMISES CONSIDERED, the Debtor opposes the Motion and requests the Court to enter an Order denying the Motion and granting such other relief to which the Debtor is justly entitled.

Dated: July 30, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 30, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case listed below.

Joyce W. Lindauer on behalf of Debtor Dallas Real Estate Investors, LLC
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Jeff P. Prostok on behalf of Creditor Palisades TC, LLC
jprostok@forsheyprostok.com,
jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;
calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

Linda D. Reece on behalf of Creditor Frisco ISD
lreece@pbfcm.com

Suzanne K. Rosen on behalf of Creditor Palisades TC, LLC
srosen@forsheyprostok.com,
jjones@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;
calendar_0573@ecf.courtdrive.com

Laurie A. Spindler on behalf of Creditor City of Frisco
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A. Spindler on behalf of Creditor Dallas County
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer