Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 ● (817) 877-4151 Fax
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

*Attorneys for Palisades TC, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488-elm11** |
| | § | |
| | § | **Hearing: Aug. 2, 2021** |
| **Debtor.** | § | **at 2:30 p.m.** |

**PALISADES' AMENDED WITNESS AND EXHIBIT LIST**
**FOR HEARING ON AUGUST 2, 2021**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

Palisades TC, LLC ("Palisades"), party in interest herein, files this Amended Witness and Exhibit List in connection with the hearing scheduled for **Monday, August 2, 2021 at 2:30 p.m.** on *Palisades TC, LLC's Emergency Motion for Order Finding Stay Does Not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* (the "Motion") [Docket No. 25].

**WITNESSES**

1. Joaquin de Monet
2. Any witness designated or called by any other party
3. Rebuttal and impeachment witnesses.

## **EXHIBITS**

| EXHIBIT | | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 1. | Dallas Real Estate Lenders Organization Chart | | | |
| 2. | Memorandum of Agreement Regarding Limited Liability Company Agreement Authority (Ex. A to Motion) | | | |
| 3. | Company Agreement of Dallas Real Estate Lenders, LLC dated January 29, 2020 (Ex. B to Motion) | | | |
| 4. | Company Agreement for FHC Acquisition, LLC dated January 29, 2021 (Ex. C to Motion) | | | |
| 5. | Email to J. Lindauer 7.21.2021 (Ex. D to Motion) | | | |
| 6. | Email to J. Lindauer 7.23.2021 (Ex. E to Motion) | | | |
| 7. | Email to J. Lindauer 7.25.2021 (Ex. F to Motion) | | | |
| 8. | Email to J. Lindauer 7.26.2021 (Ex. G to Motion) | | | |
| 9. | J. Lindauer email to S. Rosen 7.26.2021 (Ex. H to Motion) | | | |
| 10. | Debtor's Schedules [Docket No. 16] (Ex. I to Motion) | | | |
| 11. | Collin County Appraisal District Report for Frisco Property (Ex. J to Motion) | | | |
| 12. | Purchaser's Statement for Frisco Property (Ex. K to Motion) | | | |
| 13. | Proposed Order (Ex. L to Motion) | | | |
| 14. | Debtor's Statement of Financial Affairs [Docket No. 17] | | | |
| 15. | Debtor's Voluntary Chapter 11 Petition [Docket No. 1] | | | |

| EXHIBIT | | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 16. | Loan Agreement dated Jan. 30, 2020 between Texas Republic Bank, N.A., as Lender, and FHC Acquisition, LLC, as Borrower | | | |
| | Rebuttal exhibits | | | |
| | Impeachment exhibits | | | |
| | Any exhibit designated or offered by any other party | | | |

Palisades reserves the right to amend or supplement this Witness and Exhibit List and to use any witnesses or exhibits designated or called by any other party.

DATED: July 30, 2021.

Respectfully Submitted,

/s/ Suzanne K. Rosen
Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK, LLP**
777 Main Street, Suite 1290
Fort Worth, TX 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

ATTORNEYS FOR PALISADES TC, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that, on July 30, 2021, the foregoing document was submitted to the clerk of the U.S. District Court, Northern District of Texas, using the electronic case filing system (CM/ECF) of the Court. I certify that the document was served on all known counsel of record electronically as authorized by Local Bankruptcy Rule 7005-1 and Federal Rule of Civil Procedure 5(b)(2)(E).

/s/ Suzanne K. Rosen
Suzanne K. Rosen