**Suki Rosen**

---

**From:** Suki Rosen
**Sent:** Sunday, July 25, 2021 12:26 PM
**To:** 'Joyce Lindauer'
**Cc:** Jeff Prostok
**Subject:** RE: [External] Dallas Real Estate Investors
**Attachments:** Frisco Memo of Agreement 7.24.2021.docx

**Importance:** High

Hi Joyce,
I wanted to circle back with you on this to see if DREI has an update on the status of the loan to FHC Acquisition, which we understand will expire at the end of July. In addition, our client intends to file the attached memorandum of opinion tomorrow relating to the Frisco property, which is owned by FHC Acquisition. Because FHC Acquisition is not in bankruptcy, we do not believe that the stay applies its property or that filing the attached in the real property records in Collin County would violate the automatic stay applicable to DREI. Please let me know immediately if you disagree and we will file a motion for relief from the automatic stay. If you could please get back to me tomorrow on the status of the loan as well given it is our understanding that the current extension is about to expire in a few days, I'd appreciate it. Thanks.
Best,

**Suki Rosen | FORSHEYPROSTOK, LLP**
**Partner | P 817.878.2018 | Main 817.877.8855**

---

**From:** Suki Rosen
**Sent:** Friday, July 23, 2021 1:27 PM
**To:** 'Joyce Lindauer' <joyce@joycelindauer.com>
**Cc:** Jeff Prostok <jprostok@forsheyprostok.com>
**Subject:** RE: [External] Dallas Real Estate Investors

Thanks. Anything to report on the loan to FCH Acquisition?

**Suki Rosen | FORSHEYPROSTOK, LLP**
**Partner | P 817.878.2018 | Main 817.877.8855**

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Thursday, July 22, 2021 2:28 PM
**To:** Suki Rosen <srosen@forsheyprostok.com>
**Subject:** RE: [External] Dallas Real Estate Investors

I am checking on your question

---

**From:** Suki Rosen <srosen@forsheyprostok.com>
**Sent:** Wednesday, July 21, 2021 11:46 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Jeff Prostok <jprostok@forsheyprostok.com>
**Subject:** Dallas Real Estate Investors
**Importance:** High

Hi Joyce,
I left you a VM this morning, but wanted to send an email as well. We represent Palisades in the DREI bankruptcy case. It is our understanding that there is a loan from Texas Republic Bank to FHC Acquisition that is about to mature on or around August 1, 2021. Could you please check with your client to see if that loan agreement has been amended or extended and, if so, provide us with the documentation relating to the amendment or extension? Many thanks.
Best,

**Suzanne K. "Suki" Rosen | FORSHEYPROSTOK LLP**
**Partner | 817.878.2018 | Fax 817.877.4151**
**777 Main Street, Suite 1550 | Fort Worth, TX 76102**

srosen@forsheyprostok.com

**www.forsheyprostok.com**

CONFIDENTIALITY STATEMENT--VIRUS WARNING --
Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this email message is attorney-client privileged and confidential, intended for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by email and destroy all copies of the original message. Although this email and any attachments are believed to be free of any virus or other defects that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Forshey & Prostok, L.L.P. for any loss or damage arising in any way from its use.

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing, or recommending to another party any tax-related matters addressed.

Record and Return:

Palisades TC, LLC
1919 McKinney Ave, Suite 100
Dallas, Texas 75201

**Memorandum of Agreement Regarding Limited Liability Company Agreement Authority**

This MEMORANDUM OF AGREEMENT dated as of July ___, 2021 ("**Memorandum**") is made by Palisades TC, LLC, a Texas limited liability company ("**Preferred Member**"), who is a 50 percent member of Dallas Real Estate Lenders, LLC, the sole member of FHC Acquisition, LLC ("**Owner**"). **FHC Acquisition, LLC** is the fee owner of the Property, as defined and described below. Preferred Member is a member under the Company Agreement of Dallas Real Estate Lenders, LLC ("**Operating Agreement**").

Preferred Member provided a preferred equity investment (the "**Investment**") as set forth above to permit Owner to purchase the property located at (the "**Property**"):

Lot 13, Block A, The Gate, an addition to the City of Frisco, Collin County, Texas.

**PLEASE TAKE NOTICE** that, under the Company Agreement for the Owner, no Member or officer of the Owner may take any action on behalf of the Company which would require the approval of the Voting Members of Dallas Real Estate Lenders, LLC (which includes the Preferred Member) or the Preferred Member pursuant to the Company Agreement of Dallas Real Estate Lenders, LLC. Dallas Real Estate Lenders, LLC is managed collectively by the Voting Members, which includes Palisades TC, LLC. Consequently, the authority to take any action on behalf of the Owner (including any sales, transfers, encumbrances, or liens) should be confirmed in writing through the Preferred Member, who may be contacted through the following address:

Palisades TC, LLC
1919 McKinney Ave, Suite 100
Dallas, Texas 75201
Telephone: (310) 745-4414
Email: jdemonet@palisadescapitalrealty.com

This Memorandum shall be recorded in the real property records in the county in the state in which the Property is situated and provides notice of the Preferred Member's rights under the Operating Agreement in connection with any refinancing, transfer or other disposition of the Property.

**IN WITNESS WHEREOF**, Preferred Member has executed this Memorandum the day and year first above written.

**Palisades TC LLC,**
a Texas limited liability company

By: ______________________________
Name: Joaquin Charles de Monet
Title: Manager

STATE OF TEXAS )

) ss.:

COUNTY OF DALLAS )

On July ____, 2021 before me, _______________________________, a Notary Public for said state, personally appeared Joaquin Charles de Monet, personally known to me OR proved to me on the basis of satisfactory evidence to be the person(s) whose names(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

_____________________________
Notary Public