Steven C. Metzger
State Bar No. 13982500
Metzger Law PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Tel: 214-740-5030
Fax: 214-224-7555
Email: smetzger@pmklaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | |
| | § | |
| **Debtor.** | § | **CASE NO. 21-41488-elm11** |

**NOTICE OF APPEARANCE AND REQUEST FOR ALL
COPIES PURSUANT TO BANKRUPTCY RULE 2002 AND
PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017 AND 9007**

COME NOW STEVEN C. METZGER AND METZGER LAW PLLC (formerly, METZGER & MCDONALD PLLC), pursuant to Bankruptcy Rules 9010(b), 2002, 3017(a) and 9007, and file this Notice of Appearance and request for service of documents as counsel for **TIM BARTON**, individually, an interested party in the captioned proceeding.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith and all papers served or required to be served in this case and any cases consolidated herewith be given to and served upon the following at the office, postal address and telephone numbers listed below:

Steven C. Metzger, Esq.
Metzger Law PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Telephone: 214-740-5030
Facsimile: 214-224-7555
Email: smetzger@pmklaw.com

The request encompasses all notices, copies of pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules, including, without limitation, notices of Orders, Motions, Demands, Complaints, Petitions, Pleadings or Requests, Applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, facsimile, email or otherwise, which:

(a) affects or seeks to affect the above case or the rights or interests of (i) the Debtor or (ii) property in which the Debtor may claim an interest or (iii) property in the possession, custody or control of the Debtor, including that of Dallas Real Estate Lenders, LLC or FHC Acquisition LLC or Lot 13, Block A, The Gate, Frisco, Texas (the "**Frisco Property**");

(b) seeks to require any act or conduct by Dallas Real Estate Lenders, LLC or FHC Acquisition LLC or the Frisco Property or Tim Barton, as the manager of the Debtor or individually; or

(c) seeks to permit or allow Charles de Monet or Palisades TC LLC to do or perform any act relating to the Frisco Property.

This Notice of Appearance shall not be construed as authorization to serve counsel for Tim Barton with any summons and complaint or any service of process under Bankruptcy Rules 7001, *et seq.* The undersigned additionally requests that the Debtor, U. S. Trustee and Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

Dated this 2nd day of August, 2021.

Respectfully submitted,

/s/ Steven C. Metzger
Steven C. Metzger
Texas State Bar No. 13982500
METZGER LAW PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Telephone: 214-740-5030
Facsimile: 214-224-7555
Email: smetzger@pmklaw.com

ATTORNEY FOR TIM BARTON

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for all Copies was served by electronic transmission on all ECF users authorized to receive electronic notice in this case on August 2, 2021.

/s/ Steven C. Metzger
Steven C. Metzger