**REFORM, DsclsDue, REINSTATED**

# U.S. Bankruptcy Court
## Northern District of Texas (Ft. Worth)
## Bankruptcy Petition #: 21-41488-elm11

*Date filed:* 06/22/2021
*341 meeting:* 08/11/2021
*Deadline for filing claims:* 11/09/2021
*Deadline for filing claims (govt.):* 02/07/2022

*Assigned to:* Edward L. Morris
Chapter 11
Voluntary
Asset

***Debtor***
**Dallas Real Estate Investors, LLC**
13901 Midway Road
Suite 102
Dallas, TX 75244
TARRANT-TX
Tax ID / EIN: 82-2744049

represented by **Joyce W. Lindauer**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
(972) 503-4033
Fax : (972) 503-4034
Email: joyce@joycelindauer.com

***U.S. Trustee***
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

| Filing Date | Docket Text |
|---|---|
| 06/22/2021 | 1 (9 pgs) Non-individual Chapter 11 Voluntary Petition. Fee Amount $1738 Filed by Dallas Real Estate Investors, LLC Chapter 11 Plan due by 10/20/2021. Disclosure Statement due by 10/20/2021. (Lindauer, Joyce) |
| 06/22/2021 | Receipt of filing fee for Voluntary petition (chapter 11)(21-41488-11) [misc,volp11a] (1738.00). Receipt number 28798646, amount $1738.00 (re: Doc# 1). (U.S. Treasury) |
| 06/23/2021 | 3 (1 pg) Notice of Appearance and Request for Notice by Laurie A. Spindler filed by Creditor Dallas County. (Spindler, Laurie) |
| 06/23/2021 | 4 (2 pgs) Notice of deficiency. Schedule A/B due 7/6/2021. Schedule D due 7/6/2021. Schedule E/F due 7/6/2021. Schedule G due 7/6/2021. Schedule H due 7/6/2021. Declaration Under Penalty of Perjury for Non-individual Debtors due 7/6/2021. Summary of Assets and Liabilities and Certain Statistical Information due 7/6/2021. Statement of Financial Affairs due 7/6/2021. 20 Largest Unsecured Creditors due 6/25/2021. (Bibbs-Samuels, P.) |
| 06/25/2021 | 5 (3 pgs) BNC certificate of mailing. (RE: related document(s)4 Notice of deficiency. Schedule A/B due 7/6/2021. Schedule D due 7/6/2021. Schedule E/F due 7/6/2021. Schedule G due 7/6/2021. Schedule H due 7/6/2021. Declaration Under Penalty of Perjury for Non- |



**EXHIBIT "A"**

| | |
|---|---|
| | individual Debtors due 7/6/2021. Summary of Assets and Liabilities and Certain Statistical Information due 7/6/2021. Statement of Financial Affairs due 7/6/2021. 20 Largest Unsecured Creditors due 6/25/2021. (Bibbs-Samuels, P.)) No. of Notices: 1. Notice Date 06/25/2021. (Admin.) |
| 06/29/2021 | 6 (2 pgs) Order dismissing Debtor without prejudice. Entered on 6/29/2021 (Whitaker, Sherri) |
| 06/29/2021 | 7 (3 pgs) Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders . Filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)4 Notice of deficiency). (Lindauer, Joyce) |
| 06/29/2021 | 8 (4 pgs; 2 docs) DOCKET ERROR: INCORRECT EVENT. Motion to set aside (RE: related document(s)6 Order dismissing case) Filed by Debtor Dallas Real Estate Investors, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) Modified on 6/30/2021 (Ward, J). |
| 06/29/2021 | 9 (4 pgs; 2 docs) Motion to vacate dismissal order and reinstate case - Title 28 R.59 or R.60(b) Filed by Debtor Dallas Real Estate Investors, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 06/29/2021 | 10 (2 pgs) Certificate of service re: *Motion to Vacate Dismissal Order and Reinstate Case* filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)9 Motion to vacate dismissal order and reinstate case - Title 28 R.59 or R.60(b)). (Lindauer, Joyce) |
| 06/30/2021 | 11 (1 pg) Order granting motion to vacate dismissal order and reinstate Debtor - Title 28 R.59 or R.60(b)(related document # 9) Entered on 6/30/2021. (Whitaker, Sherri) |
| 07/01/2021 | 12 (3 pgs) Notice of Appearance and Request for Notice by Jeff P. Prostok filed by Creditor Palisades TC, LLC. (Prostok, Jeff) |
| 07/01/2021 | 13 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)6 Order dismissing Debtor without prejudice. Entered on 6/29/2021) No. of Notices: 13. Notice Date 07/01/2021. (Admin.) |
| 07/02/2021 | 14 (3 pgs) Notice of Appearance and Request for Notice by Suzanne K. Rosen filed by Creditor Palisades TC, LLC. (Rosen, Suzanne) |
| 07/02/2021 | 15 (3 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)11 Order granting motion to vacate dismissal order and reinstate Debtor - Title 28 R.59 or R.60(b) (related document 9) Entered on 6/30/2021.) No. of Notices: 14. Notice Date 07/02/2021. (Admin.) |
| 07/06/2021 | 16 (18 pgs) Schedules: Schedules A/B and D-H with Summary of Assets and Liabilities (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)4 Notice of deficiency). (Lindauer, Joyce) |
| 07/06/2021 | 17 (6 pgs) Statement of financial affairs for a non-individual . Filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)4 Notice of deficiency). (Lindauer, Joyce) |
| 07/06/2021 | 18 (2 pgs) Disclosure of compensation of attorney for debtor . Filed by Debtor Dallas Real |

