Jacob Sparks
State Bar No. 24066126
**SPENCER FANE LLP**
5700 Granite Parkway, Suite 650
Plano, Texas 75024
Tel: (214) 750-3624
Fax: (214) 750-3612
Email: JSparks@SpencerFane.com

*Attorneys for The Gate Property Owners Association, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 21-41488-elm** |
| **DALLAS REAL ESTATE** | § | |
| **INVESTORS, LLC,** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The Gate Property Owners Association, Inc. requests that all documents authorized, permitted, or required by the United States Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, the Federal Rules of Bankruptcy Procedure, the Bankruptcy Local Rules, the United States Trustee, any order of the Court, or any applicable law, be given to and served upon:

Jacob Sparks
Spencer Fane LLP
5700 Granite Parkway, Suite 650
Plano, Texas 75024
Tel: (214) 750-3624
Fax: (214) 750-3612
Email: JSparks@SpencerFane.com

This request encompasses, without limitation, all orders, notices, motions, objections, responses, replies, demands, complaints, petitions, pleadings, plans of reorganization, requests, applications, amendments, supplements, and any other documents or requests brought before the

Court in this case, whether formal or informal, written or oral, and transmitted or conveyed by any means.

Neither this Notice nor any subsequent motion, objection, response, reply, claim, amendment, supplement, appearance, pleading, or other document is intended by The Gate Property Owners Association, Inc. to waive: (**i**) the right to have final orders in non-core matters entered only after *de novo* review by an Article III judge; (**ii**) the right to trial by jury in any proceeding so triable herein or in any related case, controversy, or proceeding; (**iii**) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (**iv**) any other actions, claims, defenses, privileges, rights, set-offs, or recoupments to which The Gate Property Owners Association, Inc. may be entitled under any agreement, at law, or in equity, all of which are hereby expressly reserved.

Respectfully submitted,

By: */s/ Jacob Sparks*

Jacob Sparks
Texas Bar No. 24066126

**SPENCER FANE LLP**
5700 Granite Parkway, Suite 650
Plano, Texas 75024
Tel: (214) 750-3624
Fax: (214) 750-3612
Email: JSparks@SpencerFane.com

*Attorneys for The Gate Property Owners Association, Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 9, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

By: */s/ Jacob Sparks*
Jacob Sparks