# Exhibit "A"

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 3, 2021**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

**AGREED ORDER ON EMERGENCY MOTION FOR ORDER FINDING STAY DOES NOT APPLY OR, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY TO FILE MEMORANDUM OF AGREEMENT IN REAL PROPERTY RECORDS (DOC. NO. 25)**

CAME ON FOR CONSIDERTION BY THE COURT the Emergency Motion for Order Finding Stay Does Not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records (Doc. No. 25, the "Motion") filed by Palisades TC, LLC ("Palisades"), and the Amended Response thereto filed by Dallas Real Estate Investors, LLC, Debtor herein ("DREI") and the parties have stipulated and agreed as follows:

1. Capitalized terms not otherwise defined herein have the meaning attributed to such terms in the Motion.

2. The parties acknowledge that the terms of the Agreement dated January 11, 2021 are still binding on the parties to the Agreement until such time as the Agreement is either assumed or rejected by DREI; provided, however, that nothing in this Order shall prejudice any of the rights of Palisades or the Debtor and any other person executing this Agreed Order under the Bankruptcy Code.,

3. No person shall sell the Frisco Property made the subject of the Agreement without notice to and the consent of Palisades and, so long as the sale satisfies the terms of the Agreement, Palisades hereby consents to such a sale.

4. No person shall directly or indirectly be permitted to invest in the Frisco Property, FHC Acquisition, or DREL without notice to and the consent of Palisades and, so long as the investment satisfies the terms of the Agreement, Palisades hereby consents to such investment.

5. No person shall enter into a renewal or extension of the FHC Loan on the Frisco Property without notice to and the consent of Palisades and, so long as such renewal or extension of the FHC Loan does not increase the amount owed on the Frisco Property or otherwise change any terms of the FHC Loan other than the maturity date, then Palisades hereby consents to such renewal or extension.

6. FHC Acquisition, DREL and DREI and Palisades each agree to provide each other with copies of (i) any listing agreements, letters of intent, term sheets, sale agreements, or similar documents relating to the sale or potential sale of the Frisco Property; (ii) any letters of intent, term sheets, purchase and sale agreements, or similar documents relating to any investment or potential investment in the Frisco Property, FHC Acquisition, or DREL; and (iii) any documents renewing or extending, or proposing to renew or extend, the FHC Loan.

7. This Order shall be enforceable by contempt against all persons executing same.

IT IS ACCORDINGLY, ORDERED, ADJUDGED AND DECREED that the stipulations and agreements of the persons executing this Agreed Order are binding upon same and fully enforceable by this Court.

# # # END OF ORDER # # #

**AGREED:**

Suzanne K. Rosen
State Bar No. 00798518
Forshey & Prostok, L.L.P.
777 Main Street, Suite 1550
Fort Worth, TX 76102
Attorneys for Palisades TC, LLC

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Attorneys for Dallas Real Estate Investors, LLC

2999 TC JMJ MGR, LLC

By: ______________________
Timothy Barton, President

FIVE STAR MM, LLC

By: ______________________
Timothy Barton, President

FIVE STAR GM, LLC

By: ______________________
Timothy Barton, President

JMJ DEVELOPMENT LLC

By: ______________________
Timothy Barton, President

______________________
Timothy Barton, Individually

______________________
Joaquin Charles de Monet, Individually

DALLAS REAL ESTATE INVESTORS, LLC

By: ______________________
Timothy Barton, President

DALLAS REAL ESTATE LENDERS, LLC

By: ______________________
Timothy Barton, President

FHC ACQUISITION, LLC

By: ______________________
Timothy Barton, President

PALISADES TC, LLC

By: ______________________
Joaquin Charles de Monet, President

**AGREED:**

______________________________
Suzanne K. Rosen
State Bar No. 00798518
Forshey & Prostok, L.L.P.
777 Main Street, Suite 1550
Fort Worth, TX 76102
Attorneys for Palisades TC, LLC

______________________________
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Attorneys for Dallas Real Estate Investors, LLC

2999 TC JMJ MGR, LLC

By: ______________________________
Timothy Barton, President

FIVE STAR MM, LLC

By: ______________________________
Timothy Barton, President

FIVE STAR GM, LLC

By: ______________________________
Timothy Barton, President

JMJ DEVELOPMENT LLC

By: ______________________________
Timothy Barton, President

______________________________
Timothy Barton, Individually

______________________________
Joaquin Charles de Monet, Individually

DALLAS REAL ESTATE INVESTORS, LLC

By: ______________________________
Timothy Barton, President

DALLAS REAL ESTATE LENDERS, LLC

By: ______________________________
Timothy Barton, President

FHC ACQUISITION, LLC

By: ______________________________
Timothy Barton, President

PALISADES TC, LLC

By: ______________________________
Joaquin Charles de Monet, President