# Exhibit “K”

# PURCHASER'S STATEMENT

Date: January 31, 2020 GF No. 4712010652-SB

Sale From: IGO-USA LP, a Texas limited partnership

To: FHC Acquisition, LLC, a Texas limited liability company

Property 4.539 Acres, Lot 13, Frisco, Collin County, Texas (The Gate)

**Purchase Price.......** $ **5,931,565.00**

**Plus: Charges**

**FEES TO:** Chicago Title Insurance Company

| | | | | |
|---|---|---|---|---|
| Survey Coverage | 3,933.15 | Loan Policy | 100.00 | |
| T-19.1 | 2,622.10 | Tax Amendment | 25.00 | |
| | | Est Recording | 800.00 | |
| Guaranty Fee | 2.00 | T-19 Endorsement | 1,408.70 | |
| 1/2 Escrow Fee | 500.00 | T-33 Endorsement | 20.00 | |
| | | | | $ 9,410.95 |

**FEES TO:** Texas Republic Bank

| | | |
|---|---|---|
| Origiantion Fee | 29,657.83 | |
| Underwriting fee | 2,000.00 | |
| Appraisal Fee $3,000.00 | POC | |
| Property Tax Monitoring Fee | 125.00 | |
| Flood Fee | 14.00 | |
| Commitment Fee Credit | (5,000.00) | |
| Reserve Account | 372,500.00 | |
| | | $ 399,296.83 |

**PRORATIONS:**

| | | | | | |
|---|---|---|---|---|---|
| Taxes | from | | to | | $ 0.00 |
| Association Dues | | 1/31/20 | | 5/31/2020 | $ 6,383.04 |
| | from | | to | | $ |
| | from | | to | | $ |
| **50% Reimbursement Infrastructure fee** | | City of Frisco | | | $ POC |
| **Assessment** | | The Gate Property Owners Association, Inc. | | | $ POC |
| **General Liability Insurance** | | Inspire Insurance Solutions, Inc. | | | $ 840.00 |
| **Lender Legal Fee** | | Scheef & Stone, LLP | | | $ 13,500.00 |
| **Legal Fee** | | Winstead PC | | | $ 5,000.00 |
| **Legal Fee** | | Winstead PC | | | $ 15,000.00 |
| **Investment Fee and Reimb. Expense** | | Joaquin C. De Monet | | | $ 75,000.00 |
| **Legal Fee** | | Jackson Walker | | | $ 79,542.69 |
| **Fees** | | Fab Studio | | | $ 40,000.00 |
| **Legal Fee** | | McMurry Law, PLLC | | | $ 75,000.00 |

**Total Charges .......** $ **718,973.51**
**Gross Amount Due By Purchaser.......** $ **6,650,538.51**

**Less: Credits**

| | | |
|---|---|---|
| Down Payment or Earnest Money Paid to | Chicago Title Insurance Company | $ 100,000.00 |
| Loan from: | Texas Republic Bank | $ 2,965,783.00 |
| Investor Wire Palisades TC, LLC | | $ 3,580,000.00 subject to change |

**Prorations**

| | | | | | |
|---|---|---|---|---|---|
| Taxes | from | 01/1/20 | to | 1/31/20 | $ 7,690.77 |
| Rent | from | | to | | $ |
| | from | | to | | $ 0.00 |
| | from | | to | | $ 0.00 |

**Total Credits.......** $ **6,653,473.77**
**Balance Due To Buyer** $ **(2,935.26)**

Purchaser understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information from other resources and cannot guarantee the accuracy thereof. Any real estate agent or lender involved may be furnished a copy of this Statement. Purchaser understands that tax and insurance prorations and reserves were based on figures for the preceeding year or supplied by others, or estimates for current year, and in the event of any change for current year, all necessary adjustments must be between Purchase and Seller direct. The undersigned hereby authorizes CHICAGO TITLE INSURANCE COMPANY to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of Loan funds, if applicable, in the amount shown above and receipt of a copy of this statement.
POC-Paid outside of Closing

See attached signature addendum

Settlement Agent

1/30/20 3:46 PM