# Exhibit “O”

**Suki Rosen**

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Wednesday, August 11, 2021 3:58 PM
**To:** Suki Rosen
**Subject:** RE: [External] DREI - 341 meeting and formal document request

I have not seen any of this but I will pass along your message

---

**From:** Suki Rosen <srosen@forsheyprostok.com>
**Sent:** Wednesday, August 11, 2021 3:30 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>; 'larry martin' <larry.martin1948@gmail.com>
**Subject:** DREI - 341 meeting and formal document request

HI Joyce and Larry,
Mr. Barton testified under oath at the 341 meeting this morning that the debtor has been in discussions with a potential investor in the Frisco property and the parties have executed an LOI, term sheet, and are now working on definitive documentation for a final agreement. As you know, under the agreed order we all signed last week, the debtor and related entities are required to provide "any letters of intent, term sheets, purchase and sale agreements, or similar documents relating to any investment or potential investment in the Frisco Property, FHC Acquisition, or DREL" to Palisades. I made a formal demand for these documents at the 341 meeting, but I wanted to follow up with you by email. Mr. Barton testified that he has provided them to his counsel, including the Lindauer Firm. As a result, please send us those documents immediately. If we have not received them by Friday, we will have no choice but to file a motion to enforce the agreed order.

Separately, what is the plan for paying the outstanding property owners association (POA) fees? Counsel for the POA indicated that they plan to file suit against FHC Acquisition because the amounts have not been paid. Please advise. Thanks.
Best,

**Suzanne K. "Suki" Rosen** | **FORSHEYPROSTOK LLP**
**Partner** | **817.878.2018** | **Fax 817.877.4151**
**777 Main Street, Suite 1550 | Fort Worth, TX 76102**

srosen@forsheyprostok.com

**www.forsheyprostok.com**

CONFIDENTIALITY STATEMENT--VIRUS WARNING --
Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this email message is attorney-client privileged and confidential, intended for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by email and destroy all copies of the original message. Although this email and any attachments are believed to be free of any virus or other defects that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Forshey & Prostok, L.L.P. for any loss or damage arising in any way from its use.

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot

be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing, or recommending to another party any tax-related matters addressed.