Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

**DEBTOR'S RESPONSE TO PALISADES TC, LLC'S SUPPLEMENT TO MOTION TO CONVERT BANKRUPTCY CASE TO CHAPTER 7 OR DISMISS FOR CAUSE UNDER SECTION 1112(b) OF THE BANKRUPTCY CODE**

COMES NOW Dallas Real Estate Investors, LLC, ("DREI" or "Debtor"), Debtor in the above titled and numbered bankruptcy proceedings, and files this its *Response to Palisades TC, LLC's Supplement to Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause Under Section 1112(b) of the Bankruptcy Code* (Dkt. Nos. 48 and 53 or the "Supplement"), and would show the Court as follows:

1. Debtor denies the allegations in Paragraph 1 of the Supplement.

2. Debtor admits the allegation in Paragraph 2 of the Supplement to the extent that the referenced suit was filed by Gate POA against FHC Acquisition in state court, but denies the allegations and damages asserted against FHC Acquisition in that litigation. Debtor further denies that 2021-2022 Gate POA fees are due and owing. Debtor would note that the filing of this state

court litigation occurred subsequent to Debtor's petition date and prior to filing of any Plan of Reorganization in this case. Debtor denies the allegation that non-payment of fees somehow demonstrates an "inability to properly manage the Frisco Property and is putting the Debtor's investment in [it]… at risk." Such statement is conclusory, groundless, false, and lacks any form of evidentiary support.

3. Debtor is not required to admit or deny the allegation that Debtor "may have allowed FHC Acquisition to default on the loan" since such is a mere supposition. Debtor admits the allegation concerning the content of Barton's testimony at the 341 Meeting of Creditors. Debtor admits the allegation that it had not provided Palisades with documentation demonstrating that the FHC Loan had been extended, but also admits that it provided Palisades with the referenced unsigned copy of the proposed Loan Modification Agreement relating to said Loan. Debtor denies the allegation as to the nonexistence of a formal extension on the Loan beyond the maturity date. Debtor denies that Palisades disbelief in such extension constitutes evidence that Debtor is unable to properly manage DREL, FHC Acquisition, and the Frisco Property. Debtor denies that it is putting its investment in the Frisco Property at risk. As such, no cause exists that would warrant conversion of the case to Chapter 7.

4. Debtor would note that all information provided in this Supplement, is self-serving, ignores the best interests of the creditors, equity investors, and Debtor alike, and is engineered solely to support Palisades' recovery of its equity investment at the expense of all creditors

WHEREFORE, PREMISES CONSIDERED, the Debtor opposes the Motion and requests the Court to enter an Order denying the relief requested in the *Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause Under Section 1112(b) of the Bankruptcy Code* in its entirety, and granting to the Debtor such other relief to which it may show itself justly entitled.

Dated: September 14, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 14, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case listed below.

Joyce W. Lindauer \
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Steven C. Metzger
smetzger@pmklaw.com

Jeff P. Prostok
jprostok@forsheyprostok.com,
jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

Linda D. Reece
lreece@pbfcm.com

Suzanne K. Rosen
srosen@forsheyprostok.com,
jjones@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com

Jacob Sparks
JSparks@SpencerFane.com, MResa@SpencerFane.com

Laurie A. Spindler
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer