Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 ● (817) 877-4151 Fax
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

*Attorneys for Palisades TC, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **§** | **Chapter 11** |
| | **§** | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | **§** | **Case No. 21-41488-elm11** |
| | **§** | |
| | **§** | **Hearing: Sept. 28, 2021** |
| **Debtor.** | **§** | **at 9:30 a.m.** |

**WITNESS AND EXHIBIT LIST FOR HEARING ON SEPTEMBER 28, 2021**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

Palisades TC, LLC ("Palisades"), party in interest herein, files this Witness and Exhibit List in connection with the hearing scheduled for **Monday, September 28, 2021 at 9:30 a.m.** on

A. *Palisades TC, LLC's Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* ("Motion to Convert") [Docket Nos. 47, 48 (Supplement), 52, 53 (Supplement)];[1] and,

B. *Palisades TC, LLC's Motion to Enforce Agreed Order on Emergency Motion for Order Finding Stay Does Not Apply or, alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records and for Sanctions* ("Motion to Enforce") [Docket Nos. 49, 54, 55].

[1] The Motion to Convert and Motion to Enforce were filed using different ECF codes at the Court's request because each motion seeks more than one form of relief.

## WITNESSES

1. Joaquin de Monet
2. Any witness designated or called by any other party
3. Rebuttal and impeachment witnesses.

## EXHIBITS

| EXHIBIT | | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 1. | Five Star GM, LLC Organization Chart<br>(p. 4 of Motion to Convert) | | | |
| 2. | Company Agreement of Five Star GM, LLC (Ex. A to Motion to Convert) | | | |
| 3. | Palisades' Original Petition and Application for Temporary Injunction against Five Star MM and Timothy Barton filed in the 193rd District Court in Dallas County, Texas<br>(Ex. B to Motion to Convert) | | | |
| 4. | Dallas Real Estate Lenders Organization Chart<br>(p. 6 of Motion to Convert) | | | |
| 5. | Company Agreement of Dallas Real Estate Lenders, LLC dated January 29, 2020<br>(Ex. C to Motion to Convert) | | | |
| 6. | Palisades' Original Petition and Application for Temporary Injunction against Dallas Real Estate Investors, LLC and Timothy Barton<br>filed in the 193rd District Court in Dallas County, Texas (Ex. D to Motion to Convert) | | | |
| 7. | Settlement Agreement dated January 11, 2021 between Palisades TC, LLC, Five Star MM, LLC, Five Star GM, LLC, Dallas Real Estate Investors, LLC, 2999 TC JMJ MGR, LLC, JMJ Development LLC, Timothy Barton and Joaquin de Monet (Ex. E to Motion to Convert) | | | |
| 8. | Default letter relating to Settlement Agreement dated June 16, 2021 (Ex. F. to Motion to Convert) | | | |

| EXHIBIT | | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 9. | Voluntary Petition for Dallas Real Estate Investors, LLC [Docket No. 1] | | | |
| 10. | Debtor's Bankruptcy Schedules [Docket No. 16] | | | |
| 11. | Debtor's Amended Bankruptcy Schedule A/B [Docket No. 37] | | | |
| 12. | Debtor's Statement of Financial Affairs [Docket No. 17] | | | |
| 13. | Debtor's Amended Statement of Financial Affairs [Docket No. 50] | | | |
| 14. | Company Agreement for FHC Acquisition, LLC dated January 29, 2021 (Ex. J to Motion to Convert) | | | |
| 15. | Original Purchaser Statement for the Frisco Property (Ex. K to Motion to Convert) | | | |
| 16. | Demand letter to FHC Acquisition dated March 4, 2021 (Ex. L to Motion to Convert) | | | |
| 17. | Purchase and Sale Agreement between IGO-USA LP and JMJ Acquisitions, LLC and the amendments thereto (Ex. M to Motion to Convert) | | | |
| 18. | Transcript Excerpts from Telephonic 341(a) Meeting of Creditors (Ex. N to Motion to Convert) | | | |
| 19. | Business records affidavit pertaining to transcript from Telephonic 341 Meeting of Creditors | | | |
| 20. | Plaintiff the Gate Property Owners Association, Inc.'s Original Petition against FHC Acquisition, LLC (Ex. P to Supplement to Motion to Convert) | | | |
| 21. | Agreed Order on Emergency Motion for Order Finding Stay Does Not Apply or, alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records [Docket No. 42] | | | |

| EXHIBIT | | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 22. | Email to J. Lindauer dated Aug. 11, 2021 (Ex. O to Motion to Convert) | | | |
| 23. | Collin County Appraisal District Report for Frisco Property | | | |
| 24. | Debtor's Monthly Operating Report for June 2021 [Docket No. 32] | | | |
| 25. | Debtor's Monthly Operating Report for July 2021 [Docket No. 57] | | | |
| 26. | Debtor's Monthly Operating Report for August 2021 [Docket No. 61] | | | |
| 27. | Redacted term sheet dated July 7, 2021 relating to the Frisco Property | | | |
| 28. | Proposed Second Loan Modification relating to the Frisco Property | | | |
| 29. | Notice of Hearing for September 28, 2021 [Docket No. 56] | | | |
| 30. | Debtor's Response to Motion to Convert or Dismiss [Docket No. 58] | | | |
| 31. | Debtor's Response to Supplement to Motion to Convert or Dismiss [Docket No. 59] | | | |
| 32. | Debtor's Response to Palisades Motion to Enforce Agreed Order and for Sanctions [Docket No. 60] | | | |
| 33. | Forshey Prostok billing statement for August 2021 (redacted) | | | |
| 34. | Debtor's Plan of Reorganization [Docket No. 62] | | | |
| 35. | Debtor's Disclosure Statement [Docket No. 63] | | | |
| | Rebuttal exhibits | | | |
| | Impeachment exhibits | | | |
| | Any exhibit designated or offered by any other party | | | |

Palisades reserves the right to amend or supplement this Witness and Exhibit List and to use any witnesses or exhibits designated or called by any other party.

DATED: September 24, 2021.

Respectfully Submitted,

/s/ Suzanne K. Rosen

Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK, LLP**
777 Main Street, Suite 1290
Fort Worth, TX 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

ATTORNEYS FOR PALISADES TC, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that, on September 24, 2021, the foregoing document was submitted to the clerk of the U.S. Bankruptcy Court, Northern District of Texas, using the electronic case filing system (CM/ECF) of the Court. I certify that the document was served on all known counsel of record electronically as authorized by Local Bankruptcy Rule 7005-1 and Federal Rule of Civil Procedure 5(b)(2)(E).

/s/ Suzanne K. Rosen
Suzanne K. Rosen