# Exhibit "2"


Palisades TC, LLC
Timothy Barton
Sept. 16, 2019
0%
100%
Member, Manager & President
Five Star MM, LLC
2999 TC JMJ MGR, LLC
49.95%
.1%
49.95%
$4,000,000
Managing Member
$12,250,000 (supposedly)
Five Star GM, LLC
99.9%
Five Star TC, LLC
(Purported) Sole Member
MO 2999TC MZ, LLC
(Purported) Sole Member
MO 2999TC, LLC
2999 Turtle Creek
(Dallas Mandarin Oriental Hotel)