# Exhibit "19"

**RECORD BUSINESS DECLARATION**

STATE OF TEXAS )
)
COUNTY OF DALLAS )

I, Marina J. Lopez under penalty of perjury declare as follows:

I am an employee of the Office of the United States Trustee in Dallas, Texas and am a legal assistant whose job duties include being the custodian of records for the 341 creditors meeting recordings.

it is the normal business practice for trustees and U.S. Trustee employees to record their 341 creditors' meetings. When electronic recordings of the Chapter 11 341 creditors meetings are received, it is the normal business practice of the United States Trustee to transfer the recordings from a media disc to our server, with meetings organized by date, case name and number, and the presiding officer from the office of the U.S. Trustee. On request it is the normal practice for the United States Trustee to provide a copy of the recording by email, diskette or flash drive.

The attached flash drive or compact disc is an exact copy of the recording of the Chapter 11 341 creditor's meeting held on August 11, 2021, in the case of Dallas Real Estate Investors, LLC. Case number 21-41488-ELM-11 residing officer Erin Schmidt, trial attorney with the Office the United State Trustee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

marina j. Lopez