# Exhibit "23"

# Property Search

**Property ID: 2735901 - Tax Year:** 2021

## General Information

| | |
|---|---|
| **Property ID** | 2735901 |
| **Property Status** | Active |
| **Geographic ID** | R-10958-00A-0130-1 |
| **Property Type** | Real |
| **Property Address** | Syria Gate Way<br>Frisco, TX |
| **Total Land Area** | 197,697 sq. ft. |
| **Total Improvement Main Area** | n/a |
| **Abstract/Subdivision** | Gate The |
| **Primary State Code** | C1 (Vacant Commercial Lots (In City)) |
| **Legal Description** | GATE THE, BLK A, LOT 13; (REVISED) |
| **Tax Agent** | Ee Okpa/byeonghyeck Oh |

## Owner Information

| | |
|---|---|
| **Owner ID** | 1135836 |
| **Owner Name(s)** | Fhc Acquisition LLC |
| **Exemptions** | None |
| **Percent Ownership** | 100.00% |
| **Mailing Address** | 1755 Wittington Pl Ste 340<br>Dallas, TX 75234-1930 |

## 2021 Value Information

| | |
|---|---|
| **Improvement Homesite Value** | $0 |
| **Improvement Non-Homesite Value** | $0 |
| **Total Improvement Market Value** | **$0** |
| **Land Homesite Value** | $0 |
| **Land Non-Homesite Value** | $6,340,000 |
| **Land Agricultural Market Value** | $0 |
| **Total Land Market Value** | **$6,340,000** |
| **Total Market Value** | $6,340,000 |
| **Agricultural Use Loss** | $0 |
| **Total Appraised Value** | $6,340,000 |
| **Homestead Cap Loss** | $0 |
| **Total Assessed Value** | **$6,340,000** |

## Entities

| Taxing Entity | Tax Rate | Collected By |
|---|---|---|
| CFR (Frisco City) | 0.446600 (2020 Rate) | Collin County Tax Office |
| GCN (Collin County) | 0.172531 (2020 Rate) | Collin County Tax Office |
| JCN (Collin College) | 0.081222 (2020 Rate) | Collin County Tax Office |
| SFR (Frisco ISD) | 1.310200 (2020 Rate) | Collin County Tax Office |

## Improvements

Our records don't show any improvement data for Property ID 2735901 in the year 2021.

## Land Segments

| | |
|---|---|
| **Land Segment #1** | Commercial |
| **State Code** | C1 (Vacant Commercial Lots (In City)) |
| **Homesite** | No |
| **Market Value** | |
| **Ag Use Value** | n/a |
| **Land Size** | |

4.5385 acres
197,697 sq. ft.

## Value History

| Year | Improvement | Land | Market | Ag Loss | Appraised | HS Cap Loss | Assessed |
|---|---|---|---|---|---|---|---|
| 2021 | $0 | $6,340,000 | $6,340,000 | $0 | $6,340,000 | $0 | $6,340,000 |
| 2020 | $0 | $5,525,150 | $5,525,150 | $0 | $5,525,150 | $0 | $5,525,150 |
| 2019 | $0 | $4,448,674 | $4,448,674 | $0 | $4,448,674 | $0 | $4,448,674 |
| 2018 | $0 | $4,448,674 | $4,448,674 | $0 | $4,448,674 | $0 | $4,448,674 |
| 2017 | $0 | $2,372,626 | $2,372,626 | $0 | $2,372,626 | $0 | $2,372,626 |

## Deed History

| Deed Date | Seller | Buyer | Instr # | Volume/Page |
|---|---|---|---|---|
| 01/31/2020 | IGO - USA LP | FHC ACQUISITION LLC | 20200203000144930 | |

### SB 541 – Amends Section 25.027 of the Property Tax Code, effective September 1, 2005

***RESTRICTION ON POSTING DETAILED IMPROVEMENT INFORMATION ON INTERNET WEBSITE:***

Information in appraisal records may not be posted on the Internet if the information is a photograph, sketch, or floor plan of an improvement to real property that is designed primarily for use as a human residence. This section does not apply to an aerial photograph that depicts five or more separately owned buildings.

### HB 394 – Amends Section 25.027 of the Property Tax Code, effective September 1, 2015

***RESTRICTION ON POSTING AGE RELATED INFORMATION ON INTERNET WEBSITE:***

Information in appraisal records may not be posted on the Internet if the information indicates the age of a property owner, including information indicating that a property owner is 65 years of age or older.