# Exhibit "4"


Timothy Barton
President
Palisades TC, LLC
Dallas Real Estate Investors, LLC
Voting Member (Co-Manager)
50%
$3,500,000
Voting Member (Co-Manager)
50%
$10.00
Dallas Real Estate Lenders, LLC
FHC Acquisition, LLC
The Gate Property (Lot 13, Block A, The Gate, Frisco); 4.5385 acres off of Tollway