# Exhibit "29"

Jeff P. Prostok
State Bar No. 16352500
Susanne K. Rosen
State Bar No. 00798518
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

ATTORNEYS FOR PALISADES TC, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No.: 21-41488-elm11** |
| | § | |
| | § | |
| **Debtor.** | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the matters set forth below has been set for **September 28, 2021, at 9:30 a.m. Central Time** before the Honorable Edward L. Morris, United States Bankruptcy Judge, United States Courthouse, 501 West 10th Street, Courtroom 204, Second Floor, Fort Worth, Texas:

(1) Palisades TC, LLC's *Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* [Docket Nos. 47 & 52]; and

(2) Palisades TC, LLC's *Motion to Enforce Agreed Order on Emergency Motion for Order Finding Stay Does Not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* [Docket Nos. 49, 54 & 55]

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207

Meeting ID: 473 581 124

DATED: August 26, 2021

Respectfully submitted,

*/s/ Suzanne K. Rosen*
Jeff P. Prostok
State Bar No. 16352500
Susanne K. Rosen
State Bar No. 00798518
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

ATTORNEYS FOR PALISADES TC, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2021 a copy of the foregoing document was served through the Court's ECF system on those parties receiving ECF notice, and as indicated below on the parties reflected below.

*Via Email*
Joyce Lindauer (joyce@joycelindauer.com)

*Via Email*
Erin Schmidt (erin.schmidt2@usdoj.gov)

*/s/ Suzanne K. Rosen*
Suzanne K. Rosen