# Exhibit "33"

**PLEASE NOTE NEW SUITE NO. 1550**

FP
FORSHEYPROSTOK

777 Main Street, Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 (817) 877-4151 Fax
Tax ID# 75-2886460

Palisades TC, LLC
c/o Joaquin de Monet

**September 6, 2021**

**INVOICE NO. 31979**

**In Reference To:** **Our File No. 6241**

**Fees for professional services rendered:**

| | | | Hours | Amount |
|---|---|---|---|---|
| **General Case Administration** | | | | |
| [redacted] | | | | |

| | | Hours | Amount |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

| | | | Hours | Amount |
|---|---|---|---|---|
| [redacted] | | [redacted] | [redacted] | [redacted] |
| | [redacted] | | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] |
| 8/24/2021 | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | | [redacted] | [redacted] |
| | Prepare and revise motion to enforce agreed order. | SKR | 0.50 | 262.50 |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| 8/25/2021 | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| | Continue preparation of motion to enforce agreed order and for sanctions. | SKR | 1.60 | 840.00 |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |

| | | Hours | Amount |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| **Subtotal** | | | [redacted] |
| **Total Professional Fees** | | | [redacted] |

**Expenses Incurred:**

**General Case Administration**

| | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | | [redacted] |

| | Amount |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeff Prostok, Partner | [redacted] | [redacted] | [redacted] |
| Suzanne Rosen, Partner | | | |
| Jackie Jones | | | |