# Exhibit "36"

AFTER RECORDING RETURN TO:

Vance McMurry, Esq.
McMurry Law, PLLC
508 W. Lookout Drive, Ste. 14-74
Richardson, Texas 75080

(Space Above This Line for Recorder's Use Only)

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## SPECIAL WARRANTY DEED WITH VENDOR'S LIEN

**THIS SPECIAL WARRANTY DEED**, dated effective January 31, 2020, by IGO – USA LP, a Texas limited partnership, with its principal place of business at 2595 Dallas Parkway, Suite 470, Frisco, Texas, 75034 ("**Grantor**"), and FHC ACQUISITION, LLC, a Texas limited liability company, with its principal place of business at 1755 Wittington Place, Suite 340, Dallas, Texas 75234 ("**Grantee**"):

**WITNESSETH**, that Grantor, for good and valuable consideration, and the further consideration of the execution and delivery by Grantee of a Promissory Note, of even date herewith (the "**Note**"), in the principal sum of $2,965,783.00, payable to the order of Texas Republic Bank, N.A. (the "**Lender**"), as therein provided, and bearing interest as therein specified, the payment of which Note is secured by the vendor's lien herein retained, and is additionally secured by that certain Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing of even date herewith, to David L. Baty, Trustee for the benefit of Lender, the receipt and sufficiency of which are hereby confessed and acknowledged, has granted bargained, sold, and conveyed and by these presents does grant, bargain, sell, convey and confirm unto Grantee, its successors, and assigns, forever, all the following described lot or parcel of land, situated, lying and being in the County of Collin, State of Texas, and being more particularly described on Exhibit "A" attached hereto and made a part hereof (the "**Land**");

**TOGETHER** with Grantor's rights, title and interest (if any) in and to the following relating to the Land: (i) land lying in the bed of any street, road or access way, opened or proposed, on the Land; (ii) roads, alleys, rights-of-way and ingress and egress easements relating to the Land, whether surface, subsurface or otherwise; (iii) all water and water rights under or otherwise pertaining to the Land; and (iv) all governmental or quasi-governmental permits, approvals, authorities, licenses and consents, if any, of any kind or character pertaining to the Land (collectively, the "**Appurtenances**"); provided, however, nothing contained in this deed is intended to include any "Excluded Property", as such term is defined in the Purchase and Sale Agreement dated effective October 23, 2018, by and between Grantor and Grantee (as successor-in-interest to JMJ Acquisitions, LLC), as amended and assigned, the "**Purchase Agreement**", the

terms of which are incorporated herein by reference and made a part hereof. The Land and Appurtenances are referred to herein as the "**Property**".

THIS CONVEYANCE AND THE WARRANTIES OF TITLE HEREIN are subject to any Exception (as such term is defined in the Purchase Agreement) and those matters listed and described on Exhibit "B" attached hereto (collectively, the "**Exceptions**"), and to the following reservations (the "**Reservations**"):

1. Grantor hereby saves, excepts, and reserves unto itself, for its benefit and (to the maximum extent permitted by law) for the benefit of IGO – Frisco 1 LLC (a Texas limited liability company), The Gate Property Owners Association, Inc. (a Texas nonprofit corporation), and each of their respective affiliates, successors and assigns (each, including Grantor, the "**Benefited Party**"), the right to approve, in its or their (as applicable) sole discretion, the terms and conditions in which Grantee, its successors, and assigns, or any other person, trust or entity claiming any interest in or control over (whether by virtue of ownership, lien, or otherwise) Grantee, its successors, or assigns, and/or the Property (including any portion thereof) (each, including Grantee, the "**Restricted Party**") may: investigate, prospect, explore, develop, extract and/or produce (in any form and/or in any quantity) any oil, gas or other minerals (however minerals or interest therein is determined or defined, whether by law or otherwise) in, on, under, around or that can be produced or extracted from the Property, or within 2,000 feet thereof. Any rights granted by the Benefited Party to the Restricted Party shall be evidenced in writing and filed of public record against title to the Property.

2. Grantor hereby saves, excepts, and reserves unto itself and its designees, successors and assigns all rights, titles, interests, benefits, privileges, and agreements described in the Memorandum of Agreements, referenced on Exhibit B, Item #20 of this Deed.

**THE RESERVATIONS SET FORTH HEREIN FOR THE BENEFIT OF GRANTOR, ITS SUCCESSORS AND ASSIGNS SHALL BE DEEMED A COVENANT RUNNING WITH THE PROPERTY AND SHALL BE BINDING UPON GRANTEE, ITS SUCCESSORS AND ASSIGNS. THE RESERVATIONS SHALL BE DEEMED TO "RUN WITH THE LAND."**

**TO HAVE AND TO HOLD** the Property unto the Grantee, its successors and assigns, subject to the Reservations and Exceptions, forever, and Grantor binds Grantor and Grantor's successors and assigns to **WARRANT AND FOREVER DEFEND** all and singular the Property to Grantee and Grantee's successors and assigns against all and every person or persons lawfully claiming or to claim the whole or any part thereof, when the claim is by, through or under Grantor, but not otherwise.

**EXCEPT AS PROVIDED IN THE CONTRACT FOR PURCHASE OF THE PROPERTY, GRANTEE IS DEEMED TO HAVE ACCEPTED THE PROPERTY "AS IS", "WHERE IS", AND "WITH ALL FAULTS", INCLUDING LATENT DEFECTS, WITHOUT**

**RECOURSE TO AND WITHOUT REPRESENTATION OR WARRANTY BY GRANTOR, EXPRESS OR IMPLIED, WHETHER STATUTORY OR OTHERWISE, AND WITHOUT ANY WARRANTIES OF TRANSFER, MERCHANTABILITY OR FITNESS FOR A PARTICULAR, OR GRANTEE'S INTENDED USE OR PURPOSES, RELATING TO THE PROPERTY, AND ANY WARRANTIES ARISING IN SECTION 2 OF THE TEXAS BUSINESS AND COMMERCE CODE.**

The vendor's lien against and superior title to the Property are retained until the Note described herein is fully paid according to its terms, at which time this deed shall become absolute, subject to the Reservations and Exceptions. The vendor's lien and superior title to the Property are retained for the benefit of Lender, and are transferred to Lender, without representation by, or recourse on, Grantor.

[*Signature page follows.*]

IN WITNESS WHEREOF, Grantor has executed this deed on the date set forth above.

**GRANTOR**:

**IGO – USA LP,**
a Texas limited partnership

By: IGO-USA GP LLC,
a Texas limited liability company,
its General Partner

By: ______________________
Anas A. Kozbari, Manager

THE STATE OF TEXAS §
§
COUNTY OF COLLIN §

This instrument was acknowledged before me on this the 21 day of January, 2020, by Anas A. Kozbari, Manager of IGO – USA GP LLC, a Texas limited liability company, General Partner of IGO – USA LP, a Texas limited partnership, on behalf of said limited partnership.

______________________
Notary Public in and for the State of Texas

VIKTORYIA DZERANIUK
Notary Public, State of Texas
Comm. Expires 11-20-2023
Notary ID 132258741

Signature Page

# **Exhibit "A"**

Legal Description

Lot 13, Block A, The Gate, an addition to the City of Frisco, Collin County, Texas, according to the plat thereof recorded in Volume 2019, Page 275, Plat Records, Collin County, Texas.

**Exhibit "B"**

Exceptions

1. Declaration of Covenants, Conditions and Restrictions for Post Oak dated February 12, 1997, recorded under Clerk's File No. 97-0012014, Real Property Records, Collin County, Texas; as affected by First Amendment recorded in Volume 5928, Page 6108, Real Property Records, Collin County, Texas; and as affected by Amendment recorded under Clerk's File No. 20070611000786710, Real Property Records, Collin County, Texas; including all assessments, charges and liens set forth in such documents payable to Frisco Post Oak Property Owners Association, Inc.

2. Amended and Restated Master Declaration of Covenants, Conditions and Restrictions for The Gate recorded under Clerk's File No. 20160923001280990, Real Property Records, Collin County, Texas; including all easements, and all assessments, charges and liens set forth in such document payable to The Gate Property Owners Association, Inc.

3. The Gate Community Manual recorded under Clerk's File No. 20161003001325810, Real Property Records, Collin County, Texas.

4. Any discrepancies, conflicts, or shortages in area or boundary lines, or any encroachments or protrusions, or any overlapping of improvements.

5. Standby fees, taxes and assessments by any taxing authority for 2019 which are not delinquent, and all subsequent years.

6. Rights of tenants in possession, as tenants only, under unrecorded lease agreements.

7. All leases, grants, exceptions or reservations of coal, lignite, oil, gas and other minerals, together with all rights, privileges, and immunities relating thereto, appearing in the public records.

8. Any encroachment, encumbrance, violation, variation or adverse circumstance affecting title to the Property that would be disclosed by an accurate and complete land survey of the Land, which includes without limitation, all easements and other matters as set out and/or created by plat recorded in Volume 2019, Pages 275, Map Records, Collin County, Texas, as shown on the ALTA/NSPS Land Title Survey by prepared by David Petree, RPLS No. 1890, on behalf of Blue Sky Surveying & Mapping, Corporation, dated November 8, 2018, last revised December 27, 2019, including without limitation:

    a. 12' of a 24' fire lane, access and utility easement(s);
    b. Polo Gate Way and Frisco Gate Way variable width public way easement(s);
    c. Variable width drainage easement(s);
    d. Variable width temp. slope easement;

e. Variable width utility easement;
f. Variable width franchise utility easement(s);
g. Variable width waste water easement; and
h. Variable width street easement.

9. All easements and rights incidental thereto granted to Denton County Electric Cooperative, Inc., in that certain document recorded May 11, 1961 in Volume 468, Page 207, Real Property Records, Collin County, Texas.

10. All easements and rights incidental thereto granted to City of Frisco, Texas, in that certain document recorded December 12, 2007 under Clerk's File No. 20071212001653090, Real Property Records, Collin County, Texas.

11. All matters set forth in the Agreement between City of Frisco, Texas and Univest, Inc., recorded July 19, 1993 under Clerk's File No. 93-0058178, Real Property Records, Collin County, Texas.

12. All matters set forth in the Memorandum of Agreement between City of Frisco, Texas and Texas Univest-Frisco, Ltd. and Jerral W. Jones, recorded May 26, 1994 under Clerk's File No. 94-0051364, Real Property Records, Collin County, Texas.

13. All matters set forth in the Thoroughfare Construction Agreement for the Construction of Lebanon Connector, a Portion of John Hickman Parkway and Related Public Infrastructure dated November 19, 2014, among the City of Frisco, Texas, IGO-USA, LP, and IGO-Frisco 1 LLC, recorded September 1, 2015 under Clerk's File No. 20150901001112560, Real Property Records, Collin County, Texas.

14. All easements and rights incidental thereto granted to City of Frisco, Texas, in that certain document recorded September 1, 2015 under Clerk's File No. 20150901001112590, Real Property Records, Collin County, Texas.

15. All easements and rights incidental thereto granted to IGO-Frisco 1 LLC and IGO-USA, LP, in that certain document recorded September 23, 2016 under Clerk's File No. 20160923001281000, Real Property Records, Collin County, Texas.

16. All easements and rights incidental thereto granted to City of Frisco, Texas, in that certain document recorded July 13, 2017 under Clerk's File No. 20170713000920850, Real Property Records, Collin County, Texas.

17. All easements and rights incidental thereto granted to City of Frisco, Texas, in that certain document recorded July 13, 2017 under Clerk's File No. 20170713000920880, Real Property Records, Collin County, Texas.

18. All matters set forth in the Development Agreement among IGO-USA, LP, IGO-Frisco 1 LLC, and the City of Frisco, Texas, recorded April 17, 2017 under Clerk's File No. 20170417000481840, Real Property Records, Collin County, Texas.

19. All matters set forth in The Gate Notice of Applicability [Hotel] – Hotel Development Area [Lot 13], of even date herewith, recorded under Clerk's File No. 20200131000144690, Real Property Records, Collin County, Texas.

20. All matters set forth in the Memorandum of Agreements, of even date herewith, recorded under Clerk's File No. 20200131000144700 Real Property Records, Collin County, Texas.

21. All matters set forth in the Memorandum of Electric Service Agreement among IGO-USA, LP, IGO-Frisco 1 LLC, and the Denton County Electric Cooperative dba CoServ Electric, recorded November 14, 2016 under Clerk's File No. 2016-1542360, Real Property Records, Collin County, Texas.

22. Any other recorded lien, encumbrance, or easement consented to in writing by Grantee prior to or as of the date hereof.

**Filed and Recorded**
**Official Public Records**
**Stacey Kemp, County Clerk**
**Collin County, TEXAS**
**02/03/2020 07:58:32 AM**
**$54.00 NPRECELLA**
**20200203000144930**