# Exhibit "37"

AFTER RECORDING RETURN TO:

John E. Bloomer, Esq.
Spencer Fane LLP
5700 Granite Parkway, Suite 650
Plano, Texas 75024

(Space Above This Line for Recorder's Use Only)

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

# MEMORANDUM OF AGREEMENTS

This Memorandum of Agreements (this "**Memorandum**") is made as of January 31st, 2020, by and among IGO – USA LP, a Texas limited partnership ("**IGO**"), IGO – FRISCO 1 LLC, a Texas limited liability company ("**IGO-Frisco**"), FHC ACQUISITION, LLC, a Texas limited liability company ("**FHC**").

## RECITALS

A. IGO-Frisco and its affiliate, IGO, are the current owners of that certain tract or parcel of land situated in the City of Frisco, Collin County, Texas, referenced as Lot 7, Block A ("**Lot 7**"), The Gate, an addition to the City of Frisco, Collin County, Texas, according to the plat thereof recorded in Volume 2019, Page 275, Plat Records, Collin County, Texas (the "**Plat**", and by this reference is incorporated herein for all purposes), which adjoins Lot 14 and the Land (each as hereinafter defined).

B. IGO is the current owner of that certain tract or parcel of land situated in the City of Frisco, Collin County, Texas, referenced as Lot 14, Block A ("**Lot 14**") on the Plat, which adjoins Lot 7 and the Land.

C. Pursuant to that certain Purchase and Sale Agreement dated October 23, 2018 by and between IGO and JMJ Acquisitions, LLC ("**JMJ**"), as amended by that certain First Amendment to Purchase and Sale Agreement dated February 20, 2019, as amended by that certain Second Amendment to Purchase and Sale Agreement dated April 22, 2019, as amended by that certain Third Amendment to Purchase and Sale Agreement dated July 25, 2019, as amended by that certain Fourth Amendment to Purchase and Sale Agreement dated October 31, 2019, as amended by that certain Fifth Amendment to Purchase and Sale Agreement dated November 27, 2019, and as assigned by JMJ to its affiliate, FHC, by that certain Assignment and Assumption Agreement dated December 2, 2019 (as amended and assigned, the "**Purchase Agreement**"), IGO conveyed to FHC by Special Warranty Deed of even date herewith, that certain real property located in the City of Frisco, County of Collin, State of Texas, described on Exhibit "A" (the "**Land**"), which is referenced as Lot 13, Block A on the Plat.

D. The Land is subject to the Amended and Restated Master Declaration of Covenants, Conditions and Restrictions ("**Declaration**") made by IGO and IGO-Frisco, who are

the Declarants and Development Reviewers as defined therein, and under which the Association was established as recorded in the Official Public Records of Collin County, Texas on February 8, 2016 as document number 20160923001280990.

E. On or about the date hereof, IGO, IGO–Frisco, FHC, and The Gate Property Owners Association, Inc. entered into that certain Master Development and Consent Agreement ("**MDA**"), which (among other things) amends certain terms and conditions set forth in the Purchase Agreement.

F. The Purchase Agreement and the MDA each contains various rights, duties, obligations, covenants, restrictions and agreements regarding: (i) the design, development and construction of "Purchaser's Project" (as defined in the Purchase Agreement) and the "Project" (as defined in the MDA) on the Property on or before December 30, 2024 (the "**Completion Deadline**"), which includes the irrevocable and unconditional obligation for FHC and any other owner of all or any portion of the Property (jointly and severally) at its sole cost, risk and expense to design, develop, and construct the Project, including without limitation, 120 parking spaces ("**Dedicated Parking Spaces**") on the Property for the benefit of Lot 7 and Lot 14 ("**Adjacent Lots**") and the sole, exclusive, and free use and benefit of the respective owners thereof and their respective designees, successors and assigns; (ii) FHC and any other applicable Property owner to enter into a Parking Agreement (as defined in the Purchase Agreement) related to the Dedicated Parking Spaces with each owner of the Adjacent Lots and file such Parking Agreement (whether one or more) of record against title to the Property (as the burdened parcel) and Lot 7 and Lot 14 which adjoins the Property (each as a benefited parcel); (iii) prohibition against anyone's use of the name "The Gate", or any mark, logo, trade name, or other name utilizing "The Gate", or have any right, title or interest in the Marks, which includes payment of a per diem penalty, except (if at all) pursuant to a non-exclusive license agreement agreed to by IGO; (iv) restrictions on the assignment of certain provisions of the MDA and Purchase Agreement to the extent such survive the closing of the Purchase Agreement including any delegation of any duty, obligation, or liability for any Claims; and (v) any document, agreement or instrument related to the Dedicated Parking Spaces and/or the rights of the owners of the Adjacent Lots entered into by or on behalf of FHC including the terms and conditions set forth in the respective Parking Agreements. All of the foregoing documents, agreements, and matters referenced or otherwise described in this Recital F regarding the Completion Deadline, the Dedicated Parking Spaces, and the rights related to the Adjacent Lots are individually and collectively (as applicable) referred to herein as the "**Reservations and Restrictive Agreements**".

G. IGO, IGO-Frisco, and The Gate Property Owners Association, Inc. issued the Design Concept Approval to FHC on or about the date hereof granting to FHC the Required Approvals as defined under the Purchase Agreement (except as related to the development of the Dedicated Parking Spaces and approvals from any governmental or quasi-governmental entity) and to the extent necessary for FHC to obtain certain approvals from the Declarant and Development reviewer under the Master Declaration in order to develop the Project (collectively, "**Approvals**").

H. IGO, IGO-Frisco, and FHC agree to enter into and record this Memorandum to provide all persons notice of the Approvals and the Reservations and Restrictive Agreements,

and further agree to reaffirm and memorialize such agreements by recording evidence thereof in the real property records of Collin County, Texas.

AGREEMENT

NOW THEREFORE, in consideration of the premises and the mutual covenants and agreements contained herein and other valuable consideration, the receipt and sufficiency which are hereby acknowledged and confessed, IGO, IGO-Frisco, and FHC hereby agree as follows:

1. The Approvals and all Reservations and Restrictive Agreements are, and will otherwise be deemed to be, agreed to and binding upon IGO, IGO-Frisco, FHC, and all other Seller Parties and Purchaser Parties, and their respective successors and permitted assigns, as applicable (each deemed a "**Noticed Party**"). The Approvals and all such Reservations and Restrictive Agreements as described herein (and as set forth in more detail in the Purchase Agreement, the MDA, the Parking Agreement, and/or any other applicable agreement, including any amendments, modifications, or restatements thereof from and after the date hereof) are deemed to be "covenants running with the land" and binding upon Lot 7, Lot 14, and the Land (as applicable) and each Noticed Party.

2. This Memorandum is being made and filed for the purpose of giving third parties notice of the existence of the Reservations and Restrictive Agreements. Any inquiry, request, or other communication related to the full terms and conditions related to the Reservations and Restrictive Agreements should be directed to the following appropriate party(ies):

| | |
|---|---|
| If to IGO-Frisco or IGO: | c/o IGO-USA LP<br>2595 Dallas Parkway, Suite 470<br>Frisco, Texas 75034<br>Attention: Project Manager |
| With a copy to: | Spencer Fane LLP<br>5700 Granite Parkway, Suite 650<br>Plano, Texas 75024<br>Attention: John E. Bloomer, Esq. |
| If to FHC: | c/o FHC Acquisition, LLC<br>1755 Wittington Place, Suite 340<br>Dallas, Texas 75234<br>Attention: David Messersmith & Tim Barton |
| With a copy to: | McMurry Law, PLLC<br>508 W. Lookout Drive, Suite 14-74<br>Richardson, Texas 75080<br>Attention: Vance McMurry, Esq. |

3. This Memorandum may be executed in any number of counterparts, each of which shall be deemed an original and all of which shall constitute one and the same agreement

with the same effect as if all parties had signed the same signature page. It shall not be necessary that the signatures of, or on behalf of, each party, or that the signatures of all persons required to bind any party, appear on a single counterpart, but it shall be sufficient that the signature of, or on behalf of, each party, appear on one or more of the counterparts. Any capitalized term used, but not defined herein, shall have the same meaning ascribed to such term in the Purchase Agreement and the MDA, as applicable.

[*Remainder of this page intentionally left blank.*]

**IN WITNESS WHEREOF**, IGO, IGO-Frisco, and FHC have executed and delivered this Memorandum as of the day and year first above written.

**IGO**:

**IGO – USA LP,**
a Texas limited partnership

By: IGO – USA GP LLC,
a Texas limited liability company,
its General Partner

By: ______________________
Anas A. Kozbari, Manager

THE STATE OF TEXAS §
§
COUNTY OF COLLIN §

This instrument was acknowledged before me on this the 21 day of January, 2020, by Anas A. Kozbari, Manager of IGO – USA GP LLC, a Texas limited liability company, General Partner of IGO – USA LP, a Texas limited partnership, on behalf of said limited partnership.

______________________
Notary Public in and for the State of Texas

VIKTORYIA DZERANIUK
Notary Public, State of Texas
Comm. Expires 11-20-2023
Notary ID 132258741

**IN WITNESS WHEREOF**, IGO, IGO-Frisco, and FHC have executed and delivered this Memorandum as of the day and year first above written.

**IGO-Frisco**:

**IGO – FRISCO 1 LLC,**
a Texas limited liability company

By: IGO – USA LP,
a Texas limited partnership,
its Managing Member

By: IGO – USA GP LLC,
a Texas limited liability company,
its General Partner

By: ______________________
Anas A. Kozbari, Manager

THE STATE OF TEXAS §
§
COUNTY OF COLLIN §

This instrument was acknowledged before me on this the 21 day of January, 2020, by Anas A. Kozbari, Manager of IGO – USA GP LLC, a Texas limited liability company, General Partner of IGO – USA LP, a Texas limited partnership, Managing Manager of IGO – Frisco 1 LLC, a Texas limited liability company, on behalf of said limited liability company.

______________________
Notary Public in and for the State of Texas

VIKTORYIA DZERANIUK
Notary Public, State of Texas
Comm. Expires 11-20-2023
Notary ID 132258741

**IN WITNESS WHEREOF**, IGO, IGO-Frisco, and FHC have executed and delivered this Memorandum as of the day and year first above written.

**FHC**:

**FHC ACQUISITION, LLC**,
a Texas limited liability company

By: Real Estate Lenders, LLC,
a Delaware limited liability company,
its Manager

By: Real Estate Investors, LLC,
a Delaware limited liability company,
its Manager

By: ______________________
Tim Barton, President

THE STATE OF TEXAS §
§
COUNTY OF DALLAS §

This instrument was acknowledged before me on this the 30 day of January, 2020, by Tim Barton, President of Dallas Real Estate Investors, LLC, a Delaware limited liability company, as Manager of Dallas Real Estate Lenders, LLC, a Delaware limited liability company, as Manager of FHC Acquisition, LLC, a Texas limited liability company, on behalf of said limited liability company.

NOTARY PUBLIC STATE OF TEXAS
Bella D Khusal
My Commission Expires
09/24/2022
ID No. 131734480

______________________
Notary Public in and for the State of Texas

# EXHIBIT A

## LAND

Lot 13, Block A, The Gate, an addition to the City of Frisco, Collin County, Texas, according to the plat thereof recorded in Volume 2019, Page 275, Plat Records, Collin County, Texas.

COUNTY COURT OF COLLIN COUNTY, TEXAS

Filed and Recorded
Official Public Records
Stacey Kemp, County Clerk
Collin County, TEXAS
01/31/2020 03:46:04 PM
$54.00 TBARNETT
20200131000144700