CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 27, 2021**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE** | § | |
| **INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**ORDER AND NOTICE FOR HEARING**
**<u>ON DISCLOSURE STATEMENT</u>**

TO THE DEBTOR, ITS CREDITORS AND OTHER PARTIES IN INTEREST:

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code have been filed by Debtor; **IT IS ORDERED** and notice is hereby given that:

1. The hearing to consider the approval of the disclosure statement shall be held at the courtroom of the Honorable Edward L. Morris, United States Bankruptcy Court, 501 W. 10th Street, Fort Worth, Texas 76102 on **<u>November 3, 2021 at 9:30 a.m.</u>** Parties may appear in person

or via WebEx Video Conference. The WebEx conference link may be accessed here: https://us-courts.webex.com/meet/morris. To participate telephonically, parties must dial 1-650-479-3207 and enter Meeting ID 473 581 124. A copy of the WebEx Hearing Instructions is attached hereto as Exhibit "A."

2. **October 27, 2021** is fixed as the last day for filing and serving in accordance with Fed.R.Bankr.P3017(a) written objections to the disclosure statement. All objections must be filed with the Bankruptcy Clerk and served on counsel for Debtor by this date.

3. Counsel for Debtor shall file and serve a separate Notice of Hearing consistent with this Order within 2 business days of the entry of this Order on the Court's docket in accordance with Fed.R.Bankr.P.3017(a).

4. Requests for copies of the disclosure statement and plan shall be forwarded to the Debtor's counsel, Joyce W. Lindauer, at Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, Texas 75202; email: joyce@joycelindauer.com; or facsimile: (972) 503-4034.

# # # End of Order # # #

SUBMITTED BY:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Attorney for Debtor

# WebEx Hearing Instructions
## Judge Edward L. Morris

Pursuant to General Order 2020-14 issued by the Court on May 20, 2020, all hearings before Judge Edward L. Morris are currently being conducted by WebEx videoconference unless ordered otherwise.

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Meeting ID: 473 581 124

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.
- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf
- **Witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court.
- All WebEx hearing attendees are required to comply with Judge Morris' Telephonic and Videoconference Hearing Policy (included within Judge Morris' Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-edward-l-morris-0

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.
- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Morris' hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0.
- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-courts.webex.com/meet/morris" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Morris' Fort Worth courtroom as the location for the hearing.

**EXHIBIT "A"**