CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 27, 2021**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488-elm11** |
| | § | |
| | § | |
| **Debtor.** | § | |

**AGREED ORDER ON PALISADES TC, LLC'S MOTION TO CONVERT BANKRUPTCY CASE TO CHAPTER 7 OR DISMISS FOR CAUSE UNDER SECTION 1112(b) OF THE BANKRUPTCY CODE**

Came on for consideration (i) *Palisades TC, LLC's Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* ("Motion to Convert") [Docket Nos. 47 and 52],[1] (ii) *Palisades TC, LLC's Supplement to Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* (the "Supplement") [Docket Nos. 48 and 53], and (iii) *Debtor's Response to Palisades TC, LLC's Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* (the "Response") [Docket No. 58]. Based on the Court's consideration of the Motion to Convert, the Supplement, and the Response, the exhibits

[1] Identical versions of the Motion to Convert and Supplement were filed using different ECF codes at the Court's request because the Motion to Convert seeks more than one form of relief.

attached thereto, the agreement between Palisades TC, LLC ("Palisades") and the debtor, Dallas Real Estate Investors, LLC (the "Debtor") contained herein, and upon all other matters contained in the record in this case, the Court finds that granting the relief provided for in this Order is in the best interests of the Debtor and its estate and creditors.

Accordingly, it is hereby ORDERED that:

1. Capitalized terms not otherwise defined herein have the meaning attributed to such terms in the Motion to Convert;

2. Within thirty (30) days of the date of this order, the Debtor shall provide Palisades with documentation signed by Texas Republic Bank, N.A. evidencing that the maturity date of the FHC Loan has been extended from July 30, 2021 to January 30, 2022 (the "FHC Loan Second Modification Documents");

3. If the Debtor does not provide Palisades with the FHC Loan Second Modification Documents within thirty (30) days of the entry of this Order, then an order converting the case to Chapter 7, substantially in the form attached hereto as **Exhibit A**, shall automatically be entered by the Court on the thirty-first (31st) day after the entry of this Order upon the filing of a notice by Palisades that the FHC Loan Second Modification Documents were not timely provided by the Debtor;

4. If the Debtor provides Palisades with the FHC Loan Second Modification Documents within thirty (30) days of the entry of this Order, then the Debtor shall have an additional thirty (30) days, for a total of sixty (60) days from the date of this Order, to both (i) assume the Settlement Agreement with Palisades, and (ii) pay all outstanding cure amounts owed to Palisades under the Settlement Agreement. If the Debtor does not (i) assume the Settlement Agreement with Palisades and (ii) pay all outstanding cure amounts owed to Palisades under the Settlement Agreement within sixty (60) days from the date of this Order, then an order converting the case to Chapter 7, substantially in the form attached hereto as **Exhibit A**, shall automatically be entered by the Court on the sixty-first (61st) day after entry of

this Order upon the filing of a notice by Palisades that either (i) the Settlement Agreement was not assumed, or (ii) all outstanding cure amounts owed to Palisades under the Settlement Agreement have not been paid; and,

5. The parties shall continue to comply with the terms of the *Agreed Order on Emergency Motion for Order Finding Stay Does Not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* [Docket No. 42].

# # # END OF ORDER # # #

**AGREED AS TO FORM AND SUBSTANCE:**

/s/ Suzanne K. Rosen
Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

ATTORNEYS FOR PALISADES TC, LLC

**-AND-**

/s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
**JOYCE W. LINDAUER ATTORNEY, PLLC**
1412 Main Street, Suite 500
Dallas, TX 75202
joyce@joycelindauer.com

# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488-elm11** |
| | § | |
| | § | |
| **Debtor.** | § | |

**AGREED ORDER CONVERTING BANKRUPTCY CASE TO CHAPTER 7**
**FOR CAUSE UNDER SECTION 1112(b) OF THE BANKRUPTCY CODE**

On September __, 2021, the Court entered an *Agreed Order on Palisades TC, LLC's Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* (the "Agreed Order")[2] [Docket No. __]. The Agreed Order requires the Debtor to provide Palisades with the FHC Loan Second Modification Documents within thirty (30) days of the entry of the Agreed Order. In addition, if the FHC Loan Second Modification Documents are timely provided to Palisades, then the Agreed Order requires the Debtor to both (i) assume the Settlement Agreement with Palisades, and (ii) pay all outstanding cure amounts owed to Palisades under the Settlement Agreement within sixty (60) days of the date of the Agreed Order. In the event of a default by the Debtor of either of the foregoing requirements

[2] Capitalized terms not otherwise defined herein have the meaning attributed to them in the Agreed Order or the Motion to Convert (as defined in the Agreed Order).

under the Agreed Order, then the Agreed Order provides for the automatic entry of an agreed order converting the case to Chapter 7 upon the filing of a notice of the default by Palisades.

On ________________, 2021, Palisades filed a notice that the Debtor defaulted under the terms of the Agreed Order. In conformance with the terms of the Agreed Order, the Court now enters this Order converting this case to a chapter 7 liquidation.

Accordingly, it is hereby ORDERED ADJUDGED, and DECREED that:

1. The Debtor's bankruptcy cases is hereby converted to a chapter 7 liquidation.

2. The Debtor waives any right to reconvert this case back to a chapter 11 reorganization.

# # # END OF ORDER # # #

**AGREED AS TO FORM AND SUBSTANCE:**

/s/ Suzanne K. Rosen
Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

ATTORNEYS FOR PALISADES TC, LLC

**-AND-**

/s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
**JOYCE W. LINDAUER ATTORNEY, PLLC**
1412 Main Street, Suite 500
Dallas, TX 75202
joyce@joycelindauer.com