CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 27, 2021**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **§** | **Chapter 11** |
| | **§** | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | **§** | **Case No. 21-41488-elm11** |
| | **§** | |
| | **§** | |
| **Debtor.** | **§** | |

**AGREED ORDER ON PALISADES TC, LLC'S MOTION TO ENFORCE *AGREED ORDER ON EMERGENCY MOTION FOR ORDER FINDING STAY DOES NOT APPLY OR, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY TO FILE MEMORANDUM OF AGREEMENT IN REAL PROPERTY RECORDS* AND FOR SANCTIONS**

Came on for consideration (i) *Palisades TC, LLC's Motion to Enforce Agreed Ord eron Emergency Motion for Order Finding Stay Does Not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records and for Sanctions* (the "Motion to Enforce") [Docket Nos. 49, 54 and 55],[1] and (ii) *Debtor's Response in Opposition to Palisades TC, LLC's Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* (the "Response") [Docket No. 60]. Based on the Court's consideration of the Motion to Enforce and the Response, the exhibits attached thereto,

[1] Identical versions of the Motion to Enforce were filed using different ECF codes at the Court's request because the Motion to Enforce seeks more than one form of relief.

the agreement between Palisades TC, LLC ("Palisades") and the debtor, Dallas Real Estate Investors, LLC (the "Debtor") contained herein, and upon all other matters contained in the record in this case, the Court finds that granting the relief requested in the Motion to Enforce is well-founded and should be granted as provided for herein.

Accordingly, it is hereby ORDERED that:

1. Capitalized terms not otherwise defined herein have the meaning attributed to such terms in the Motion to Enforce;

2. The Motion to Enforce is hereby GRANTED; and,

3. The amount of $1,102.50, representing Palisades' reasonable attorneys' fees incurred in connection with the preparation of the Motion, shall be added to the cure amount required to be paid to Palisades to assume the Settlement Agreement dated January 11, 2021 between Palisades, the Debtor and certain other Barton-affiliated entities.

# # # END OF ORDER # # #

**AGREED AS TO FORM AND SUBSTANCE:**

/s/ Suzanne K. Rosen
Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

ATTORNEYS FOR PALISADES TC, LLC

**-AND-**

/s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
**JOYCE W. LINDAUER ATTORNEY, PLLC**
1412 Main Street, Suite 500
Dallas, TX 75202
joyce@joycelindauer.com