CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 27, 2021**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488-elm11** |
| | § | |
| | § | |
| **Debtor.** | § | |

**AGREED ORDER ON PALISADES TC, LLC'S MOTION TO CONVERT BANKRUPTCY CASE TO CHAPTER 7 OR DISMISS FOR CAUSE UNDER SECTION 1112(b) OF THE BANKRUPTCY CODE**

Came on for consideration (i) *Palisades TC, LLC's Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* ("Motion to Convert") [Docket Nos. 47 and 52],[1] (ii) *Palisades TC, LLC's Supplement to Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* (the "Supplement") [Docket Nos. 48 and 53], and (iii) *Debtor's Response to Palisades TC, LLC's Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* (the "Response") [Docket No. 58]. Based on the Court's consideration of the Motion to Convert, the Supplement, and the Response, the exhibits

[1] Identical versions of the Motion to Convert and Supplement were filed using different ECF codes at the Court's request because the Motion to Convert seeks more than one form of relief.

attached thereto, the agreement between Palisades TC, LLC ("Palisades") and the debtor, Dallas Real Estate Investors, LLC (the "Debtor") contained herein, and upon all other matters contained in the record in this case, the Court finds that granting the relief provided for in this Order is in the best interests of the Debtor and its estate and creditors.

Accordingly, it is hereby ORDERED that:

1. Capitalized terms not otherwise defined herein have the meaning attributed to such terms in the Motion to Convert;

2. Within thirty (30) days of the date of this order, the Debtor shall provide Palisades with documentation signed by Texas Republic Bank, N.A. evidencing that the maturity date of the FHC Loan has been extended from July 30, 2021 to January 30, 2022 (the "FHC Loan Second Modification Documents");

3. If the Debtor does not provide Palisades with the FHC Loan Second Modification Documents within thirty (30) days of the entry of this Order, then an order converting the case to Chapter 7, substantially in the form attached hereto as **Exhibit A**, shall automatically be entered by the Court on the thirty-first (31st) day after the entry of this Order upon the filing of a notice by Palisades that the FHC Loan Second Modification Documents were not timely provided by the Debtor;

4. If the Debtor provides Palisades with the FHC Loan Second Modification Documents within thirty (30) days of the entry of this Order, then the Debtor shall have an additional thirty (30) days, for a total of sixty (60) days from the date of this Order, to both (i) assume the Settlement Agreement with Palisades, and (ii) pay all outstanding cure amounts owed to Palisades under the Settlement Agreement. If the Debtor does not (i) assume the Settlement Agreement with Palisades and (ii) pay all outstanding cure amounts owed to Palisades under the Settlement Agreement within sixty (60) days from the date of this Order, then an order converting the case to Chapter 7, substantially in the form attached hereto as **Exhibit A**, shall automatically be entered by the Court on the sixty-first (61st) day after entry of

this Order upon the filing of a notice by Palisades that either (i) the Settlement Agreement was not assumed, or (ii) all outstanding cure amounts owed to Palisades under the Settlement Agreement have not been paid; and,

5. The parties shall continue to comply with the terms of the *Agreed Order on Emergency Motion for Order Finding Stay Does Not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* [Docket No. 42].

# # # END OF ORDER # # #

**AGREED AS TO FORM AND SUBSTANCE:**

/s/ Suzanne K. Rosen
Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

ATTORNEYS FOR PALISADES TC, LLC

**-AND-**

/s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
**JOYCE W. LINDAUER ATTORNEY, PLLC**
1412 Main Street, Suite 500
Dallas, TX 75202
joyce@joycelindauer.com

# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488-elm11** |
| | § | |
| | § | |
| **Debtor.** | § | |

**AGREED ORDER CONVERTING BANKRUPTCY CASE TO CHAPTER 7**
**FOR CAUSE UNDER SECTION 1112(b) OF THE BANKRUPTCY CODE**

On September __, 2021, the Court entered an *Agreed Order on Palisades TC, LLC's Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* (the "Agreed Order")[2] [Docket No. __]. The Agreed Order requires the Debtor to provide Palisades with the FHC Loan Second Modification Documents within thirty (30) days of the entry of the Agreed Order. In addition, if the FHC Loan Second Modification Documents are timely provided to Palisades, then the Agreed Order requires the Debtor to both (i) assume the Settlement Agreement with Palisades, and (ii) pay all outstanding cure amounts owed to Palisades under the Settlement Agreement within sixty (60) days of the date of the Agreed Order. In the event of a default by the Debtor of either of the foregoing requirements

[2] Capitalized terms not otherwise defined herein have the meaning attributed to them in the Agreed Order or the Motion to Convert (as defined in the Agreed Order).

under the Agreed Order, then the Agreed Order provides for the automatic entry of an agreed order converting the case to Chapter 7 upon the filing of a notice of the default by Palisades.

On ________________, 2021, Palisades filed a notice that the Debtor defaulted under the terms of the Agreed Order. In conformance with the terms of the Agreed Order, the Court now enters this Order converting this case to a chapter 7 liquidation.

Accordingly, it is hereby ORDERED ADJUDGED, and DECREED that:

1. The Debtor's bankruptcy cases is hereby converted to a chapter 7 liquidation.

2. The Debtor waives any right to reconvert this case back to a chapter 11 reorganization.

# # # END OF ORDER # # #

**AGREED AS TO FORM AND SUBSTANCE:**

/s/ Suzanne K. Rosen
Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

ATTORNEYS FOR PALISADES TC, LLC

**-AND-**

/s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
**JOYCE W. LINDAUER ATTORNEY, PLLC**
1412 Main Street, Suite 500
Dallas, TX 75202
joyce@joycelindauer.com

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 21-41488-elm

Dallas Real Estate Investors, LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: jalmaraz Page 1 of 2

Date Rcvd: Sep 27, 2021 Form ID: pdf020 Total Noticed: 25

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Dallas Real Estate Investors, LLC, 13901 Midway Road, Suite 102, Dallas, TX 75244-4388 |
| aty | + | Joyce Lindauer, Joyce Lindauer Attorney, PLLC, 1412 Main Street, Ste. 500, Dallas, TX 75202-4042 |
| cr | + | City of Frisco, Linebarger Goggan Blair & Sampson, LLP, CO Laurie A. Spindler, 2777 N Stemmons Fwy, Suite 1000, Dallas, TX 75207-2328 |
| cr | + | Dallas County, Linebarger Goggan Blair & Sampson LLP, CO Laurie A. Spindler, 2777 N. Stemmons Frwy Suite 1000, Dallas, TX 75207 UNITED STATES 75207-2328 |
| cr | + | Frisco ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 640, LB 40, Garland, TX 75042-8234 |
| intp | + | Tim Barton, 1755 Wittington, Suite 340, Dallas, TX 75234-1930 |
| 19462465 | | Attorney General of Texas, Bankruptcy Div, PO Box 12548, Austin, TX 78711-2548 |
| 19478655 | + | City of Frisco, Linebarger Goggan Blair & Sampson, LLP, C/O Laurie A. Spindler, 2777 N Stemmons Fwy, Ste 1000, Dallas, TX 75207-2328 |
| 19462467 | + | Fab Studio, 5646 Milton Street, Dallas, TX 75206-3907 |
| 19472176 | + | Frisco ISD, CO Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 640, LB 40, Garland, TX 75042-8234 |
| 19462469 | + | HR Sterling, 13901 Midway Road, Suite 102, Dallas, TX 75244-4388 |
| 19462468 | + | Halff Associates, 12225 Greenville Avenue, Suite 200, Dallas, TX 75243-2085 |
| 19462472 | + | JMJ Development LLC, 1755 Wittington Place, Suite 340, Dallas, TX 75234-1930 |
| 19462471 | + | Jackson Walker, 2323 Ross Avenue, Suite 600, Dallas, TX 75201-2725 |
| 19462473 | + | McMurry Law, 508 W. Lookout Drive, Suite 14-74, Richardson, TX 75080-2176 |
| 19462475 | + | Morelli Design, 7433 Varna Avenue, Los Angeles, CA 91605-4011 |
| 19462476 | + | Palisades Capital Realty Advisors, 1919 McKinney Avenue, Suite 100, Dallas, TX 75201-2496 |
| 19468661 | + | Palisades TC, LLC, CO Joaquin de Monet, 1919 McKinney Ave. Suite 100, Dallas, TX 75201-2496 |
| 19462477 | + | The Gate Property Owners Association, 2595 Dallas Parkway, Suite 470, Frisco, TX 75034-2038 |
| 19462478 | + | Tint Zone, 860 N. Crowley Road, Crowley, TX 76036-3760 |
| 19462480 | + | US Attny. General, 10th and Constitution Ave.,NW, Main Justice Bldg. Rm. 5111, Washington, DC 20530-0001 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| 19462470 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 27 2021 21:04:00 | Internal Revenue Service, Mail Code DAL-5020, 1100 Commerce Street, Dallas, Texas 75242-1100 |
| 19462474 | + | Email/Text: smetzger@pmklaw.com | Sep 27 2021 21:04:00 | Metzger Law PLLC, 3626 N. Hall Street, Unit 800, Dallas, TX 75219-5133 |
| 19462466 | | Email/Text: pacer@cpa.state.tx.us | Sep 27 2021 21:04:00 | Comptroller of Public Accts, Revenue Acctg Div Bankruptcy Sec, PO Box 13528, Austin, TX 78711 |
| 19462479 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 27 2021 21:04:00 | U. S. Trustees Office, 1100 Commerce Street, Room 9C60, Dallas, TX 75242-0996 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jacob Sparks | on behalf of Creditor The Gate Property Owners Association Inc. JSparks@SpencerFane.com, MResa@SpencerFane.com |
| Jeff P. Prostok | on behalf of Creditor Palisades TC LLC jprostok@forsheyprostok.com, jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Joyce W. Lindauer | on behalf of Debtor Dallas Real Estate Investors LLC joyce@joycelindauer.com, dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com |
| Laurie A. Spindler | on behalf of Creditor City of Frisco Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Linda D. Reece | on behalf of Creditor Frisco ISD lreece@pbfcm.com |
| Steven C. Metzger | on behalf of Interested Party Tim Barton smetzger@pmklaw.com |
| Suzanne K. Rosen | on behalf of Creditor Palisades TC LLC srosen@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 9