**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: Dallas Real Estate Investors, LLC | § | |
| | § | CHAPTER 11 |
| | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CASE NO.: 21-41488 |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM # 2**

Now comes City of Frisco a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case**.** City of Frisco filed its secured claim on or about July 21, 2021 in the amount of $24,675.32, which claim is designated as claim number 2 on the claims register. The Debtor does not own the property which is the subject of the claim. Therefore, City of Frisco hereby withdraws its claim.

Respectfully submitted,

Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway Suite 1000
Dallas, TX 75207
(214) 880-0089 - *Telephone*
(469) 221-5003 – *Fax*
Laurie.Spindler@lgbs.com

/s/Laurie A. Spindler, Attorney
Laurie A. Spindler
Bar No. 24028720

**CERTIFICATE OF SERVICE**

I hereby certify that on _13th__day of _October_______ ,2021 a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

/s/Laurie A. Spindler, Attorney