**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE** | § | |
| **INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**ORDER GRANTING**
**MOTION TO ASSUME SETTLEMENT AGREEMENT**
**WITH PALISADES TC, LLC**

CAME ON FOR CONSIDERATION the Motion to Assume Settlement Agreement with Palisades TC, LLC filed by Dallas Real Estate Investors, LLC ("Debtor"), the Debtor in the above-styled and numbered case, and the Court having considered the pleadings and argument of counsel, finds good cause to grant same. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Debtor is hereby authorized to assume the Settlement Agreement with Palisades TC, LLC and to make the cure payment of $4,000,000.00 as set forth therein.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
ATTORNEYS FOR DEBTOR