Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE** | § | |
| **INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**MOTION FOR SETTING AND**
**REQUEST FOR EXPEDITED HEARING**

1. Dallas Real Estate Investors, LLC (the "Debtor") hereby requests that a hearing be set on the Debtor's *Motion to Assume Settlement Agreement with Palisades TC, LLC* [Docket No. 80] (the "Motion") at the Court's earliest convenience no later than November 26, 2021. An expedited hearing is necessary so that the Settlement Agreement can be assumed, and the cure amount can be paid prior to November 26, 2021, to prevent the Debtor from being in default and this case being converted to Chapter 7 pursuant to the Agreed Order entered on August 3, 2021.

2. Notice of the expedited hearing will be provided to the U.S. Trustee, counsel for Palisades TC, LLC, and all parties receiving electronic notice in this case via the Court's ECF system in advance of the hearing.

3. A hearing was not requested earlier because the Motion was inadvertently set for hearing on December 6, 2021.

Dated: November 9, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

**CERTIFICATE OF CONFERENCE**

I hereby certify that on November 9, 2021, I conferred with Suki Rosen, counsel for Palisades TC, LLC regarding the relief requested herein. Ms. Rosen stated she did not oppose an expedited hearing.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 9, 2021, a true and correct copy of the foregoing Motion for Setting and Request for Expedited Hearing was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case listed below.

Leslie Renee Chaggaris on behalf of Counter-Defendant Palisades TC, LLC
leslie.chaggaris@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com

Leslie Renee Chaggaris on behalf of Plaintiff Palisades TC, LLC
leslie.chaggaris@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com

Robert F. Kemp on behalf of Defendant Timothy Barton
lawyerkemp@cs.com, charleshanna@lawyerkemp.com

Joyce W. Lindauer on behalf of Debtor Dallas Real Estate Investors, LLC
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Steven C. Metzger on behalf of Counter-Claimant Five Star MM, LLC
smetzger@pmklaw.com

Steven C. Metzger on behalf of Defendant Five Star MM, LLC
smetzger@pmklaw.com

Steven C. Metzger on behalf of Interested Party Tim Barton
smetzger@pmklaw.com

Jeff P. Prostok on behalf of Creditor Palisades TC, LLC
jprostok@forsheyprostok.com,
jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

Linda D. Reece on behalf of Creditor Frisco ISD
lreece@pbfcm.com

Joel Wilson Reese on behalf of Counter-Defendant Palisades TC, LLC
joel.reese@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com

Joel Wilson Reese on behalf of Plaintiff Palisades TC, LLC
joel.reese@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com

Suzanne K. Rosen on behalf of Creditor Palisades TC, LLC
srosen@forsheyprostok.com,
jjones@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com

Jacob Sparks on behalf of Creditor The Gate Property Owners Association, Inc.
JSparks@SpencerFane.com, MResa@SpencerFane.com

Laurie A. Spindler on behalf of Creditor City of Frisco
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A. Spindler on behalf of Creditor Dallas County
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer