**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE** | § | |
| **INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**ORDER REGARDING REQUEST FOR EXPEDITED HEARING**

The request for an expedited hearing on the Debtor's *Motion to Assume Settlement Agreement with Palisades TC, LLC* [Docket No. 80] (the "Motion") filed by Dallas Real Estate Investors, LLC ("Debtor") is **GRANTED**.

An expedited hearing will be held on the Motion on ______________________ before the Honorable Edward L. Morris, United States Bankruptcy Court.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033