**REFORM, REINSTATED**

# U.S. Bankruptcy Court
# Northern District of Texas (Ft. Worth)
# Bankruptcy Petition #: 21-41488-elm11

*Date filed:* 06/22/2021
*341 meeting:* 08/11/2021
*Deadline for filing claims:* 11/09/2021
*Deadline for filing claims (govt.):* 02/07/2022

*Assigned to:* Edward L. Morris
Chapter 11
Voluntary
Asset

***Debtor***
**Dallas Real Estate Investors, LLC**
13901 Midway Road
Suite 102
Dallas, TX 75244
TARRANT-TX
Tax ID / EIN: 82-2744049

represented by **Joyce Lindauer**
Joyce Lindauer Attorney, PLLC
1412 Main Street, Ste. 500
Dallas, TX 75202
972-503-4033

**Joyce W. Lindauer**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
(972) 503-4033
Fax : (972) 503-4034
Email: joyce@joycelindauer.com

***U.S. Trustee***
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

| Filing Date | Docket Text |
|---|---|
| 06/22/2021 | 1 (9 pgs) Non-individual Chapter 11 Voluntary Petition. Fee Amount $1738 Filed by Dallas Real Estate Investors, LLC Chapter 11 Plan due by 10/20/2021. Disclosure Statement due by 10/20/2021. (Lindauer, Joyce) |
| 06/22/2021 | Receipt of filing fee for Voluntary petition (chapter 11)(21-41488-11) [misc,volp11a] (1738.00). Receipt number 28798646, amount $1738.00 (re: Doc# 1). (U.S. Treasury) |
| 06/23/2021 | 3 (1 pg) Notice of Appearance and Request for Notice by Laurie A. Spindler filed by Creditor Dallas County. (Spindler, Laurie) |
| 06/23/2021 | 4 (2 pgs) Notice of deficiency. Schedule A/B due 7/6/2021. Schedule D due 7/6/2021. Schedule E/F due 7/6/2021. Schedule G due 7/6/2021. Schedule H due 7/6/2021. Declaration Under Penalty of Perjury for Non-individual Debtors due 7/6/2021. Summary of Assets and Liabilities and Certain Statistical |

**EXHIBIT "1"**

| | |
|---|---|
| | Information due 7/6/2021. Statement of Financial Affairs due 7/6/2021. 20 Largest Unsecured Creditors due 6/25/2021. (Bibbs-Samuels, P.) |
| 06/25/2021 | 5 (3 pgs) BNC certificate of mailing. (RE: related document(s)4 Notice of deficiency. Schedule A/B due 7/6/2021. Schedule D due 7/6/2021. Schedule E/F due 7/6/2021. Schedule G due 7/6/2021. Schedule H due 7/6/2021. Declaration Under Penalty of Perjury for Non-individual Debtors due 7/6/2021. Summary of Assets and Liabilities and Certain Statistical Information due 7/6/2021. Statement of Financial Affairs due 7/6/2021. 20 Largest Unsecured Creditors due 6/25/2021. (Bibbs-Samuels, P.)) No. of Notices: 1. Notice Date 06/25/2021. (Admin.) |
| 06/29/2021 | 6 (2 pgs) Order dismissing Debtor without prejudice. Entered on 6/29/2021 (Whitaker, Sherri) |
| 06/29/2021 | 7 (3 pgs) Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders . Filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)4 Notice of deficiency). (Lindauer, Joyce) |
| 06/29/2021 | 8 (4 pgs; 2 docs) DOCKET ERROR: INCORRECT EVENT. Motion to set aside (RE: related document(s)6 Order dismissing case) Filed by Debtor Dallas Real Estate Investors, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) Modified on 6/30/2021 (Ward, J). |
| 06/29/2021 | 9 (4 pgs; 2 docs) Motion to vacate dismissal order and reinstate case - Title 28 R.59 or R.60(b) Filed by Debtor Dallas Real Estate Investors, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 06/29/2021 | 10 (2 pgs) Certificate of service re: *Motion to Vacate Dismissal Order and Reinstate Case* filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)9 Motion to vacate dismissal order and reinstate case - Title 28 R.59 or R.60(b)). (Lindauer, Joyce) |
| 06/30/2021 | 11 (1 pg) Order granting motion to vacate dismissal order and reinstate Debtor - Title 28 R.59 or R.60(b) (related document # 9) Entered on 6/30/2021. (Whitaker, Sherri) |
| 07/01/2021 | 12 (3 pgs) Notice of Appearance and Request for Notice by Jeff P. Prostok filed by Creditor Palisades TC, LLC. (Prostok, Jeff) |
| 07/01/2021 | 13 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)6 Order dismissing Debtor without prejudice. Entered on 6/29/2021) No. of Notices: 13. Notice Date 07/01/2021. (Admin.) |
| 07/02/2021 | 14 (3 pgs) Notice of Appearance and Request for Notice by Suzanne K. Rosen filed by Creditor Palisades TC, LLC. (Rosen, Suzanne) |
| 07/02/2021 | 15 (3 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)11 Order granting motion to vacate dismissal order and reinstate Debtor - Title 28 R.59 or R.60(b)(related document 9) Entered on 6/30/2021.) No. of Notices: 14. Notice Date 07/02/2021. (Admin.) |
| 07/06/2021 | 16 (18 pgs) Schedules: Schedules A/B and D-H with Summary of Assets and Liabilities (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)4 Notice of deficiency). (Lindauer, Joyce) |
| 07/06/2021 | 17 (6 pgs) Statement of financial affairs for a non-individual . Filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)4 Notice of deficiency). (Lindauer, Joyce) |
| 07/06/2021 | 18 (2 pgs) Disclosure of compensation of attorney for debtor . Filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |
| 07/09/2021 | 20 (1 pg) Notice of Appearance and Request for Notice by Laurie A. Spindler filed by Creditor City of Frisco. (Spindler, Laurie) |

| | |
|---|---|
| 07/09/2021 | 21 (3 pgs) Meeting of creditors 341(a) meeting to be held on 8/11/2021 at 09:00 AM by TELEPHONE. Proofs of Claims due by 11/9/2021. Government Proof of Claim due by 2/7/2022. (Neary, William) |
| 07/12/2021 | 22 (2 pgs) Notice of Appearance and Request for Notice by Linda D. Reece filed by Creditor Frisco ISD. (Reece, Linda) |
| 07/12/2021 | 23 (23 pgs; 2 docs) Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney Filed by Debtor Dallas Real Estate Investors, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 07/14/2021 | 24 (5 pgs) BNC certificate of mailing - meeting of creditors. (RE: related document(s)21 Meeting of creditors 341(a) meeting to be held on 8/11/2021 at 09:00 AM by TELEPHONE. Proofs of Claims due by 11/9/2021. Government Proof of Claim due by 2/7/2022.) No. of Notices: 1. Notice Date 07/14/2021. (Admin.) |
| 07/27/2021 | 25 (123 pgs) Motion for relief from stay *Emergency Motion for Order Finding Stay Does Not Apply or Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* Fee amount $188, Filed by Creditor Palisades TC, LLC (Rosen, Suzanne) |
| 07/27/2021 | Receipt of filing fee for Motion for relief from stay(21-41488-elm11) [motion,mrlfsty] ( 188.00). Receipt number 28875494, amount $ 188.00 (re: Doc# 25). (U.S. Treasury) |
| 07/27/2021 | 26 (4 pgs) Motion for expedited hearing(related documents 25 Motion for relief from stay) Filed by Creditor Palisades TC, LLC (Rosen, Suzanne) |
| 07/28/2021 | 28 (2 pgs) Notice of hearing filed by Creditor Palisades TC, LLC (RE: related document(s)25 Motion for relief from stay *Emergency Motion for Order Finding Stay Does Not Apply or Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* Fee amount $188, Filed by Creditor Palisades TC, LLC). Hearing to be held on 8/2/2021 at 02:30 PM Ft. Worth, Judge Morris Ctrm. for 25, (Prostok, Jeff) |
| 07/29/2021 | 29 (2 pgs) Order granting motion for expedited hearing (Related Doc# 26)(document set for hearing: 25 Motion for relief from stay) Hearing to be held on 8/2/2021 at 02:30 PM at https://us-courts.webex.com/meet/morris for 25, Entered on 7/29/2021. (Almaraz, Jeanette) |
| 07/29/2021 | 30 (114 pgs; 16 docs) Witness and Exhibit List filed by Creditor Palisades TC, LLC (RE: related document(s)25 Motion for relief from stay *Emergency Motion for Order Finding Stay Does Not Apply or Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* Fee amount $188,). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15) (Rosen, Suzanne) |
| 07/29/2021 | 31 (131 pgs; 4 docs) Witness and Exhibit List filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)25 Motion for relief from stay *Emergency Motion for Order Finding Stay Does Not Apply or Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* Fee amount $188,). (Attachments: # 1 Exhibit A # 2 Exhibit B - Part 1 # 3 Exhibit B - Part 2) (Lindauer, Joyce) |
| 07/30/2021 | 32 (4 pgs) Chapter 11 Monthly Operating Report for the Month Ending: 06/30/2021 filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |
| 07/30/2021 | 33 (4 pgs) Response opposed to (related document(s): 25 Motion for relief from stay *Emergency Motion for Order Finding Stay Does Not Apply or Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* Fee amount $188, filed by Creditor Palisades TC, LLC) filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |

| | |
|---|---|
| 07/30/2021 | 34 (144 pgs; 17 docs) Amended Witness and Exhibit List filed by Creditor Palisades TC, LLC (RE: related document(s)30 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16) (Rosen, Suzanne) |
| 08/02/2021 | 35 (144 pgs; 6 docs) Amended Witness and Exhibit List filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)31 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit A # 2 Exhibit B - Part 1 # 3 Exhibit B - Part 2 # 4 Exhibit C # 5 Exhibit D) (Lindauer, Joyce) |
| 08/02/2021 | 36 (3 pgs) Notice of Appearance and Request for Notice by Steven C. Metzger filed by Interested Party Tim Barton. (Metzger, Steven) |
| 08/02/2021 | 37 (8 pgs) Amended Schedules: A/B, (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |
| 08/02/2021 | 38 (6 pgs) Amended Response opposed to (related document(s): 25 Motion for relief from stay *Emergency Motion for Order Finding Stay Does Not Apply or Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* Fee amount $188, filed by Creditor Palisades TC, LLC) filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |
| 08/02/2021 | 39 (147 pgs; 6 docs) Amended Witness and Exhibit List filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)35 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit A # 2 Exhibit B - Part 1 # 3 Exhibit B - Part 2 # 4 Exhibit C # 5 Exhibit D) (Lindauer, Joyce) |
| 08/02/2021 | 41 Hearing held on 8/2/2021. (RE: related document(s)25 Motion for relief from stay *Emergency Motion for Order Finding Stay Does Not Apply or Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records* Fee amount $188, Filed by Creditor Palisades TC, LLC) ***AGREEMENT ANNOUNCED*** (Munoz, Kristina) |
| 08/03/2021 | 42 (5 pgs) Agreed Order conditioning motion for relief from stay by Creditor Palisades TC, LLC (related document # 25) Entered on 8/3/2021. (Whitaker, Sherri) |
| 08/03/2021 | 43 (2 pgs) Certificate of No Objection filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)23 Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney ). (Lindauer, Joyce) |
| 08/04/2021 | 44 (2 pgs) Order granting application to employ Joyce Lindauer for Dallas Real Estate Investors, LLC as Attorney (related document # 23) Entered on 8/4/2021. (Whitaker, Sherri) |
| 08/09/2021 | 45 (3 pgs) Notice of Appearance and Request for Notice by Jacob Sparks filed by Creditor The Gate Property Owners Association, Inc.. (Sparks, Jacob) |
| 08/10/2021 | 46 (3 pgs) Certificate of service re: Meeting of Creditors filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)21 Meeting of creditors Chapter 11). (Lindauer, Joyce) |
| 08/11/2021 | Trustee's initial report of meeting of creditors held on 8/11/2021 (RE: related document(s)21 Meeting of creditors Chapter 11) (Schmidt, Erin) |
| 08/24/2021 | 47 (519 pgs; 16 docs) Motion to convert case from chapter 11 to 7 *or Dismiss for Cause Under Section 1112(b) of the Bankruptcy Code*. Fee Amount $15 Filed by Creditor Palisades TC, LLC (Attachments: # 1 Exhibit A - Five Star GM, LLC Agreement # 2 Exhibit B - Petition and TRO - Turtle Creek # 3 Exhibit C - Company Agreement # 4 Exhibit D - Petition and TRO - Frisco # 5 Exhibit E - 2021-01-11 Settlement Agreement # 6 Exhibit F- Settlement Default Letter # 7 Exhibit G - Schedules # 8 Exhibit H - Amended Schedules A/B # 9 Exhibit I - 17 SOFA # 10 Exhibit J - Company Agreement - FHC Acquisition, LLC # 11 Exhibit K - Purchaser Statement # 12 Exhibit - L Demand Letter - FHC 2021-03-04 # 13 Exhibit M - |

| | |
|---|---|
| | Frisco Hotel Contract and Amendments # 14 Exhibit N - Transcript Excerpts from 341 Meeting # 15 Exhibit O - Email Chain with J Lindauer) (Rosen, Suzanne) |
| 08/24/2021 | Receipt of filing fee for Motion to convert case from chapter 11 to 7(21-41488-elm11) [motion,mcn11to7] ( 15.00). Receipt number 28940259, amount $ 15.00 (re: Doc# 47). (U.S. Treasury) |
| 08/25/2021 | 48 (16 pgs; 2 docs) Support/supplemental document *Palisades TC, LLC Supplement to its Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* filed by Creditor Palisades TC, LLC (RE: related document(s)47 Motion to convert case from chapter 11 to 7 *or Dismiss for Cause Under Section 1112(b) of the Bankruptcy Code*. Fee Amount $15). (Attachments: # 1 Exhibit P - Original Petition Gate POA v FHC Acquisition) (Rosen, Suzanne) |
| 08/25/2021 | 49 (52 pgs; 6 docs) Motion to enforce *Agreed Order on Emergency Motion for Order Finding Stay Does not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement and for Sanctions* (related document(s): 42 Order on motion for relief from stay) Filed by Creditor Palisades TC, LLC (Attachments: # 1 Exhibit A - Agreed Order on Emergency Motion for Order Finding Stay - Relief from Stay # 2 Exhibit B- Schedules # 3 Exhibit C- Amended Schedules A/B # 4 Exhibit D - Transcript Excerpts from 341 Meeting 8.11.21 # 5 Exhibit E - Email Chain with J Lindauer re Demand for Documents) (Rosen, Suzanne) |
| 08/25/2021 | 50 (7 pgs) Statement of financial affairs for a non-individual - *AMENDED*. Filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |
| 08/26/2021 | 52 (519 pgs; 16 docs) Motion to dismiss case *Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* Filed by Creditor Palisades TC, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N # 15 Exhibit O) (Rosen, Suzanne) |
| 08/26/2021 | 53 (16 pgs; 2 docs) Support/supplemental document *to Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code (the* filed by Creditor Palisades TC, LLC (RE: related document(s)52 Motion to dismiss case *Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code*). (Attachments: # 1 Exhibit P) (Rosen, Suzanne) |
| 08/26/2021 | 54 (52 pgs; 6 docs) Motion for relief from stay *Motion to Enforce Agreed Order on Emergency Motion for Order Finding Stay Does not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement and for Sanctions* Fee amount $188, Filed by Creditor Palisades TC, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Rosen, Suzanne) |
| 08/26/2021 | Receipt of filing fee for Motion for relief from stay(21-41488-elm11) [motion,mrlfsty] ( 188.00). Receipt number 28944777, amount $ 188.00 (re: Doc# 54). (U.S. Treasury) |
| 08/26/2021 | 55 (52 pgs; 6 docs) Motion for sanctions Other non-compliance with Court Order against Dallas Real Estate Investors, LLC Filed by Creditor Palisades TC, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Rosen, Suzanne) |
| 08/26/2021 | 56 (2 pgs) Notice of hearing filed by Creditor Palisades TC, LLC (RE: related document(s)47 Motion to convert case from chapter 11 to 7 *or Dismiss for Cause Under Section 1112(b) of the Bankruptcy Code*. Fee Amount $15 Filed by Creditor Palisades TC, LLC (Attachments: # 1 Exhibit A - Five Star GM, LLC Agreement # 2 Exhibit B - Petition and TRO - Turtle Creek # 3 Exhibit C - Company Agreement # 4 Exhibit D - Petition and TRO - Frisco # 5 Exhibit E - 2021-01-11 Settlement Agreement # 6 Exhibit F- Settlement Default Letter # 7 Exhibit G - Schedules # 8 Exhibit H - Amended Schedules A/B # 9 Exhibit I - 17 SOFA # 10 Exhibit J - Company Agreement - FHC Acquisition, LLC # 11 Exhibit K - Purchaser Statement # 12 Exhibit - L Demand Letter - FHC 2021-03-04 # 13 Exhibit M - Frisco Hotel Contract and Amendments # 14 Exhibit N - Transcript Excerpts from 341 Meeting # 15 Exhibit O - Email Chain with J Lindauer), 49 Motion to enforce *Agreed Order on Emergency Motion for Order Finding Stay Does not* |

| | |
|---|---|
| | *Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement and for Sanctions* (related document(s): 42 Order on motion for relief from stay) Filed by Creditor Palisades TC, LLC (Attachments: # 1 Exhibit A - Agreed Order on Emergency Motion for Order Finding Stay - Relief from Stay # 2 Exhibit B- Schedules # 3 Exhibit C- Amended Schedules A/B # 4 Exhibit D - Transcript Excerpts from 341 Meeting 8.11.21 # 5 Exhibit E - Email Chain with J Lindauer re Demand for Documents), 52 Motion to dismiss case *Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* Filed by Creditor Palisades TC, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N # 15 Exhibit O), 54 Motion for relief from stay *Motion to Enforce Agreed Order on Emergency Motion for Order Finding Stay Does not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement and for Sanctions* Fee amount $188, Filed by Creditor Palisades TC, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E), 55 Motion for sanctions Other non-compliance with Court Order against Dallas Real Estate Investors, LLC Filed by Creditor Palisades TC, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)). Hearing to be held on 9/28/2021 at 09:30 AM Ft. Worth, Judge Morris Ctrm. for 47 and for 52 and for 49 and for 54 and for 55, (Rosen, Suzanne) |
| 09/07/2021 | 57 (4 pgs) Chapter 11 Monthly Operating Report for the Month Ending: 07/31/2021 filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |
| 09/14/2021 | 58 (15 pgs) Response opposed to (related document(s): 47 Motion to convert case from chapter 11 to 7 *or Dismiss for Cause Under Section 1112(b) of the Bankruptcy Code*. Fee Amount $15 filed by Creditor Palisades TC, LLC, 52 Motion to dismiss case *Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* filed by Creditor Palisades TC, LLC) filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |
| 09/14/2021 | 59 (4 pgs) Objection to (related document(s): 48 Support/supplemental document filed by Creditor Palisades TC, LLC, 53 Support/supplemental document filed by Creditor Palisades TC, LLC) filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |
| 09/14/2021 | 60 (5 pgs) Response opposed to (related document(s): 49 Motion to enforce *Agreed Order on Emergency Motion for Order Finding Stay Does not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement and for Sanctions* (related document(s): 42 Order on motion for rel filed by Creditor Palisades TC, LLC, 54 Motion for relief from stay *Motion to Enforce Agreed Order on Emergency Motion for Order Finding Stay Does not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement and for Sanctions* Fee amount $18 filed by Creditor Palisades TC, LLC, 55 Motion for sanctions Other non-compliance with Court Order against Dallas Real Estate Investors, LLC filed by Creditor Palisades TC, LLC) filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |
| 09/22/2021 | 61 (4 pgs) Chapter 11 Monthly Operating Report for the Month Ending: 08/31/2021 filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |
| 09/23/2021 | 62 (15 pgs) Chapter 11 plan filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |
| 09/23/2021 | 63 (50 pgs) Disclosure statement filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)1 Voluntary petition (chapter 11)). (Lindauer, Joyce) |
| 09/23/2021 | 64 (708 pgs; 11 docs) Witness and Exhibit List filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)49 Motion to enforce *Agreed Order on Emergency Motion for Order Finding Stay Does not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement and for Sanctions* (related document(s): 42 Order on motion for rel, 52 Motion to dismiss case *Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code*, 54 Motion for relief from stay *Motion to Enforce Agreed Order on Emergency Motion for Order Finding Stay Does not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement and for Sanctions* Fee amount $18, 55 Motion for sanctions Other non-compliance with Court Order against Dallas Real Estate Investors, LLC). (Attachments: # 1 Exhibit A # 2 Exhibit B - Part 1 # 3 |

| | |
|---|---|
| | Exhibit B - Part 2 # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F # 8 Exhibit G # 9 Exhibit H # 10 Exhibit I) (Lindauer, Joyce) |
| 09/24/2021 | 65 (663 pgs; 34 docs) Witness and Exhibit List *for Hearing on September 28, 2021* filed by Creditor Palisades TC, LLC (RE: related document(s)47 Motion to convert case from chapter 11 to 7 *or Dismiss for Cause Under Section 1112(b) of the Bankruptcy Code*. Fee Amount $15, 49 Motion to enforce *Agreed Order on Emergency Motion for Order Finding Stay Does not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement and for Sanctions* (related document(s): 42 Order on motion for rel, 52 Motion to dismiss case *Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code*, 54 Motion for relief from stay *Motion to Enforce Agreed Order on Emergency Motion for Order Finding Stay Does not Apply or, Alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement and for Sanctions* Fee amount $18, 55 Motion for sanctions Other non-compliance with Court Order against Dallas Real Estate Investors, LLC). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24 # 25 Exhibit 25 # 26 Exhibit 26 # 27 Exhibit 29 # 28 Exhibit 30 # 29 Exhibit 31 # 30 Exhibit 32 # 31 Exhibit 33 # 32 Exhibit 34 # 33 Exhibit 35) (Rosen, Suzanne) |
| 09/26/2021 | 66 (744 pgs; 40 docs) Amended Witness and Exhibit List *for Hearing set for September 28, 2021* filed by Creditor Palisades TC, LLC (RE: related document(s)65 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24 # 25 Exhibit 25 # 26 Exhibit 26 # 27 Exhibit 28 # 28 Exhibit 29 # 29 Exhibit 30 # 30 Exhibit 31 # 31 Exhibit 32 # 32 Exhibit 33 # 33 Exhibit 34 # 34 Exhibit 35 # 35 Exhibit 36 # 36 Exhibit 37 # 37 Exhibit 38 # 38 Exhibit 39 # 39 Exhibit 40) (Rosen, Suzanne) |
| 09/27/2021 | 67 (3 pgs) Order and notice for hearing on disclosure statement (RE: related document(s)63 Disclosure statement filed by Debtor Dallas Real Estate Investors, LLC). Hearing to be held on 11/3/2021 at 09:30 AM at https://us-courts.webex.com/meet/morris for 63, Entered on 9/27/2021 (Almaraz, Jeanette) |
| 09/27/2021 | 68 (6 pgs) Order conditioning motion to convert case from chapter 11 to 7 (related document # 47) Entered on 9/27/2021. (Almaraz, Jeanette) |
| 09/27/2021 | 69 (2 pgs) Order granting motion to enforce(Related Doc # 49), granting motion for sanctions (related document # 55) Entered on 9/27/2021. (Almaraz, Jeanette) |
| 09/28/2021 | 70 (2 pgs) Notice of hearing filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)63 Disclosure statement filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)1 Voluntary petition (chapter 11)).). Hearing to be held on 11/3/2021 at 09:30 AM at https://us-courts.webex.com/meet/morris for 63, (Lindauer, Joyce) |
| 09/29/2021 | 71 (1 pg) Amended Notice of hearing filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)63 Disclosure statement filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)1 Voluntary petition (chapter 11)).). Hearing to be held on 11/16/2021 at 01:30 PM at https://us-courts.webex.com/meet/morris for 63, (Lindauer, Joyce) |
| 09/29/2021 | 72 (8 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)68 Order conditioning motion to convert case from chapter 11 to 7 (related document 47) Entered on 9/27/2021.) No. of Notices: 21. Notice Date 09/29/2021. (Admin.) |
| 10/04/2021 | 73 (2 pgs) Certificate of service re: filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)62 Chapter 11 plan, 63 Disclosure statement, 67 Order to set hearing, 71 Notice of hearing). (Lindauer, Joyce) |

| | |
|---|---|
| 10/05/2021 | 74 (1 pg) Adversary case 21-04061. Complaint by Palisades TC, LLC against Five Star MM, LLC , Timothy Barton . Fee Amount $0 . Nature(s) of suit: 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)). (Whitaker, Sherri) |
| 10/13/2021 | 75 (1 pg) Withdrawal of claim(s): 2 Filed by Creditor City of Frisco. (Spindler, Laurie) |
| 10/21/2021 | 76 (4 pgs) Chapter 11 Monthly Operating Report for the Month Ending: 09/30/2021 filed by Debtor Dallas Real Estate Investors, LLC. (Lindauer, Joyce) |
| 10/25/2021 | 77 (3 pgs) Notice of hearing/*Notice of Continued Disclosure Statement Hearing* filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)63 Disclosure statement filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)1 Voluntary petition (chapter 11)).). Hearing to be held on 12/15/2021 at 01:30 PM at https://us-courts.webex.com/meet/morris for 63, (Lindauer, Joyce) |
| 10/25/2021 | 78 (4 pgs) Amended Notice of hearing/*Amended Notice of Continued Disclosure Statement Hearing* filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)63 Disclosure statement filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)1 Voluntary petition (chapter 11)).). Hearing to be held on 12/15/2021 at 01:30 PM at https://us-courts.webex.com/meet/morris for 63, (Lindauer, Joyce) |
| 11/02/2021 | 79 (1 pg) Adversary case 21-04073. Complaint by Palisades TC LLC against Dallas Real Estate Investors LLC , Timothy Barton . . Nature(s) of suit: 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)). (Whitaker, Sherri) |
| 11/05/2021 | 80 (15 pgs; 2 docs) Motion to assume executory contract or unexpired lease Filed by Debtor Dallas Real Estate Investors, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 11/09/2021 | 81 (4 pgs) Notice of hearing filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)80 Motion to assume executory contract or unexpired lease Filed by Debtor Dallas Real Estate Investors, LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 12/6/2021 at 09:30 AM at https://us-courts.webex.com/meet/morris for 80, (Lindauer, Joyce) |
| 11/09/2021 | 82 (4 pgs; 2 docs) Motion for expedited hearing(related documents 80 Motion to assume/reject) Filed by Debtor Dallas Real Estate Investors, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 11/10/2021 | 83 (4 pgs) Amended Notice of hearing filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)80 Motion to assume executory contract or unexpired lease Filed by Debtor Dallas Real Estate Investors, LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 11/23/2021 at 09:30 AM at https://us-courts.webex.com/meet/morris for 80, (Lindauer, Joyce) |
| 11/10/2021 | 84 (2 pgs) Order granting motion for expedited hearing (Related Doc# 82)(document set for hearing: 80 Motion to assume/reject) Hearing to be held on 11/23/2021 at 09:30 AM at https://us-courts.webex.com/meet/morris for 80, Entered on 11/10/2021. (Nunns, Tracy) |
| 11/10/2021 | 85 (5 pgs) Notice of hearing/*Notice of Rescheduled Disclosure Statement Hearing* filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)63 Disclosure statement filed by Debtor Dallas Real Estate Investors, LLC (RE: related document(s)1 Voluntary petition (chapter 11)).). Hearing to be held on 12/29/2021 at 01:30 PM at https://us-courts.webex.com/meet/morris for 63, (Lindauer, Joyce) |

**PACER Service Center**

**Transaction Receipt**

| | | | |
|---|---|---|---|
| 11/18/2021 19:40:46 | | | |
| **PACER Login:** | joycelindauer | **Client Code:** | Dallas Real Estate Investors |
| **Description:** | Docket Report | **Search Criteria:** | 21-41488-elm11 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |