Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 ● (817) 877-4151 Fax
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

*Attorneys for Palisades TC, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488-elm11** |
| | § | |
| | § | **Hearing: Nov. 23, 2021** |
| **Debtor.** | § | **at 9:30 a.m.** |

**WITNESS AND EXHIBIT LIST FOR HEARING ON NOVEMBER 23, 2021**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

Palisades TC, LLC ("Palisades"), party in interest herein, files this Witness and Exhibit List in connection with the hearing scheduled for **Tuesday, November 23, 2021 at 9:30 a.m.** on the *Debtor's Motion to Assume Settlement Agreement with Palisades TC, LLC* [Docket No. 80].

**WITNESSES**

1. Joaquin de Monet
2. Any witness designated or called by any other party
3. Rebuttal and impeachment witnesses.

**EXHIBITS**

| EXHIBIT | | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 1. | Organizational Chart relating to the Turtle Creek Property and Frisco Property | | | |
| 2. | Palisades' Limited Objection to the Debtor's Motion to Assume [Docket No. 87] | | | |

| EXHIBIT | | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 3. | Palisades' Proposed Order on Motion to Assume | | | |
| 4. | Redline reflecting Palisades' Proposed Order on Motion to Assume | | | |
| 5. | Agreed Order on Palisades TC, LLC's Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code [Docket No. 68] | | | |
| 6. | Palisades' Original Petition and Application for Temporary Injunction against Five Star MM and Timothy Barton filed in the 193rd District Court in Dallas County, Texas | | | |
| 7. | Palisades' Original Petition and Application for Temporary Injunction against Dallas Real Estate Investors, LLC and Timothy Barton filed in the 193rd District Court in Dallas County, Texas | | | |
| 8. | Settlement Agreement dated January 11, 2021 between Palisades TC, LLC, Five Star MM, LLC, Five Star GM, LLC, Dallas Real Estate Investors, LLC, 2999 TC JMJ MGR, LLC, JMJ Development LLC, Timothy Barton and Joaquin de Monet | | | |
| 9. | Default letter relating to Settlement Agreement dated June 16, 2021 | | | |
| 10. | Voluntary Petition for Dallas Real Estate Investors, LLC [Docket No. 1] | | | |
| 11. | Debtor's Bankruptcy Schedules [Docket No. 16] | | | |
| 12. | Debtor's Amended Bankruptcy Schedule A/B [Docket No. 37] | | | |
| 13. | Debtor's Statement of Financial Affairs [Docket No. 17] | | | |
| 14. | Debtor's Amended Statement of Financial Affairs [Docket No. 50] | | | |

| EXHIBIT | | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 15. | Monthly Operating Report for June 2021 [Docket No. 32] | | | |
| 16. | Monthly Operating Report for July 2021 [Docket No. 57] | | | |
| 17. | Monthly Operating report for August 2021 [Docket No. 61] | | | |
| 18. | Monthly Operating Report for September 2021 [Docket No. 76] | | | |
| 19. | Agreed Order on Emergency Motion for Order Finding Stay Does Not Apply or, alternatively, for Relief from the Automatic Stay to File Memorandum of Agreement in Real Property Records [Docket No. 42] | | | |
| | Rebuttal exhibits | | | |
| | Impeachment exhibits | | | |
| | Any exhibit designated or offered by any other party | | | |

Palisades reserves the right to amend or supplement this Witness and Exhibit List and to use any witnesses or exhibits designated or called by any other party.

DATED: November 19, 2021.

Respectfully Submitted,

/s/ Suzanne K. Rosen
Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK, LLP**
777 Main Street, Suite 1290
Fort Worth, TX 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

ATTORNEYS FOR PALISADES TC, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on November 19, 2021, the foregoing document was submitted to the clerk of the U.S. Bankruptcy Court, Northern District of Texas, using the electronic case filing system (CM/ECF) of the Court. I certify that the document was served on all known counsel of record electronically as authorized by Local Bankruptcy Rule 7005-1 and Federal Rule of Civil Procedure 5(b)(2)(E).

/s/ Suzanne K. Rosen
Suzanne K. Rosen