
Five Star MM & GM - 2999 Turtle Creek
Palisades TC, LLC
Timothy Barton
Sept. 16, 2019
0%
100%
Member, Manager & President
Five Star MM, LLC
2999 TC JMJ MGR, LLC
49.95%
$4,000,000
.1%
Managing Member
49.95%
$12,250,000 (supposedly)
Five Star GM, LLC
99.9%
Five Star TC, LLC
(Purported) Sole Member
MO 2999TC MZ, LLC
(Purported) Sole Member
MO 2999TC, LLC
2999 Turtle Creek
(Dallas Mandarin Oriental Hotel)
Dallas Real Estate Lenders, LLC
Timothy Barton
President
Palisades TC, LLC
Dallas Real Estate Investors, LLC
Voting Member (Co-Manager)
50%
$3,500,000
Voting Member (Co-Manager)
50%
$10.00
Dallas Real Estate Lenders, LLC
FHC Acquisition, LLC
The Gate Property (Lot 13, Block A, The Gate, Frisco); 4.5385 acres off of Tollway