**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE** | § | |
| **INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**ORDER GRANTING**
**MOTION TO ASSUME SETTLEMENT AGREEMENT**
**WITH PALISADES TC, LLC**

CAME ON FOR CONSIDERATION the Motion to Assume Settlement Agreement with Palisades TC, LLC [Docket No. 80] (the "Motion") filed by Dallas Real Estate Investors, LLC ("Debtor"), the Debtor in the above-styled and numbered case, and the Court having considered the pleadings and argument of counsel, finds good cause to grant same. It is, therefore,

Formatted: Underline

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that the:

1. The Motion is GRANTED.

2. The Debtor is hereby authorized to assume the Settlement Agreement with Palisades TC, LLC and to make the cure payment of $4,000,000.00 as set forth thereinon or before November 26, 2021.

Formatted: List Paragraph, Indent: Left: 0", First line: 0.5", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.75" + Indent at: 1"

3. If the Debtor assumes the Settlement Agreement and makes the cure payment of $4,000,000.00 on or before November 26, 2021, then assumption of the Settlement Agreement shall not alter any of the terms of the Settlement Agreement or the parties' respective rights and obligations thereunder.

4. If the cure payment of $4,000,000.00 is not made on or before November 26, 2021, the Settlement Agreement shall automatically be deemed rejected.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
ATTORNEYS FOR DEBTOR