PALISADES TC LLC
1919 McKinney Ave., Suite 100
Dallas, Texas 75201

June 16, 2021

Timothy Barton
President and Chief Executive Officer
JMJ Development LLC
tbarton@jmjdevelopment.net
1755 Wittington, Suite 340
Dallas, Texas 75234

Re: Agreement dated January 11, 2021 (the "**Agreement**") by (a) Palisades TC, LLC ("Palisades"); and (b) Timothy Barton ("Barton"), Dallas Real Estate Investors, LLC ("DREI"), Five Star MM, LLC ("Five Star MM"), 2999 TC JMJ MGR, LLC ("JMJ MGR"), Five Star GM, LLC ("Five Star GM") (collectively the "JMJ Entities").

Mr. Barton:

This letter is provided as notice of default of the Agreement dated January 11, 2021. Section 2.3 of the Agreement requires the JMJ Entities to pay Palisades the Settlement Payment (currently, $4,750,000) on or before February 15, 2021 (if not extended). The JMJ Entities extended the deadline until June 15, 2021, by making the February Payment, the March Payment, the April Payment, and the May Payment.

As we have not received the Settlement Payment, you are in default of the Agreement.

Sincerely,

PALISADES TC LLC

By: ______________________________
Joaquin Charles de Monet, Manager