Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 ● (817) 877-4151 Fax
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

*Attorneys for Palisades TC, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488-elm11** |
| | § | |
| | § | |
| **Debtor.** | § | |

**SUPPLEMENT TO PALISADES TC, LLC'S LIMITED OBJECTION TO THE DEBTORS' MOTION TO ASSUME SETTLEMENT AGREEMENT WITH PALISADES TC, LLC**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Palisades TC, LLC ("Palisades") and hereby files this Supplement to Palisades TC, LLC's Limited Objection (the "Objection") to the *Motion to Assume Settlement Agreement with Palisades TC, LLC* (the "Motion to Assume") [Docket No. 80] filed by Dallas Real Estate Investors, LLC (the "Debtor"), and would respectfully show the Court as follows:

1. In its Objection, Palisades indicated that it did not oppose the assumption of the Settlement Agreement provided the assumption was contingent on the Debtor's ability to pay the $4 million Cure Amount to Palisades on or before November 26, 2021, which is the day the parties previously agreed the case would be converted to chapter 7 if the Settlement Agreement was not assumed and the Cure Amount paid in the prior Agreed Order [Docket No. 68]. Alternatively, if the Debtor was not able to pay the Cure Amount on or before November 26,

2021, then Palisades requested that the Settlement Agreement be automatically deemed rejected.

2. On November 22, 2021, Palisades provided counsel for the Debtor with a revised proposed order on the Motion to Assume reflecting language that would be acceptable to Palisades, a copy of which is attached hereto as **Exhibit "A."** The attached proposed order replaces the proposed order attached to Palisades' Limited Objection as Exhibit "6," which is hereby withdrawn. The revised proposed form of order makes it clear that any authorization for the Debtor to assume the Settlement Agreement is expressly contingent upon the Debtor's ability to pay the Cure Amount to Palisades on or before November 26, 2021.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Palisades TC, LLC respectfully requests that (i) any order entered by the Court granting the Motion to Assume contain the modifications requested by Palisades herein and reflected on the attached **Exhibit A**, (ii) grant Palisades such other and further relief as is just and equitable.

DATED: November 23, 2021.

Respectfully Submitted,

/s/ Suzanne K. Rosen
Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

ATTORNEYS FOR PALISADES TC, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2021 a copy of the foregoing document was served through the Court's ECF system on those parties receiving ECF notice, and as indicated below on the parties reflected below.

*Via Email*
Joyce Lindauer (joyce@joycelindauer.com)

*Via Email*
Erin Schmidt (erin.schmidt2@usdoj.gov)

/s/ Suzanne K. Rosen
Suzanne K. Rosen

# EXHIBIT "A"

**[Revised Proposed Order]**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE** | § | |
| **INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**ORDER GRANTING**
**MOTION TO ASSUME SETTLEMENT AGREEMENT**
**WITH PALISADES TC, LLC**

CAME ON FOR CONSIDERATION the Motion to Assume Settlement Agreement with Palisades TC, LLC [Docket No. 80] (the "Motion") filed by Dallas Real Estate Investors, LLC ("Debtor"), the Debtor in the above-styled and numbered case, and the Court having considered the pleadings and argument of counsel, finds good cause to grant same.

Accordingly, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. If the Debtor has available funds that can be used to make the cure payment of $4,000,000.00 to Palisades on or before November 26, 2021, then Debtor is hereby authorized to pay the $4,000,000.00 cure payment to Palisades and thereby assume the Settlement Agreement. For clarification and avoidance of doubt, no assumption of the Settlement Agreement shall occur absent a prior or contemporaneous payment of the $4,000,000.00 cure amount by the Debtor to Palisades on or before November 26, 2021.

3. If the Debtor makes the cure payment of $4,000,000.00 on or before November 26, 2021 and thereby assumes the Settlement Agreement, then such assumption of the Settlement Agreement shall not alter any of the terms of the Settlement Agreement or the parties' respective rights and obligations thereunder.

4. If the cure payment of $4,000,000.00 is not made on or before November 26, 2021, the Settlement Agreement shall automatically be deemed rejected.

# # # END OF ORDER # # #