Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

**NOTICE OF RESCHEDULED DISCLOSURE STATEMENT HEARING**

**PLEASE TAKE NOTICE** that the hearing on the *Debtor's Disclosure Statement* [Docket No. 63] (the "Disclosure Statement") has been rescheduled to **January 19, 2022 at 1:30 p.m.** before the Honorable Edward L. Morris, United States Bankruptcy Court, 501 W. 10th Street, Fort Worth, Texas 76102. Parties may appear in person or via WebEx Video Conference. The WebEx conference link may be accessed here: https://us-courts.webex.com/meet/morris. To participate telephonically, parties must dial 1-650-479-3207 and enter Meeting ID 473 581 124. A copy of the WebEx Hearing Instructions is attached hereto as Exhibit "A."

**PLEASE TAKE FURTHER NOTICE** that **January 12, 2022** is fixed as the last day for filing and serving in accordance with Fed.R.Bankr.P 3017(a) written objections to the Disclosure Statement. All objections must be filed with the Bankruptcy Clerk and served on counsel for Debtor by this date.

Dated: December 3, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 3, 2021, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer

Label Matrix for local noticing
0539-4
Case 21-41488-elm11
Northern District of Texas
Ft. Worth
Fri Dec 3 15:48:09 CST 2021

501 W. Tenth Street
Fort Worth, TX 76102-3637

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

City of Frisco
Linebarger Goggan Blair & Sampson, LLP
CO Laurie A. Spindler
2777 N Stemmons Fwy, Suite 1000
Dallas, TX 75207-2328

City of Frisco
Linebarger Goggan Blair & Sampson, LLP
C/O Laurie A. Spindler
2777 N Stemmons Fwy, Ste 1000
Dallas, TX 75207-2328

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Dallas County
Linebarger Goggan Blair & Sampson LLP
CO Laurie A. Spindler
2777 N. Stemmons Frwy Suite 1000
Dallas, TX 75207-2328

Dallas Real Estate Investors, LLC
13901 Midway Road
Suite 102
Dallas, TX 75244-4388

Fab Studio
5646 Milton Street
Dallas, TX 75206-3907

Frisco ISD
c/o Perdue Brandon Fielder et al
1919 S. Shiloh Road, Suite 640, LB 40
Garland, TX 75042-8234

Frisco ISD
CO Perdue Brandon Fielder et al
1919 S. Shiloh Road, Suite 640, LB 40
Garland, TX 75042-8234

HR Sterling
13901 Midway Road
Suite 102
Dallas, TX 75244-4388

Halff Associates
12225 Greenville Avenue
Suite 200
Dallas, TX 75243-2085

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

JMJ Development LLC
1755 Wittington Place
Suite 340
Dallas, TX 75234-1930

Jackson Walker
2323 Ross Avenue
Suite 600
Dallas, TX 75201-2725

McMurry Law
508 W. Lookout Drive
Suite 14-74
Richardson, TX 75080-2176

Metzger Law PLLC
3626 N. Hall Street
Unit 800
Dallas, TX 75219-5133

Morelli Design
7433 Varna Avenue
Los Angeles, CA 91605-4011

Palisades Capital Realty Advisors
1919 McKinney Avenue
Suite 100
Dallas, TX 75201-2496

Palisades TC, LLC
CO Joaquin de Monet
1919 McKinney Ave. Suite 100
Dallas, TX 75201-2496

The Gate Property Owners Association
2595 Dallas Parkway
Suite 470
Frisco, TX 75034-2038

Tint Zone
860 N. Crowley Road
Crowley, TX 76036-3760

U. S. Trustees Office
1100 Commerce Street
Room 9C60
Dallas, TX 75242-0996

US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530-0001

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Joyce Lindauer
Joyce Lindauer Attorney, PLLC
1412 Main Street, Ste. 500
Dallas, TX 75202-4042

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202-4042

Tim Barton
1755 Wittington, Suite 340
Dallas, TX 75234-1930

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)The Gate Property Owners Association, Inc.

(u)Palisades TC, LLC

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 28 |
| Bypassed recipients | 2 |
| Total | 30 |