Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151 Fax
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

*Attorneys for Palisades TC, LLC*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034

*Attorneys for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488-elm11** |
| | § | |
| | § | |
| **Debtor.** | § | |

**<u>JOINT MOTION FOR ENTRY OF STIPULATION AND AGREED ORDER</u>**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

COME NOW Dallas Real Estate Investors, LLC (the "<u>Debtor</u>") and Palisades TC, LLC ("<u>Palisades</u>") and hereby files *Joint Motion for Entry of Stipulation and Agreed Order* (the "<u>Motion for Entry</u>"), and would respectfully show the Court as follows

1. The Debtor's chapter 11 bankruptcy case was filed on June 22, 2021.

2. On August 24, 2021, Palisades filed a *Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* (the "<u>Motion to Convert</u>") [Docket Nos. 47 and 52] and, on August 25, 2021, Palisades filed a Supplement to its Motion to Convert [Docket Nos. 48 and 53]. The Debtor filed a response to the Motion to Convert on September 14, 2021 [Docket No. 58].

3. On September 27, 2021, the Court entered an *Agreed Order on Palisades TC, LLC's Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section*

*1112(b) of the Bankruptcy Code* (the "Agreed Order on Motion to Convert") [Docket No. 68].

4. The Agreed Order on Motion to Convert required the Debtor to assume the Settlement Agreement (as defined in the Motion to Convert) and pay all outstanding cure amounts owed to Palisades under the Settlement Agreement on or before November 26, 2021.

5. The Debtor did not assume the Settlement Agreement or pay all outstanding cure amounts by November 26, 2021

6. Under the Agreed Order on Motion to Convert, Palisades has the present right to file a notice of default and upload the order previously agreed to between the parties converting the case to chapter 7, at which time the case would be automatically converted to chapter 7.

7. The Debtor and Palisades have conferred and are currently engaged in discussions to determine whether a consensual resolution may be reached. For the purpose of continuing such discussions, the parties have agreed, among other things, that the Debtor and the Debtor's affiliates will promptly provide certain information and access to individuals relating to the Frisco Property (as defined in the Motion to Convert) to Palisades and, provided such information is provided, Palisades will not file the notice of default converting the case to chapter 7 under the Agreed Order on Motion to Convert before February 1, 2022. A copy of the parties' *Stipulation and Agreed Order* signed by the parties containing the terms of the stipulation is attached hereto as **Exhibit A**.

8. The Stipulation and Agreed Order are submitted in good faith and in the interest of conserving judicial and party resources, and not for the purpose of delay.

9. Based on the foregoing, the Debtor and Palisades respectfully request that the Court enter the Stipulation and Agreed Order attached hereto as Exhibit A

WHEREFORE, the Debtor and Palisades respectfully request that the Court enter the Stipulation and Agreed Order attached hereto as Exhibit A, and for all such other and further relief to which they may be justly entitled.

Dated: December 6, 2021

Respectfully submitted,

/s/ Suzanne K. Rosen
Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

ATTORNEYS FOR PALISADES TC, LLC

**-AND-**

/s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
**JOYCE W. LINDAUER ATTORNEY, PLLC**
1412 Main Street, Suite 500
Dallas, TX 75202
joyce@joycelindauer.com

ATTORNEYS FOR THE DEBTOR

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that she has conferred with counsel for the Debtor regarding the relief requested in the foregoing Motion for Entry. As indicated by her signature on the Stipulation and Agreed Order attached hereto as **Exhibit A**, counsel for the Debtor agrees to the entry of the Stipulation and Agreed Order.

/s/ Suzanne K. Rosen
Suzanne K. Rosen

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all parties receiving electronic notice via the Court's CM/ECF system on December 6, 2021.

/s/ Suzanne K. Rosen
Suzanne K. Rosen

# Exhibit A

## [Proposed Stipulation and Agreed Order]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488-elm11** |
| | § | |
| | § | |
| **Debtor.** | § | |

**<u>STIPULATION AND AGREED ORDER</u>**

**I. Stipulation**

Dallas Real Estate Investors, LLC (the "<u>Debtor</u>") and Palisades TC, LLC ("<u>Palisades</u>"), each a "<u>Party</u>" and collectively the "<u>Parties</u>," hereby enter into the following *Stipulation* (the "<u>Stipulation</u>"):

1. The Debtor's chapter 11 bankruptcy case was filed on June 22, 2021.

2. On August 24, 2021, Palisades filed a *Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* (the "<u>Motion to Convert</u>") [Docket Nos. 47 and 52], and on August 25, 2021, Palisades filed a Supplement to its Motion to Convert [Docket Nos. 48 and 53]. The Debtor filed a response to the Motion to Convert on September 14, 2021 [Docket No. 58].

3. On September 27, 2021, the Court entered an *Agreed Order on Palisades TC, LLC's Motion to Convert Bankruptcy Case to Chapter 7 or Dismiss for Cause under Section 1112(b) of the Bankruptcy Code* (the "Agreed Order on Motion to Convert") [Docket No. 68].

4. The Agreed Order on Motion to Convert required the Debtor to assume the Settlement Agreement (as defined in the Motion to Convert) and pay all outstanding cure amounts owed to Palisades under the Settlement Agreement on or before November 26, 2021.

5. The Debtor did not assume the Settlement Agreement or pay all outstanding cure amounts by November 26, 2021

6. Under the Agreed Order on Motion to Convert, Palisades has the present right to file a notice of default and upload the order previously agreed to between the parties converting the case to chapter 7, at which time the case would be automatically converted to chapter 7.

7. In light of the foregoing, and in order to give the parties additional time to see if a consensual resolution may be reached, the Parties hereby agree as follows:

(i) From the date of this Stipulation through January 31, 2022, Palisades shall be entitled to independently talk to and obtain documents and information from the master developer for the Frisco Property (as defined in the Motion to Convert), any land use attorneys that have performed services relating to the Frisco Property, the Frisco planning commission, and any other like individuals or entities with information relating to the use and development of the Frisco Property. During this period, the Debtor will also promptly provide information to Palisades relating to the Frisco Property in response to Palisades' requests for information relating to the Frisco Property;

(ii) The Frisco Property shall only be listed for sale pursuant to an agreement as to the terms of a potential sale between the Debtor and Palisades. In the event an agreement on the terms of a potential sale can be reached, the Frisco Property shall only be listed with a national commercial real estate broker acceptable to both Parties;

(iii) Provided the access and information referenced in paragraphs 7(i) and 7(ii) is actually provided by the Debtor and any affiliates of the Debtor to Palisades, then Palisades will not exercise its right to convert the case to chapter 7 before February 1, 2022; and,

(iv) The Debtor will promptly move the deadline to file objections to its current disclosure statement [Docket No. 63] and the hearing on the disclosure statement to a date that is after February 15, 2022.

8. During the time the Stipulation is in place, the Parties agree to continue to engage in good faith settlement negotiations to see if a consensual resolution may be possible. However, the Parties reserve all rights in the event an agreement cannot be reached.

## II. Agreed Order

The Court, having considered the above Stipulation, and finding that the Stipulation is lawful and appropriate, and that no further notice to any other person or party is required, and incorporating the definitions in the Stipulation, it is hereby:

ORDERED that the Stipulation is APPROVED in all respects and shall govern according to its terms; and it is further

ORDERED that this Court shall retain jurisdiction to the maximum extent possible to interpret and to enforce the Stipulation and this Agreed Order.

# # # END OF ORDER # # #

**AGREED AS TO FORM AND SUBSTANCE:**

/s/ Suzanne K. Rosen
Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

ATTORNEYS FOR PALISADES TC, LLC

**-AND-**

/s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
**JOYCE W. LINDAUER ATTORNEY, PLLC**
1412 Main Street, Suite 500
Dallas, TX 75202
joyce@joycelindauer.com

ATTORNEYS FOR THE DEBTOR