Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

**AMENDED NOTICE OF RESCHEDULED DISCLOSURE STATEMENT HEARING**

**PLEASE TAKE NOTICE** that the hearing on the *Debtor's Disclosure Statement* [Docket No. 63] (the "Disclosure Statement") has been rescheduled to **January 26, 2022, at 1:30 p.m.** before the Honorable Edward L. Morris, United States Bankruptcy Court, 501 W. 10th Street, Fort Worth, Texas 76102. Parties may appear in person or via WebEx Video Conference. The WebEx conference link may be accessed here: https://us-courts.webex.com/meet/morris. To participate telephonically, parties must dial 1-650-479-3207 and enter Meeting ID 473 581 124. A copy of the WebEx Hearing Instructions is attached hereto as Exhibit "A."

**PLEASE TAKE FURTHER NOTICE** that **January 12, 2022** is fixed as the last day for filing and serving in accordance with Fed.R.Bankr.P. 3017(a) written objections to the Disclosure Statement. All objections must be filed with the Bankruptcy Clerk and served on counsel for Debtor by this date.

Dated: December 13, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 13, 2021, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 21-41488-elm11<br>Northern District of Texas<br>Ft. Worth<br>Mon Dec 13 15:21:59 CST 2021 | 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | Attorney General of Texas<br>Bankruptcy Div<br>PO Box 12548<br>Austin, TX 78711-2548 |
| City of Frisco<br>Linebarger Goggan Blair & Sampson, LLP<br>CO Laurie A. Spindler<br>2777 N Stemmons Fwy, Suite 1000<br>Dallas, TX 75207-2328 | City of Frisco<br>Linebarger Goggan Blair & Sampson, LLP<br>C/O Laurie A. Spindler<br>2777 N Stemmons Fwy, Ste 1000<br>Dallas, TX 75207-2328 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Dallas County<br>Linebarger Goggan Blair & Sampson LLP<br>CO Laurie A. Spindler<br>2777 N. Stemmons Frwy Suite 1000<br>Dallas, TX 75207-2328 | Dallas Real Estate Investors, LLC<br>13901 Midway Road<br>Suite 102<br>Dallas, TX 75244-4388 | Fab Studio<br>5646 Milton Street<br>Dallas, TX 75206-3907 |
| Frisco ISD<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, Suite 640, LB 40<br>Garland, TX 75042-8234 | Frisco ISD<br>CO Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, Suite 640, LB 40<br>Garland, TX 75042-8234 | HR Sterling<br>13901 Midway Road<br>Suite 102<br>Dallas, TX 75244-4388 |
| Halff Associates<br>12225 Greenville Avenue<br>Suite 200<br>Dallas, TX 75243-2085 | Internal Revenue Service<br>Mail Code DAL-5020<br>1100 Commerce Street<br>Dallas, Texas 75242-1100 | JMJ Development LLC<br>1755 Wittington Place<br>Suite 340<br>Dallas, TX 75234-1930 |
| Jackson Walker<br>2323 Ross Avenue<br>Suite 600<br>Dallas, TX 75201-2725 | McMurry Law<br>508 W. Lookout Drive<br>Suite 14-74<br>Richardson, TX 75080-2176 | Metzger Law PLLC<br>3626 N. Hall Street<br>Unit 800<br>Dallas, TX 75219-5133 |
| Morelli Design<br>7433 Varna Avenue<br>Los Angeles, CA 91605-4011 | Palisades Capital Realty Advisors<br>1919 McKinney Avenue<br>Suite 100<br>Dallas, TX 75201-2496 | Palisades TC, LLC<br>CO Joaquin de Monet<br>1919 McKinney Ave. Suite 100<br>Dallas, TX 75201-2496 |
| The Gate Property Owners Association<br>2595 Dallas Parkway<br>Suite 470<br>Frisco, TX 75034-2038 | Tint Zone<br>860 N. Crowley Road<br>Crowley, TX 76036-3760 | U. S. Trustees Office<br>1100 Commerce Street<br>Room 9C60<br>Dallas, TX 75242-0996 |
| US Attny. General<br>10th and Constitution Ave.,NW<br>Main Justice Bldg. Rm. 5111<br>Washington, DC 20530-0001 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Joyce Lindauer<br>Joyce Lindauer Attorney, PLLC<br>1412 Main Street, Ste. 500<br>Dallas, TX 75202-4042 |
| Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202-4042 | Tim Barton<br>1755 Wittington, Suite 340<br>Dallas, TX 75234-1930 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)The Gate Property Owners Association, Inc.

(u)Palisades TC, LLC

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 28 |
| Bypassed recipients | 2 |
| Total | 30 |