Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

**DEBTOR'S UNOPPOSED MOTION FOR LEAVE TO EXTEND DEADLINE**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW Dallas Real Estate Investors, LLC, ("Debtor"), Debtor in the above-captioned bankruptcy case, and files its Debtor's Unopposed Motion for Leave to Extend Deadline and respectfully shows the Court as follows:

## I. PROCEDURAL HISTORY

1. On June 22, 2021, Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code 11 U.S.C. § 101 et seq. (the "Bankruptcy Code").

2. On September 23, 2021, Debtor filed its Debtor's Plan of Reorganization [Docket No. 62] and Debtor's Disclosure Statement [Docket No. 63].

3. A hearing on the Debtor's Disclosure Statement is currently set for June 29, 2022.

4. Palisades TC, LLC is a secured creditor who is still working with Debtor's counsel to resolve its treatment in the plan.

5. The deadline to object to the Debtor's Disclosure Statement is June 22, 2022.

## II. GOOD FAITH BASIS FOR EXTENSION REQUEST

6. Debtor's main motivation for continuing under Chapter 11 was to provide for the payment of claims.

7. Debtor wishes to extend the hearing on the Disclosure Statement and the deadline for objections to the Disclosure Statement as further amendments are being contemplated.

8. The Debtor requests that the Court extend the hearing on Debtor's Disclosure Statement until the end of September 2022 or first part of October 2022.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Court enter its order granting the relief requested, and that the Court grant such other and further relief as it may deem just and proper

Dated: June 17, 2022.

Respectfully Submitted

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 15, 2022, I conferred with Suzanne Rosen, counsel for Palisades TC, LLC, concerning the foregoing Motion. Ms. Rosen indicated that she is unopposed to the relief requested.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 17, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case listed below.

Leslie Renee Chaggaris
leslie.chaggaris@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com

Robert F. Kemp
lawyerkemp@cs.com, charleshanna@lawyerkemp.com

Joyce W. Lindauer
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Steven C. Metzger
smetzger@pmklaw.com

Jeff P. Prostok
jprostok@forsheyprostok.com,
jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

Linda D. Reece
lreece@pbfcm.com

Joel Wilson Reese
joel.reese@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com

Suzanne K. Rosen
srosen@forsheyprostok.com,
jjones@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com

Jacob Sparks
JSparks@SpencerFane.com, MResa@SpencerFane.com

Laurie A. Spindler
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer