**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR**
**LEAVE TO EXTEND DEADLINE**

ON THIS DATE, the Court considered Debtor's *Unopposed Motion for Leave to Extend Deadline*, and the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that objections to the Disclosure Statement are due no later than 4:00 p.m. on __________________, 2022; and it is further

ORDERED that the hearing on the Debtor's Disclosure Statement is continued to _____________________, 2022 at _________.m.

# # # END OF ORDER # # #