Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **CASE NO. 21-41488-elm** |
| | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

# NOTICE OF RESCHEDULED DISCLOSURE STATEMENT HEARING

**PLEASE TAKE NOTICE** that the hearing on the *Debtor's Disclosure Statement* [Docket No. 63] (the "Disclosure Statement") has been rescheduled to **October 5, 2022, at 9:30 a.m.** before the Honorable Edward L. Morris, United States Bankruptcy Court, 501 W. 10th Street, Fort Worth, Texas 76102. Parties may appear in person or via WebEx Video Conference. The WebEx conference link may be accessed here: https://us-courts.webex.com/meet/morris. To participate telephonically, parties must dial 1-650-479-3207 and enter Meeting ID 473 581 124. A copy of the WebEx Hearing Instructions is attached hereto as Exhibit "A."

**PLEASE TAKE FURTHER NOTICE** that **September 28, 2022,** is fixed as the last day for filing and serving in accordance with Fed.R.Bankr.P. 3017(a) written objections to the Disclosure Statement. All objections must be filed with the Bankruptcy Clerk and served on counsel for Debtor by this date.

Dated: June 23, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 23, 2022, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer

# WebEx Hearing Instructions
## Judge Edward L. Morris

Pursuant to General Order 2021-06, effective July 1, 2021 and continuing thereafter until ordered otherwise, all hearings before Judge Edward L. Morris will be conducted in one of the following three ways depending upon the nature of the proceeding: (1) in a remote only mode (by video or telephone via the Court's WebEx platform); (2) in an in-person only mode (before the Court in the courtroom); or (3) in a hybrid mode (enabling participants to choose between appearing in person or remotely). **These instructions apply solely to remote only and hybrid hearings**.

**General Information**:

Subject to compliance with the procedures and requirements set forth herein, counsel and other parties in interest are permitted to attend and participate in remote only and hybrid hearings by remote means (*i.e.*, by WebEx videoconference or telephonic conference) without first obtaining permission of the Court to do so. The WebEx videoconference login and WebEx telephonic conference dial-in and meeting ID are set out below:

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Meeting ID: 473 581 124

**Participation/Attendance Requirements Applicable to All Remote Attendees:**

- Requirements as to attendance by videoconference or telephonic conference:

  (1) For those who intend to question any witness(es) or seek the admission of any document(s) in evidence, such individuals must attend in a videoconference mode (as opposed to a telephonic conference mode).

  (2) For those who do not intend to question any witnesses or seek the admission of any documents in evidence but who nevertheless intend to actively participate in the hearing, such individuals are encouraged, but not required, to attend in a videoconference mode.

  (3) All others may attend in either a videoconference or telephonic conference mode.

- Remote attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, attendees are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04.

**Remote Witness Testimony**:

Witnesses are permitted to testify by remote means at (1) remote only hearings, (2) hybrid hearings involving uncontested requests for relief, and (3) hybrid hearings involving contested requests for relief where the Court has authorized remote testimony. In all other situations, witness testimony is required to be provided live in court unless ordered otherwise by the Court.

Where remote testimony is permitted, witness testimony must be provided with the WebEx video function activated. Only in rare situations where the Court determines that cause exists to waive the prohibition, witnesses may not provide testimony by telephone alone.

**EXHIBIT "A"**

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at a hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.
- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing, unless the hearing will be conducted in a hybrid mode and counsel will be presenting the binders to the Court, in person, at the commencement of the hearing.
- For any witness that is to be called to testify remotely, the party calling the witness must, in advance of the hearing, supply to the witness (or counsel for the witness, as appropriate) with paper copies of all designated exhibits for the hearing.

**Notice of Hearing Content and Filing Requirements:**

For **REMOTE ONLY** hearings:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx means only, (2) provide notice of the above WebEx video link and telephone dial-in and meeting ID, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0
- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-courts.webex.com/meet/morris" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Morris' Fort Worth courtroom as the location for the hearing.

For **HYBRID** hearings:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted both in person and by WebEx means, (2) provide notice of the above WebEx video link and telephone dial-in and meeting ID, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0
- When electronically filing the Notice of Hearing via CM/ECF select Judge Morris' Fort Worth courtroom as the location for the hearing. Do not select Judge Morris' WebEx videoconference link as the location for the hearing.

**Disclaimer**:

The Court cannot and does not guarantee that telephonic service and computer connectivity will not be interrupted during the course of a hearing. For hybrid hearings, those who elect to participate in the hearing by remote means do so at their own risk, understanding that except in extremely rare circumstances the Court will not entertain a request for continuance of the hearing based upon technological failure or any disadvantage experienced on account of an election to attend remotely instead of in person.

Label Matrix for local noticing
0539-4
Case 21-41488-elm11
Northern District of Texas
Ft. Worth
Thu Jun 23 16:47:34 CDT 2022

501 W. Tenth Street
Fort Worth, TX 76102-3637

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

City of Frisco
Linebarger Goggan Blair & Sampson, LLP
CO Laurie A. Spindler
2777 N Stemmons Fwy, Suite 1000
Dallas, TX 75207-2328

City of Frisco
Linebarger Goggan Blair & Sampson, LLP
C/O Laurie A. Spindler
2777 N Stemmons Fwy, Ste 1000
Dallas, TX 75207-2328

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Dallas County
Linebarger Goggan Blair & Sampson LLP
CO Laurie A. Spindler
2777 N. Stemmons Frwy Suite 1000
Dallas, TX 75207-2328

Dallas Real Estate Investors, LLC
13901 Midway Road
Suite 102
Dallas, TX 75244-4388

Fab Studio
5646 Milton Street
Dallas, TX 75206-3907

Frisco ISD
c/o Perdue Brandon Fielder et al
1919 S. Shiloh Road, Suite 640, LB 40
Garland, TX 75042-8234

Frisco ISD
CO Perdue Brandon Fielder et al
1919 S. Shiloh Road, Suite 640, LB 40
Garland, TX 75042-8234

HR Sterling
13901 Midway Road
Suite 102
Dallas, TX 75244-4388

Halff Associates
12225 Greenville Avenue
Suite 200
Dallas, TX 75243-2085

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

JMJ Development LLC
1755 Wittington Place
Suite 340
Dallas, TX 75234-1930

Jackson Walker
2323 Ross Avenue
Suite 600
Dallas, TX 75201-2725

McMurry Law
508 W. Lookout Drive
Suite 14-74
Richardson, TX 75080-2176

Metzger Law PLLC
3626 N. Hall Street
Unit 800
Dallas, TX 75219-5133

Morelli Design
7433 Varna Avenue
Los Angeles, CA 91605-4011

Palisades Capital Realty Advisors
1919 McKinney Avenue
Suite 100
Dallas, TX 75201-2496

Palisades TC, LLC
CO Joaquin de Monet
1919 McKinney Ave. Suite 100
Dallas, TX 75201-2496

The Gate Property Owners Association
2595 Dallas Parkway
Suite 470
Frisco, TX 75034-2038

Tint Zone
860 N. Crowley Road
Crowley, TX 76036-3760

U. S. Trustees Office
1100 Commerce Street
Room 9C60
Dallas, TX 75242-0996

US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530-0001

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Joyce Lindauer
Joyce Lindauer Attorney, PLLC
1412 Main Street, Ste. 500
Dallas, TX 75202-4042

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202-4042

Tim Barton
1755 Wittington, Suite 340
Dallas, TX 75234-1930

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)The Gate Property Owners Association, Inc.

(u)Palisades TC, LLC

| End of Label Matrix | |
|---|---|
| Mailable recipients | 28 |
| Bypassed recipients | 2 |
| Total | 30 |