CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 17, 2022**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE** | § | **CASE NO. 21-41488-elm** |
| **INVESTORS, LLC,** | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR**
**LEAVE TO EXTEND DEADLINE**

ON THIS DATE, the Court considered Debtor's *Unopposed Motion for Leave to Extend Deadline*, and the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that objections to the Disclosure Statement are due no later than 4:00 p.m. on September 28, 2022; and it is further

ORDERED that the hearing on the Debtor's Disclosure Statement is continued to October 5, 2022 at 9:30 a.m.

# # # END OF ORDER # # #

United States Bankruptcy Court

Northern District of Texas

In re:
Dallas Real Estate Investors, LLC
Debtor

Case No. 21-41488-elm
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2
Date Rcvd: Jun 21, 2022 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| aty | + | Joyce Lindauer, Joyce Lindauer Attorney, PLLC, 1412 Main Street, Ste. 500, Dallas, TX 75202-4042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jacob Sparks | on behalf of Creditor The Gate Property Owners Association Inc. JSparks@SpencerFane.com, MResa@SpencerFane.com |
| Jeff P. Prostok | on behalf of Creditor Palisades TC LLC jprostok@forsheyprostok.com, tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Joel Wilson Reese | on behalf of Plaintiff Palisades TC LLC joel.reese@rm-firm.com tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com |
| Joel Wilson Reese | on behalf of Plaintiff Palisades TC LLC joel.reese@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com |
| Joel Wilson Reese | on behalf of Counter-Defendant Palisades TC LLC joel.reese@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com |
| Joyce W. Lindauer | |

| | |
|---|---|
| | on behalf of Debtor Dallas Real Estate Investors LLC joyce@joycelindauer.com, dian@joycelindauer.com;12113@notices.nextchapterbk.com |
| Joyce W. Lindauer | on behalf of Interested Party Dallas Real Estate Investors LLC joyce@joycelindauer.com, dian@joycelindauer.com;12113@notices.nextchapterbk.com |
| Joyce W. Lindauer | on behalf of Defendant Dallas Real Estate Investors LLC joyce@joycelindauer.com dian@joycelindauer.com;12113@notices.nextchapterbk.com |
| Laurie A. Spindler | on behalf of Creditor City of Frisco Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Leslie Renee Chaggaris | on behalf of Plaintiff Palisades TC LLC leslie.chaggaris@rm-firm.com tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com |
| Leslie Renee Chaggaris | on behalf of Counter-Defendant Palisades TC LLC leslie.chaggaris@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com |
| Leslie Renee Chaggaris | on behalf of Plaintiff Palisades TC LLC leslie.chaggaris@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com |
| Linda D. Reece | on behalf of Creditor Frisco ISD lreece@pbfcm.com lreece@ecf.courtdrive.com |
| Robert F. Kemp | on behalf of Defendant Dallas Real Estate Investors LLC lawyerkemp@cs.com charleshanna@lawyerkemp.com |
| Robert F. Kemp | on behalf of Defendant Timothy Barton lawyerkemp@cs.com charleshanna@lawyerkemp.com |
| Steven C. Metzger | on behalf of Defendant Five Star MM LLC smetzger@pmklaw.com |
| Steven C. Metzger | on behalf of Defendant Timothy Barton smetzger@pmklaw.com |
| Steven C. Metzger | on behalf of Interested Party Tim Barton smetzger@pmklaw.com |
| Steven C. Metzger | on behalf of Counter-Claimant Five Star MM LLC smetzger@pmklaw.com |
| Suzanne K. Rosen | on behalf of Creditor Palisades TC LLC srosen@forsheyprostok.com, tlevario@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 22