Jeff P. Prostok
Texas Bar No. 16352500
Suzanne K. Rosen
Texas Bar No. 00798518
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

Attorneys for Palisades TC, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488elm11** |
| | § | |
| | § | |
| **Debtor.** | § | |

**NOTICE OF WITHDRAWAL OF COUNSEL FOR PALISADES TC, LLC**

TO PARTIES-IN-INTEREST:

COMES NOW Forshey Prostok, LLP, counsel of record for Palisades TC, LLC, and files its *Notice of Withdrawal of Counsel*. Forshey Prostok, LLP hereby withdraws as counsel for Palisades TC, LLC in the above-referenced bankruptcy case. All pleadings in this bankruptcy case should be directed to the following:

Palisades TC, LLC
c/o Joaquin de Monet, Manager
1919 McKinney Ave., Suite 100
Dallas, TX 75201
jdemonet@palisadescapitalrealty.com

Palisades TC, LLC is also a party to the following two (2) adversary proceedings: (i) *Palisades TC, LLC v. Five Star MM, LLC, et al.,* Adversary Case No. 21-ap-04061-elm (the

"Five Star Adversary"), and (ii) *Palisades TC, LLC v. Dallas Real Estate Investors, LLC, et al*, Adversary Case No. 21-ap-04073-elm (the "DREI Adversary"). However, Forshey Prostok, LLP is not counsel of record for Palisades TC, LLC in either adversary proceeding. Instead, Palisades is currently represented in the Five Star Adversary and the DREI Adversary by Joel W. Reese, Reese Marketos, LLP, 750 N. Saint Paul St., Suite 600, Dallas, Texas 75201. Consequently, the withdrawal of Forshey Prostok, LLP as counsel for Palisades TC, LLC in the above-referenced bankruptcy case will not affect the representation of Palisades TC, LLC in the Five Star Adversary or the DREI Adversary.

Dated: July 1, 2022.

Respectfully submitted,

/s/ Jeff P. Prostok
Jeff P. Prostok
Texas Bar No. 16352500
Suzanne K. Rosen
Texas Bar No. 00798518
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

**ATTORNEYS FOR PALISADES TC, LLC**

## CERTIFICATE OF SERVICE

On July 1, 2022, a true and correct copy of the foregoing document was served on all persons receiving notice and service of pleadings through the Court's CM/ECF system.

/s/ Jeff P. Prostok
Jeff P. Prostok