Jeffrey M. Tillotson
State Bar No. 20039200
jtillotson@tillotsonlaw.com
Jonathan R. Patton
State Bar No. 24088198
jpatton@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

ATTORNEYS FOR PLAINTIFF
PALISADES TC, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**DALLAS REAL ESTATE INVESTORS, LLC,**<br><br>**Debtor** | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 21-41488** |
| **PALISADES TC LLC,** ***Individually and on Behalf of Five Star GM, LLC***<br><br>**v.**<br><br>**DALLAS REAL ESTATE INVESTORS, LLC,** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 21-04061-elm** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey M. Tillotson and Jonathan R. Patton of the law firm TILLOTSON JOHNSON & PATTON file this Notice of Appearance for Plaintiff Palisades TC LLC, Individually and on Behalf of Five Star GM, LLC, in the above-styled and numbered cause of action. Please direct all correspondence and other communications to Messrs. Tillotson and Patton at the contact information below:

Jeffrey M. Tillotson
Texas Bar No. 20039200
Jonathan R. Patton
Texas Bar No. 24088198
TILLOTSON JOHNSON & PATTON
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile
Email: jtillotson@tillotsonlaw.com
jpatton@tillotsonlaw.com

DATED: August 1, 2022

Respectfully submitted,

*/s/ Jonathan R. Patton*

Jeffrey M. Tillotson
State Bar No. 20039200
jtillotson@tillotsonlaw.com
Jonathan R. Patton
State Bar No. 24088198
jpatton@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

**ATTORNEYS FOR PLAINTIFF PALISADES TC LLC**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served upon all counsel herein by ECF on August 1, 2022.

*/s/ Jonathan R. Patton.*

Jonathan R. Patton