**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488** |
| | § | **Chapter 11** |
| | § | |
| **Debtor** | § | |

**CREDITOR PALISADES TC LLC'S AGREED MOTION**
**TO EXTEND DEADLINE TO OBJECT**
**TO DEBTOR'S DISCLOSURE STATEMENT**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW Creditor Palisades TC LLC, ("Palisades"), in the above-captioned bankruptcy case, and files its Agreed Motion to Extend Deadline to Object to Debtor's Disclosure Statement and respectfully shows the Court as follows:

## I. REQUESTED EXTENSION

1. Palisades requests that the Court extend the deadline for it to file any objection or response to Debtor's Disclosure Statement to Friday, September 30, 2022, for the from the current September 28, 2022, deadline.

2. On June 22, 2021, Dallas Real Estate Investors, LLC, ("Debtor"), filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code 11 U.S.C. § 101 et seq. (the "Bankruptcy Code").

3. On September 23, 2021, Debtor filed its Debtor's Plan of Reorganization (the "Plan") [Docket No. 62] and Debtor's Disclosure Statement (the "Disclosure Statement") [Docket No. 63].

4. The hearing on the Debtor's Disclosure Statement is currently set for October 5,

2022, and the current deadline for Palisades to file any objection or response is September 28, 2022.

5. Just recently, on September 20, 2022, Palisades learned that Debtor's President, Timothy Barton, ("Barton"), was indicted by a Grand Jury in the United States District Court for the Northern District of Texas for Wire Fraud, Conspiracy to Commit Wire Fraud, and Securities Fraud. *See* Indictment, *U.S.A. v. Timothy L. Barton*, Criminal No. 3:22-cr-00352-K (N.D. Tex. Sept. 20, 2022), ECF No. 1.

6. On September 23, 2022, the Securities and Exchange Commission also filed a civil action against Barton, requesting a receivership. *See* Complaint, *S.E.C. v. Timothy Barton, et al.*, Civil No. 2:22-cv-2118 (N.D. Tex. Sept. 23, 2022), ECF No. 1.

## II. REASON FOR REQUESTED EXTENSION

7. The reason for the requested extension is to allow Palisades to evaluate the Plan and Disclosure Statement in light of Barton's indictment and the SEC's request for a receivership and to discuss those topics with Debtor's counsel.

8. Debtor agrees to and does not oppose the extension requested herein.

WHEREFORE, PREMISES CONSIDERED, Palisades prays that the Court enter its proposed order (attached hereto) extending the deadline to file objections to Debtor's Disclosure Statement until 11:59 p.m. on September 30, 2022, granting the relief requested, and that the Court grant such other and further relief as it may deem just and proper.

Dated: September 28, 2022. Respectfully Submitted,

*/s/ Jonathan R. Patton*
Jonathan R. Patton
Texas Bar No. 24088198
jpatton@tillotsonlaw.com
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

ATTORNEYS FOR CREDITOR
PALISADES TC LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 28, 2022, I conferred with Joyce W. Lindauer, Debtor's counsel, and Debtor is unopposed to the relief sought in this Motion.

*/s/ Jonathan R. Patton*
Jonathan R. Patton

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served upon all counsel herein via ECF on September 28, 2022.

*/s/ Jonathan R. Patton*
Jonathan R. Patton