**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488** |
| | § | **Chapter 11** |
| | § | |
| **Debtor** | § | |

**ORDER GRANTING PALISADES TC LLC'S AGREED MOTION TO EXTEND DEADLINE TO OBJECT TO DEBTOR'S DISCLOSURE STATEMENT**

On September 28, 2022, the Court considered Palisades TC LLC's ("Palisades") Agreed Motion to Extend Deadline to Object to Debtor's Disclosure Statement, filed September 28, 2022, (the "Motion"), requesting that the Court extend the deadline for making its objections to Debtor's Disclosure Statement until 11:59 p.m. on Friday, September 30, 2022. Having reviewed and

considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED.**

**IT IS THEREFORE ORDERED** that Palisades TC LLC shall have until 11:59 p.m. on Friday, September 30, 2022, to file any objections or response to Debtor's Disclosure Statement.

SO ORDERED.

### End of Order ###

Order Prepared By:

Jonathan R. Patton
State Bar No. 24088198
jpatton@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

ATTORNEYS FOR CREDITOR
PALISADES TC, LLC

/s/ Jonathan R. Patton, counsel for Creditor Palisades TC LLC

/s/ Joyce W. Lindauer, counsel for Debtor