Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Jonathan R. Patton
Texas Bar No. 24088198
jpatton@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

Attorneys for Palisades TC LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488-elm11** |
| | § | **Chapter 11** |
| | § | |
| **Debtor** | § | |

## CREDITOR PALISADES TC LLC'S OBJECTIONS TO DEBTOR'S CHAPTER 11 PLAN AND DISCLOSURE STATEMENT

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW Creditor Palisades TC LLC, ("Palisades"), in the above-captioned bankruptcy case, and files its Limited Objections to Debtor's Chapter 11 Plan (Dkt. 62) and Disclosure Statement (Dkt. 63), as follows:

## OVERVIEW OF RESPONSE

1. Palisades does not necessarily oppose the concept of Debtor obtaining an "interim loan" and paying Palisades $3.5 million from the proceeds, although no details about the proposed interim loan have been disclosed and Debtor's counsel has indicated that any new funding is unlikely, which is unsurprising given the recent legal troubles of Timothy Barton, Debtor's principal (*i.e.* federal indictment and SEC enforcement action). Palisades files this response to

assert objections to several specific components of the proposed plan, mainly: (a) Debtor's proposal that it assume and perform a settlement agreement with Palisades; (b) relatedly, Debtor's proposal that it purchase Palisades' equity interest in Dallas Real Estate Lenders LLC through assumption of that settlement agreement; (c) any inclusion of releases or discharges by Palisades of any entity or individual other than Debtor; (d) any dismissal or impairment of claims Palisades has asserted in its pending and recently consolidated adversary proceeding other than against the Debtor; (e) Debtor's proposed six-month payout plan to Palisades; and (f) the lack of key details and information about the $5 million loan and other aspects of the proposed plan. Accordingly, at this time, Palisades does not accept Debtor's plan as proposed.

## OBJECTIONS

2. ***Debtor cannot assume the Palisades settlement agreement without immediately paying the $4.75 million owed under that agreement.*** Under its proposed plan, Debtor intends to assume a January 11, 2021 settlement agreement with Palisades (the "Palisades Settlement Agreement"). *See* Dkt. 63, at pg. 15 Art. 8.01; Dkt. 62, at pg. 6, Art. 2.01. Palisades objects for the same reasons asserted in the response Palisades previously filed to Debtor's motion to assume the Palisades Settlement Agreement, at Dkt. 88, which Palisades incorporates by reference as if fully stated herein. Namely, Debtor and the other parties to the Palisades Settlement Agreement owe $4.75 million under that agreement and are still in default and owe that amount, despite being given multiple chances to cure. *See, e.g.*, Dkt. 68 (Order allowing Debtor to assume the Palisades Settlement Agreement by paying $4.75 million on or before November 26, 2021); *see also* Dkt. 94 (subsequent order noting Debtor did not assume settlement agreement). The date to cure their $4.75 million default has long since passed, but in no event can Debtor assume and perform under the Settlement Agreement by paying Palisades the proposed $3.5 million.

3. ***Debtor cannot purchase Palisades equity interest in Dallas Real Estate Lenders LLC.*** Under the proposed plan, Debtor proposes to purchase Palisades' equity interest in Dallas Real Estate Lenders LLC ("DREL") by assuming and performing under the Palisades Settlement Agreement. *See* Dkt. 62, at pg. 6, Art. 2.01. For the same reasons set forth above, Debtor cannot assume the Palisades Settlement Agreement so therefore its plan to purchase Palisades' DREL equity interest through such assumption fails.

4. ***Palisades objects to any inclusion of releases or discharges for any entity or individual other than Debtor.*** To be clear, Palisades objects to any release or discharge of any entity or individual other than the Debtor.

5. ***Palisades objects to any dismissal or impairment of its claims asserted in its pending adversary action, other than against the Debtor.*** Relatedly, Palisades is pursuing claims against several entities and their principal, Timothy Barton, related to $7.5 million Palisades invested in two real estate development projects proposed by Mr. Barton, all of which are currently pending as a consolidated adversary proceeding in this Court. Most of the claims and parties were transferred to this Court because they were related to the Debtor's bankruptcy, but any accepted plan and discharge of Debtor through this bankruptcy does not necessarily resolve the claims asserted in that case, and they certainly do not based on the proposed payment of just $3.5 million to Palisades.[1]

6. ***Palisades objects to the proposed monthly installment payments to Palisades.*** The plan proposes interest only monthly installment payments to Palisades for six months with a lump sum payment on the last day of the six months. Dkt. 62, at pg. 9. There is no reason for the extended payment terms, though, if Debtor obtains a $5 million loan. Thus, the $3.5 million

[1] Palisades' Claim is for more than $3.5 million, so the proposed $3.5 million is not even the full amount of Palisades claim. *See* Claim 4-1, filed November 9, 2021.

payment should be paid to Palisades directly from and immediately upon funding of the $5 million loan, not over the course of six months.

7. ***Palisades reserves the right to object to the proposed interim loan and other undisclosed details of the plan when more details are disclosed.*** Finally, Palisades objects that several important details in the proposed plan are unknown and undisclosed. For instance, the disclosure and proposed plan reference an unspecified $5 million "interim loan," and Debtor claims in its Disclosure Statement that it has "identified a prospective lender" and "anticipates" that it will be able to obtain the loan, yet no details have been provided despite Debtor's obligation to provide Palisades with such information and request from Palisades' counsel. Also, the details of the $516,337 Debtor proposes to pay to "Insider Claims" are not part of the Disclosure and Palisades reserves the right to object to that proposed payment when full details have been disclosed.

## PALISADES DOES NOT ACCEPT THE PLAN AS CURRENTLY PROPOSED

Based on the foregoing objections and issues, Palisades does not accept Debtor's plan as currently proposed, and reserves all of its rights.

Dated: September 30, 2022

Respectfully Submitted,

*/s/ Jonathan R. Patton*
Jonathan R. Patton
Texas Bar No. 24088198
jpatton@tillotsonlaw.com
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

ATTORNEYS FOR PALISADES TC LLC

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served upon all counsel herein via ECF on September 30, 2022.

*/s/ Jonathan R. Patton*
Jonathan R. Patton