CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 4, 2022**

**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488** |
| | § | **Chapter 11** |
| | § | |
| **Debtor** | § | |

**ORDER GRANTING PALISADES TC LLC'S**
**AGREED MOTION TO EXTEND DEADLINE**
**TO OBJECT TO DEBTOR'S DISCLOSURE STATEMENT**

On September 28, 2022, the Court considered Palisades TC LLC's ("Palisades") Agreed Motion to Extend Deadline to Object to Debtor's Disclosure Statement, filed September 28, 2022, (the "Motion"), requesting that the Court extend the deadline for making its objections to Debtor's Disclosure Statement until 11:59 p.m. on Friday, September 30, 2022. Having reviewed and

considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED.**

**IT IS THEREFORE ORDERED** that Palisades TC LLC shall have until 11:59 p.m. on Friday, September 30, 2022, to file any objections or response to Debtor's Disclosure Statement.

SO ORDERED.

### End of Order ###

Order Prepared By:

Jonathan R. Patton
State Bar No. 24088198
jpatton@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

ATTORNEYS FOR CREDITOR
PALISADES TC, LLC

/s/ Jonathan R. Patton, counsel for Creditor Palisades TC LLC

/s/ Joyce W. Lindauer, counsel for Debtor

United States Bankruptcy Court
Northern District of Texas

In re: Case No. 21-41488-elm
Dallas Real Estate Investors, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2
Date Rcvd: Oct 05, 2022 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Joyce Lindauer, Joyce Lindauer Attorney, PLLC, 1412 Main Street, Ste. 500, Dallas, TX 75202-4042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jacob Sparks | on behalf of Creditor The Gate Property Owners Association Inc. JSparks@SpencerFane.com, MResa@SpencerFane.com |
| Jeffrey M Tillotson | on behalf of Creditor Palisades TC LLC swade@tillotsonlaw.com |
| Jeffrey M Tillotson | on behalf of Plaintiff Palisades TC LLC swade@tillotsonlaw.com |
| Joel Wilson Reese | on behalf of Plaintiff Palisades TC LLC joel.reese@rm-firm.com tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com,Bella.lee@rm-firm.com,3825091420@filings.docketbird.com |
| Jonathan Robert Patton | on behalf of Plaintiff Palisades TC LLC jpatton@tillotsonlaw.com, klytle@tillotsonlaw.com;crice@tillotsonlaw.com |
| Jonathan Robert Patton | |

| | |
|---|---|
| | on behalf of Plaintiff Palisades TC LLC jpatton@tillotsonlaw.com klytle@tillotsonlaw.com;crice@tillotsonlaw.com |
| Jonathan Robert Patton | on behalf of Counter-Defendant Palisades TC LLC jpatton@tillotsonlaw.com, klytle@tillotsonlaw.com;crice@tillotsonlaw.com |
| Jonathan Robert Patton | on behalf of Creditor Palisades TC LLC jpatton@tillotsonlaw.com, klytle@tillotsonlaw.com;crice@tillotsonlaw.com |
| Joyce W. Lindauer | on behalf of Debtor Dallas Real Estate Investors LLC joyce@joycelindauer.com, dian@joycelindauer.com;12113@notices.nextchapterbk.com |
| Joyce W. Lindauer | on behalf of Defendant Dallas Real Estate Investors LLC joyce@joycelindauer.com dian@joycelindauer.com;12113@notices.nextchapterbk.com |
| Laurie A Spindler | on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor City of Frisco Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Leslie Renee Chaggaris | on behalf of Plaintiff Palisades TC LLC leslie.chaggaris@rm-firm.com tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com,Bella.lee@rm-firm.com,8287221420@filings.docketbird.com |
| Leslie Renee Chaggaris | on behalf of Counter-Defendant Palisades TC LLC leslie.chaggaris@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com,Bella.lee@rm-firm.com,8287221420@filings.docketbird.com |
| Leslie Renee Chaggaris | on behalf of Plaintiff Palisades TC LLC leslie.chaggaris@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com,Bella.lee@rm-firm.com,8287221420@filings.docketbird.com |
| Linda D. Reece | on behalf of Creditor Frisco ISD lreece@pbfcm.com lreece@ecf.courtdrive.com |
| Robert F. Kemp | on behalf of Defendant Dallas Real Estate Investors LLC lawyerkemp@cs.com charleshanna@lawyerkemp.com |
| Robert F. Kemp | on behalf of Defendant Timothy Barton lawyerkemp@cs.com charleshanna@lawyerkemp.com |
| Steven C. Metzger | on behalf of Counter-Claimant Five Star MM LLC smetzger@pmklaw.com |
| Steven C. Metzger | on behalf of Defendant Five Star MM LLC smetzger@pmklaw.com |
| Steven C. Metzger | on behalf of Defendant Timothy Barton smetzger@pmklaw.com |
| Steven C. Metzger | on behalf of Interested Party Tim Barton smetzger@pmklaw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 23