BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Dallas Real Estate Investors, LLC | § | Case No.: 21−41488−elm11 |
| | § | Chapter No.: 11 |
| Debtor(s) | § | |

Dear Attorney:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No−Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: A case status update.

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 14 Days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 1/23/23

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Bryan Dozier, Deputy Clerk
bryan_dozier@txnb.uscourts.gov

United States Bankruptcy Court

Northern District of Texas

In re:
Dallas Real Estate Investors, LLC
Debtor

Case No. 21-41488-elm
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2

Date Rcvd: Jan 23, 2023 Form ID: BTXN027 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| aty | + | Joyce Lindauer, Joyce Lindauer Attorney, PLLC, 1412 Main Street, Ste. 500, Dallas, TX 75202-4042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charlene Cantrell Koonce | on behalf of Attorney Cortney C Thomas charlene@brownfoxlaw.com |
| Charlene Cantrell Koonce | on behalf of Interested Party Cortney C Thomas charlene@brownfoxlaw.com |
| Jacob Sparks | on behalf of Creditor The Gate Property Owners Association Inc. JSparks@SpencerFane.com, MDrake@SpencerFane.com |
| Jeffrey M Tillotson | on behalf of Creditor Palisades TC LLC swade@tillotsonlaw.com |
| Jeffrey M Tillotson | on behalf of Plaintiff Palisades TC LLC swade@tillotsonlaw.com |
| Joel Wilson Reese | on behalf of Plaintiff Palisades TC LLC joel.reese@rm-firm.com |

| | |
|---|---|
| | tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com,Bella.lee@rm-firm.com,3825091420@filings.docketbird.com |
| Jonathan Robert Patton | on behalf of Plaintiff Palisades TC LLC jpatton@tillotsonlaw.com, klytle@tillotsonlaw.com;crice@tillotsonlaw.com |
| Jonathan Robert Patton | on behalf of Plaintiff Palisades TC LLC jpatton@tillotsonlaw.com klytle@tillotsonlaw.com;crice@tillotsonlaw.com |
| Jonathan Robert Patton | on behalf of Counter-Defendant Palisades TC LLC jpatton@tillotsonlaw.com, klytle@tillotsonlaw.com;crice@tillotsonlaw.com |
| Jonathan Robert Patton | on behalf of Creditor Palisades TC LLC jpatton@tillotsonlaw.com, klytle@tillotsonlaw.com;crice@tillotsonlaw.com |
| Joyce W. Lindauer | on behalf of Debtor Dallas Real Estate Investors LLC joyce@joycelindauer.com, dian@joycelindauer.com;12113@notices.nextchapterbk.com |
| Joyce W. Lindauer | on behalf of Defendant Dallas Real Estate Investors LLC joyce@joycelindauer.com dian@joycelindauer.com;12113@notices.nextchapterbk.com |
| Laurie A Spindler | on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor City of Frisco Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Leslie Renee Chaggaris | on behalf of Plaintiff Palisades TC LLC leslie.chaggaris@rm-firm.com tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com,Bella.lee@rm-firm.com,8287221420@filings.docketbird.com |
| Leslie Renee Chaggaris | on behalf of Counter-Defendant Palisades TC LLC leslie.chaggaris@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com,Bella.lee@rm-firm.com,8287221420@filings.docketbird.com |
| Leslie Renee Chaggaris | on behalf of Plaintiff Palisades TC LLC leslie.chaggaris@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com,Bella.lee@rm-firm.com,8287221420@filings.docketbird.com |
| Linda D. Reece | on behalf of Creditor Frisco ISD lreece@pbfcm.com lreece@ecf.courtdrive.com |
| Robert F. Kemp | on behalf of Defendant Dallas Real Estate Investors LLC lawyerkemp@cs.com charleshanna@lawyerkemp.com |
| Robert F. Kemp | on behalf of Defendant Timothy Barton lawyerkemp@cs.com charleshanna@lawyerkemp.com |
| Steven C. Metzger | on behalf of Interested Party Tim Barton smetzger@pmklaw.com |
| Steven C. Metzger | on behalf of Counter-Claimant Five Star MM LLC smetzger@pmklaw.com |
| Steven C. Metzger | on behalf of Defendant Five Star MM LLC smetzger@pmklaw.com |
| Steven C. Metzger | on behalf of Defendant Timothy Barton smetzger@pmklaw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 25