BROWN FOX

Tim Wells
214.367.6091
tim@brownfoxlaw.com

January 27, 2023

**Via E-File**

Robert P. Colwell
Clerk of Court
United States Bankruptcy Court
Northern District of Texas

RE: No. 21-41488-elm11 *In Re: Dallas Real Estate Investors, LLC*, Status Update

Dear Mr. Colwell:

In accordance with the Court's request for a Status Update, Dkt. 128, Dallas Real Estate Investors, LLC, the Debtor, provides the following update.

The Debtor was placed in Receivership on October 18, 2022, pursuant to an order entered in *Securities and Exchange Commission v. Timothy Barton, et al.*, 22-CV-28118-X, in the U.S. District Court for the Northern District of Texas by Judge Brantley Starr (the "Receivership Order").

The Receivership Order includes a Stay of Litigation:

> As set forth in detail below, the following proceedings, excluding the instant proceeding and all police or regulatory actions and actions of the SEC related to the above-captioned enforcement action, are stayed until further Order of this Court:
>
> All civil legal proceedings of any nature, including, but not limited to, bankruptcy proceedings, arbitration proceedings, foreclosure actions, default proceedings, or other actions of any nature involving: (a) the Receiver, in his capacity as Receiver; (b) any Receivership Property, wherever located; (c) any of the Receivership Entities, including subsidiaries and partnerships; or, (d) any of the Receivership Entities' past or present officers, directors, managers, agents, or general or limited partners sued for, or in connection with, any action taken by them while acting in such capacity of any nature, whether as plaintiff, defendant, third-party

> plaintiff, third-party defendant, or otherwise (such proceedings are hereinafter referred to as "Ancillary Proceedings").

*Receivership Order*, ¶ 34. A Notice of Stay (the "Stay") was filed in this case on October 21, 2022 [Dkt. 127].

The Receiver will evaluate and make a recommendation to the District Court regarding dismissal or continuation of each bankruptcy case in which any Receivership Entity is a debtor, but is not able to make such a recommendation at this time. The case should accordingly, and as required by the Stay, remain pending.

Sincerely,

Tim Wells