| | |
|---|---|
| | Estate Investors, LLC. (Lindauer, Joyce) |
| 07/09/2021 | 20 (1 pg) Notice of Appearance and Request for Notice by Laurie A. Spindler filed by Creditor City of Frisco. (Spindler, Laurie) |
| 07/09/2021 | 21 (3 pgs) Meeting of creditors 341(a) meeting to be held on 8/11/2021 at 09:00 AM by TELEPHONE. Proofs of Claims due by 11/9/2021. Government Proof of Claim due by 2/7/2022. (Neary, William) |
| 07/12/2021 | 22 (2 pgs) Notice of Appearance and Request for Notice by Linda D. Reece filed by Creditor Frisco ISD. (Reece, Linda) |
| 07/12/2021 | 23 (23 pgs; 2 docs) Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney Filed by Debtor Dallas Real Estate Investors, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 07/14/2021 | 24 (5 pgs) BNC certificate of mailing - meeting of creditors. (RE: related document(s)21 Meeting of creditors 341(a) meeting to be held on 8/11/2021 at 09:00 AM by TELEPHONE. Proofs of Claims due by 11/9/2021. Government Proof of Claim due by 2/7/2022.) No. of Notices: 1. Notice Date 07/14/2021. (Admin.) |
| 07/27/2021 | 25 (123 pgs) Motion for relief from stay *Emergency Motion for Order Finding Stay Does Not Apply or Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* Fee amount $188, Filed by Creditor Palisades TC, LLC (Rosen, Suzanne) |
| 07/27/2021 | Receipt of filing fee for Motion for relief from stay(21-41488-elm11) [motion,mrlfsty] ( 188.00). Receipt number 28875494, amount $ 188.00 (re: Doc# 25). (U.S. Treasury) |
| 07/27/2021 | 26 (4 pgs) Motion for expedited hearing(related documents 25 Motion for relief from stay) Filed by Creditor Palisades TC, LLC (Rosen, Suzanne) |
| 07/28/2021 | 28 (2 pgs) Notice of hearing filed by Creditor Palisades TC, LLC (RE: related document(s)25 Motion for relief from stay *Emergency Motion for Order Finding Stay Does Not Apply or Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* Fee amount $188, Filed by Creditor Palisades TC, LLC). Hearing to be held on 8/2/2021 at 02:30 PM Ft. Worth, Judge Morris Ctrm. for 25, (Prostok, Jeff) |
| 07/29/2021 | 29 (2 pgs) Order granting motion for expedited hearing (Related Doc# 26)(document set for hearing: 25 Motion for relief from stay) Hearing to be held on 8/2/2021 at 02:30 PM at https://us-courts.webex.com/meet/morris for 25, Entered on 7/29/2021. (Almaraz, Jeanette) |
| 07/29/2021 | 30 (114 pgs; 16 docs) Witness and Exhibit List filed by Creditor Palisades TC, LLC (RE: related document(s)25 Motion for relief from stay *Emergency Motion for Order Finding Stay Does Not Apply or Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* Fee amount $188,). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15) (Rosen, Suzanne) |

| | |
|---|---|
| 07/29/2021 | 31 (131 pgs; 4 docs) Witness and Exhibit List filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)25 Motion for relief from stay *Emergency Motion for Order Finding Stay Does Not Apply or Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* Fee amount $188,). (Attachments: # 1 Exhibit A # 2 Exhibit B - Part 1 # 3 Exhibit B - Part 2) (Lindauer, Joyce) |
| 07/30/2021 | 32 (4 pgs) Chapter 11 Monthly Operating Report for the Month Ending: 06/30/2021 filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |
| 07/30/2021 | 33 (4 pgs) Response opposed to (related document(s): 25 Motion for relief from stay *Emergency Motion for Order Finding Stay Does Not Apply or Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* Fee amount $188, filed by Creditor Palisades TC, LLC) filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |
| 07/30/2021 | 34 (144 pgs; 17 docs) Amended Witness and Exhibit List filed by Creditor Palisades TC, LLC (RE: related document(s)30 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16) (Rosen, Suzanne) |
| 08/02/2021 | 35 (144 pgs; 6 docs) Amended Witness and Exhibit List filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)31 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit A # 2 Exhibit B - Part 1 # 3 Exhibit B - Part 2 # 4 Exhibit C # 5 Exhibit D) (Lindauer, Joyce) |
| 08/02/2021 | 36 (3 pgs) Notice of Appearance and Request for Notice by Steven C. Metzger filed by Interested Party Tim Barton. (Metzger, Steven) |
| 08/02/2021 | 37 (8 pgs) Amended Schedules: A/B, (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |
| 08/02/2021 | 38 (6 pgs) Amended Response opposed to (related document(s): 25 Motion for relief from stay *Emergency Motion for Order Finding Stay Does Not Apply or Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* Fee amount $188, filed by Creditor Palisades TC, LLC) filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |

## PACER Service Center

### Transaction Receipt

| 08/02/2021 12:05:43 | | | |
|---|---|---|---|
| **PACER Login:** | joycelindauer:2572695:0 | **Client Code:** | Dallas Real Estate Investors |
| **Description:** | Docket Report | **Search Criteria:** | 21-41488-elm11 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included |

| | | | |
|---|---|---|---|
| | | | Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |